

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------

KAROLINA KARPOV,

                  Plaintiff,

      -v-

VLADIMIR KARPOV and SVETLANA
KARPOV,

                  Defendants.

---------------------------------------------------

C.A. No. 12-1411-GMS

APPLICATION TO ADD
DEFENDANT AND FOR SUBSTITUE
SERVICE

RECEIVED

FEB 0 6 2013

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO THE COURT AND DEFENDANTS,

Plaintiff pro se, KAROLINA KARPOV, asks the court for the following recited relief
forthwith pursuant to the penalties of perjury of the State of Delaware:

1.     I am the Plaintiff, KAROLINA KARPOV.

2.     I filed suit on May 23, 2012 in New York State against the defendants, my
adoptive parents.

3.     I did so because I was the victim of years of childhood sexual rape by Vladimir
Karpov while Svetlana covered up his acts and beat me to stay quiet. They would have
both been otherwise chargeable under 18 USC Chapter 110 - Sexual Exploitation And
Other Abuse Of Children enacted 01/03/2012 and I do not understand why they have not
been.

4.     Svetlana asked the New York court to dismiss my complaint but the court instead
granted a transfer of this action to your court as I had asked for. The New York Judge on
the case issued an order on October 23, 2012.

5.     This court assigned the above case number.

6.     I am asking the court to allow me to add three other defendants to this action
because defendant Svetlana Karpov is distributing her assets to her adult children and I
am claiming those assets as mine under this law suit. Defendants are not responsive at all
and I presume they are unwilling to consent to add three of their adult daughters as
parties. There is no prejudice to the defendants as is explained here. Justice requires this
amendment as I will explain here.

7.     I will present how I arrived at my assertion in three parts. Here is part I.

8.      During the nearly one year that this law suit has been filed, knowing Svetlana the way I do having grown up under her care, she is gathering her children and planning how to defend against this law suit. Her priority is to safeguard her money so I believe she hatched a plan to make herself judgment proof by creating among her children holders of her net worth. However, she needed to hide that plan so she convinced her adult children to tell me to have them "stay out" of this case and cause me to focus on the named defendants. The following is a facebook message another among Svetlana's children, Kristina Multani (née Karpov) (See Complaint, paragraph 13. a. )wrote to me. I will dissect it afterwards.

> 1/27/2013 2:43pm
> Kristina Multani
> *Hi Karolina, I hope you are doing well. I apologize for being blunt in advance. I understand Emily was served with court papers yesterday. Im not trying to be enemies. We did share part of our childhoods together. Whatever u r doing in regards to ur case, deal strictly w mom n dad. As far as the rest of us, we want nothing to do with it. So I ask you, please have Vera knock it off, be professional n hire some1 to fly to nebraska n serve mom in person. All they ever did all our life was harass us kids. Im sick of it, we dont deserve it. I tried to give Vera n the others the benefit of a doubt but they only proved how nuts they are. Vera, peter, nadia, nina n whoeverelse is involved, r miserable people, n they live to make others miserable. Their actions yesterday r actions of desperation. They dont care abt family they want nothing to do w us. They only try n befriend us to keep tabs on mom n every1 else n harass us for no reason. They dont care abt you either. All they care abt is the fact that they want to prove a point n money of their lifetime. N sure maybe you will get money one day, but u will be cheated out of all of it bc uve been signing papers without reading them. u will technically owe them. wise up, darling. i wish u the best bc u deserve the best. focus on the good stuff in ur life.*
> ...

9.      This is the first time Kristina has written to me in years. I wrote back the following to Kristina:

> 1/27/2013 3:30pm
> Karolina Karpov
> *Vera, peter, nadia, nina have nothing to do with this...they are not the ones paying for what happened..but i am! focus on the good stuff in life?....if you only knew how much i wish i could.! you havee a daughter; one day you'll understand!*

10.     This is how I analyze what Kristina wrote:

> 1). Hi Karolina, I hope you go away because you were not supposed to speak out.

2). However, while you think you have a case against mom, I am outraged you served Emily [one of Svetlana's other daughters] because I am supposed to participate in a rejection of such an act.

3). Mom is distributing her money to all of us kids to buy our support so to mask that fact, I have to tell you to go after mom and dad only.

4). We all had a group call and now have to call you and your aunts to make you blind to what mom is doing.

5). Here is what mom wants us to tell you. You'll get nothing because mom and dad will have nothing to pay. So go waste your time and spin your wheels serving mom in Nebraska where she just bought a new home for Victoria (another daughter) for $539,000 under Victoria's married name so you wouldn't be able to trace that.

6). Direct your aunts to stay away from us because they'll discover the plan so I'll state we hate them and they are harassing us and they are miserable people.

7). Now I'll work on your psychology: you'll get nothing, your aunts are desperate, they'll take all of your money, we know you are not writing these papers, just signing them.

11.     Indeed, I asked my adoptive aunt, Nadya Semenchenko, whom I asked to serve the subpoena and she reported that Olga Mervyak (née Karpov) called her and cursed her out and admonished her to stay away from the children and another aunt, Vera Lomtevas (née Karpov) received a call from Edwin Karpov, a son of the defendants who asked her what am I trying to achieve and don't I know *even if you are going to win eleven million dollars, she can default on it and not pay.* I was stunned Edwin knew about default judgments. Both aunts are willing to file affidavits and testify under oath as to these facts.

12.     Nadya also told me that Emily now drives Svetlana's Toyota automobile and Nadya says she observed another daughter, Olga Mervyak (née Karpov) driving Svetlana's van.

13.     So defendant's plan is to take a default judgment and pay nothing on it because they will have nothing and be judgment proof.

14.     That is why I filed two motions, one on December 1 and another on December 26 to stay their transfers because I know defendants believe they are well beyond the reach of the law.

15.     Here is Part II.

16.     In the Complaint, paragraph 13.e. I listed the involvement of one of my adoptive siblings, Victoria Karpov.

17.     I wrote of an incident she witnessed involving a sexual act perpetrated upon me by Vladimir Karpov, Victoria's biological father:

> 91.     During one contact, his daughter Victoria hid under my bed while playing hide and seek.
> 92.     Vladimir came in to my bedroom without knowing his daughter Victoria was hiding under my bed. Vladimir sat at a desk and I stood next to him. Vladimir tried to get me to go downstairs but I would not budge. He picked up my dress and fondled my genitals through my underwear while Victoria was under the adjacent bed.
> 93.     Vladimir finished fondling my genitals. When Vladimir left, Victoria ran out of the room to her room. Vladimir went to Victoria and then returned to me and told me Victoria did not see anything.
> 94.     Victoria suddenly stopped communicating with me. This is how I knew Victoria saw something that night.
> 95.     Victoria ended up telling Svetlana and several of the children. Svetlana rushed upstairs finding Vladimir and me studying together and began to yell at Vladimir that all the kids know.

18.     Here is part III.

19.     Immediately after Vladimir was incarcerated in Delaware's State Prison, Svetlana is alleged to have signed over everything Vladimir owned to herself in order to continue Vladimir's real estate rental business. I will confirm that when I received their disclosure. Now that I am suing both of them, Svetlana is looking to which of her adult children she can sign over her property in order to be judgment proof before this Court.

20.     I read online on http://journalstar.com/news/local/records/real-estate/real-estate-records/article_b33d1822-8b85-5f05-a589-acbc28ca9376.html that Victoria Esther Kryachkov (née Karpov) just bought a $539,000 house at 20751 NW 12th St, Raymond, NE 68428.

21.     Victoria has neither credit nor money to buy a home for $539,000. This is Svetlana's money she is parceling out to Victoria in order to hide that money from this Court. The deeper implication here is that Svetlana is becoming more mobile by the simple act of dispensing her assets to her adult female children and hiding that by having them reject in unison any contact I may have with them in the course of this law suit.

22.     I therefore ask for leave to add Victoria as a defendant in this action for the purpose of the court gaining jurisdiction over her and this property for future distribution in this case. I already filed for an injunction of any transfers of Svetlana's property and I ask that injunction apply to this real property. I ask for leave to add Emily and Kristina

for these exact same reasons. I ask the court to order the clerk to produce an amended Summons to which I will attach an amended complaint that adds the above named daughters Victoria, Emily and Kristina as appears at Exhibit A.

23.    I further ask for first class mail service of the amended pleadings be granted against Victoria Kryachkov in Nebraska.

24.    As I have stated above, there is a universal rejection of service of my documents upon any of the defendants or their adult children. Kristina recommended I be *professional* and serve her mother in Nebraska. I have no way to pay for such service and I know that I can serve by first class mail. As for Victoria, given that her mother Svetlana is already subject to personal jurisdiction of this court, I ask to be able to serve any further documents upon her by first class mail to her address at 20751 NW 12th St, Raymond, NE 68428.

25.    Lastly, according to my aunt who served the prosecutor's office, I understand that service was rejected by every employee with whom my aunt spoke. For example, the deputy chief Patricia Dailey Lewis refused to accept in hand service of my subpoena for my files that were created for me by her office. So I ask also to be able to serve any further documents upon that office by first class mail.

26.    I affirm I mailed by first class mail this application to Defendant Svetlana Karpov, 482 W. Chestnut Road, Newark, DE 19713 because I do not know who her lawyer is on this case. I also affirm I mailed an original of this application to the Clerk of Court, United States District Court, District of Delaware, 844 North King Street  Wilmington, DE 19801.

KAROLINA KARPOV

Dated: February 4, 2013

Attachment:    Exhibit A, Amended Complaint

Karolina Karpov
305 Mill Street
Poughkeepsie, N.Y. 12601
(845) 559-9010
*In Propria Persona*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.A. No. 12-1411-GMS

Karolina Karpov,

               Plaintiff,

      v

                           AMENDED COMPLAINT

Vladimir Karpov, Svetlana Karpov,
Victoria Kryachkov (nee Karpov), Kristina
Multani (nee Karpov) and Emily Karpov,

               Defendant(s).     Jury Trial Demanded

## PERSONAL INJURY ACTION

Introduction

1. This action seeks monetary and injunctive relief from the defendants for childhood sexual abuse, intentional infliction of emotional distress, negligent infliction of emotional harm, battery, assault, false imprisonment, abduction, seduction, child exploitation, emotional abuse, neglect, abandonment, gender violence, loss of consortium and Minor's Loss of Support or Parental Relationship.

Jurisdiction and Venue

2. The court has jurisdiction to hear the matter pursuant to 28 USC 1332 as the parties are citizens of different states and the amount in controversy is in excess of $75,000.

3. The court has supplemental jurisdiction pursuant to 28 USC 1367 to hear plaintiff's state law claims because those claims are related to plaintiff's federal claims if any and are inextricably intertwined and arise out of a common nucleus of related facts.

4. Venue is proper in that plaintiff's residence is within the Southern District of New York (County of Dutchess).

## PARTIES IN THE COMPLAINT

1

Plaintiff

5. I am Karolina Karpov.

6. I am domiciled in Dutchess County, New York State.

7. I am 18 years of age.

8. I am bringing this lawsuit immediately upon achieving 18 years of age.

9. I am gravely troubled by post traumatic stress disorder, acute anxiety, and suicidal behavior.

10. I was used as a sexual service provider starting at the tender age of seven (7) for defendant Vladimir Karpov.

11. All events that make up this complaint took place between the time I was seven (7) years of age and approximately fourteen (14) years of age.

12. I am a black female.

Non-parties

13. My adoptive siblings are:

       a. Olga Karpov

       b. Edwin Karpov

       c. David Karpov

       d. Mark Karpov

       e. Helen Karpov

       f. Timothy Karpov

       g. Susanna Karpov

       h. John Karpov

       i. Jeremiah Karpov

       j. Phillip Karpov

14. My other relatives are:

    a. Grandmother Katya (Svetlana Karpov's mother)

    b. Grandfather Vladimir Karpov (Vladimir Karpov's father) deceased

    c. Great Grandfather Joachim Kushnir (Vladimir Karpov's great

grandfather) deceased

    d. Sasha Zoloznaya (Svetlana's sister)

15. I attended the following:

    a. Tome School

    b. Elkton Christian School

    c. West Park Place Elementary School

16. I went to church with:

    a. Pastor Anatoly Vysotsky

17. My origianl adoptive parents were:

    a. Anna Horbaty

    b. Slavik Horbaty

Defendants

18. Vladimir Karpov is a white male.

19. Vladimir Karpov is currently and at all times in this complaint my adoptive father.

20. Vladimir Karpov is a naturalized citizen of the United States.

21. Vladimir Karpov is approximately 55 years of age.

22. Vladimir Karpov built a substantial real estate business during all times in the complaint.

23. Vladimir Karpov is incarcerated at Delaware State Prison.

24. On August 1, 2008, Mr. Karpov was sentenced for Rape 3rd Degree to 12 years at level 5 (prison) suspended after serving 5 years followed by level 4 (halfway House). Next 2 years at level 3 (probation) where he will be monitored by the Adult Sex Offender Probation Unit.

25. He was also sentenced for Continuous Sexual Abuse of a Child to 7 years of level 5 (prison) suspended after serving 2 years for 2 years at level 3 probation. This probation runs at the same time as the probation for Rape 3rd Degree charge.

26. Mr. Karpov is registered as a Tier 3 sex offender which includes full community notification including his photo being posted on the internet as a sex offender.

27. Mr. Karpov also must undergo a sexual disorders counseling program.

28. I am that sexually abused child that Vladimir Karpov went to prison for.

29. Mr. Karpov is ordered to have no contact with me, my family or my residence. He also cannot have any contact with any one under the age of 18.

30. Vladimir Karpov has threatened that when he leaves prison, he will have me killed.

31. His child Olga Karpov reported to me not to go visit him in prison as advised by my therapist because he is very angry and wants to make me pay for locking him up.

32. Svetlana Karpov is domiciled in Delaware.

33. Svetlana Karpov is Vladimir Karpov's wife.

34. Svetlana Karpov is a white female.

35. Svetlana Karpov is a naturalized citizen of the United States.

36. Svetlana is approximately 45 years of age.

37. Svetlana signed over nearly all of Vladimir's property to herself and upon information and belief will do so again once informed of this law suit.

38. Victoria Esther Kryachkov (née Karpov), the daughter of the defendants Vladimir and Svetlana bought on January 6, 2013 a $539,000 house at 20751 NW 12th St, Raymond, NE 68428. Upon information and belief, Svetlana transferred to Victoria this half million dollar asset as a means to deprive me of my recovery in this law suit. Victoria is holding this asset under her name for Svetlana.

4

39. Kristina Multani (née Karpov) residing at 402 Blaine Avenue, Apartment D, West Berlin, N.J. 08091 is an adult daughter of defendants Vladimir and Svetlana. Upon information and belief, Kristina obtained a portion of Svetlana's wealth and is holding it.

40. Emily Karpov, an adult daughter of defendants Vladimir and Svetlana, residing at 482 W. Chestnut Road, Newark, DE 19713 is an adult daughter of Vladimir and Svetlana. Upon information and belief, Emily obtained a portion of Svetlana's wealth and is holding it.

## THE ACTS CONSTITUTING THE COMPLAINT

41. When seven years old in 2001, I was removed by artifice and trick from my adoptive parents named Anna and Slavik Horbaty from the Ukraine in August, 2001 by Vladimir and Svetlana Karpov.

42. I was adopted by the Horbatys because my Russian mother and my African father had me while both were in college. My father was an African exchange student. He left after a semester was finished having no knowledge of my mother's pregnancy. Then, my mother delivered me and left me at the hospital and that is how I ended up with the Horbatys. Later, my mother met another man who she was engaged to and became pregnant by. He got drunk and stabbed her to death getting ten years in a Soviet prison.

43. Vladimir Karpov executed documents separating me from my family adopting me legally and importing me to the United States.

44. Vladimir based his adoption on giving me a better life in the United States free from the poverty of living in the Ukraine.

45. Upon bringing me home, I had approximately one week to become accustomed to his home and family.

46. Then, Vladimir began asking me questions: have I ever seen a penis before, or whether my uncles showed me their penises.

47. Vladimir told me that Anna Horbaty told him that I had a problem with touching my genitals.

48. Then he told me that the way they punish kids in America is by fondling their genitals. Then he began to fondle my genitals.

49. He would enter my bedroom, sit at my bed and over a period of approximately a week, stroked my genitals with his right hand.

50. He did this several times in that first week and each time stroked me more and then began inserting his finder into my vagina.

51. I felt abused, humiliated, harassed, degraded and Vladimir asked whether it hurt.

52. I did not answer.

53. Vladimir Karpov did this against my will.

54. I was moving away from him.

55. Vladimir would pull me back into position and he would continue his strokes and vaginal penetrations.

56. As that first week passed, he would put all his children to bed and then he would come into my room to fondle my genitals and to perform oral sex on me.

57. He did this by pulling away my blanket, pushing aside my night gown, pulling off my panties and licking my external genitals with his tongue.

58. Vladimir asked me if I liked it.

59. This night time sexual contact proceeded for two years.

60. During this period, no matter the location he would just perform oral sex on me as long as we were alone.

61. There was no day time sexual activity because he was always at work.

62. When I turned ten years of age, I told Svetlana's second oldest daughter Olga, "Dad was touching me sexually." Olga yelled at me and did not believe me at first. Olga the next day went and told Svetlana.

63. Svetlana told me that she knew that Vladimir had that "problem" because he sexually fondled Svetlana's sister, Sasha.

64. Svetlana then told me she has many children by Vladimir and was not interested in having adopted me in the first place.

65. This meant that Vladimir had the interest to adopt me obviously for sexual reasons so that Vladimir would not sexually fondle her biological children.

66. Svetlana packed up with Olga and left for Russia on a trip after saying what Vladimir was doing to me.

6

67. Vladimir was home. At this point, both vaginal and oral sex on me began to occur in the day time as well as the night time.

68. Sex consisted of his forcing his erect penis into my vagina and then ejaculating on my stomach or legs.

69. This sexual contact caused pain which caused me to cry. Vladimir kept asking if he was hurting me. I would say it hurts but Vladimir would not stop. He would pull out and ejaculate on my stomach or legs.

70. On some occasions, Vladimir would have sex with me in the night time. Here, he would call for me and make me go with him to the basement, the playroom or the sewing room. He would start by reaching under my skirt for my crotch, fondling my labia until he became erect, lay me down and remove my panties and insert his erect penis into my vagina and ejaculate on my stomach.

71. Vladimir would never do it in my bedroom because Svetlana's mother Katya knew this was going on and Vladimir was trying to avoid her.

72. I started failing school because I could not stay awake. One ruse was that Svetlana made Vladimir my tutor and he would tutor me all night which means he would have sex with me. Also, Vladimir would show me pornography on his office computer and his DVD player. After ejaculating and cleaning me up by using his collection of face cloths and then sending me into a shower, he would send me to bed and I would wake up exhausted.

73. As an aside, my school, The Tome School, began to suspect something. Administrators brought in a child protective services worker who would ask me what was going on at home and I would say "nothing".

74. I said nothing because I was scared.

75. I was scared because I had no way of proving what Vladimir was doing. I knew Svetlana would deny this and I knew all of her children would deny this.

76. Vladimir conditioned me to accept his sexual contacts from the beginning by making me believe girls get punished that way along with statements that he paid for me and I owed him.

77. This combination of brainwashing and threats led me to accept the sex and keep quiet about what was happening to me.

78. Also, Vladimir made substantial monetary contributions to the schools and churches I attended.

79. I knew this was hush money because I knew no one in church or school would do anything about what was happening to me because they did not want to lose the contributions.

80. Another major factor for my not sleeping is the excruciating pain I was suffering with each sexual penetration. As a ten year old girl, I was physically not able to maintain sexual intercourse at all. Each episode was painful and I cried each time. The pain kept me awake.

81. I was not paying attention to my school work.

82. Vladimir threatened me repeatedly to stay quiet. He would argue that I owed him for bringing me to America and no one would believe me and I would be the reason that the family would break apart and the kids would hate me.

83. When Svetlana would leave the area, Vladimir demanded I clean his room. When I would enter his room to clean it, he would lock the door and he would give me a lecture about not telling anybody and how I would ruin the family. He told me I owed him money for bringing me here.

84. He would pick me up, place me in bed and lift my dress and would commence sexual intercourse with me. Before ejaculating, he would pull out. Afterwards, he would take special care to wash my clothing and to wipe me down and tell me to go take a shower.

85. He maintained a pile of face cloths next to his bed in a drawer that he would use to wipe me down.

86. Meanwhile, Svetlana beat me physically.

87. She beat me because I was the lover of her husband.

88. I believed her to be my adoptive mother and I believed she loved me.

89. I missed many days of school because of bruises. Svetlana used phone chords tied together on my arms and back. In the Tome School, uniforms were the norm so shirts hid my bruises. Back in elementary school, Elkton Christian School and West Park Place Elementary School, Svetlana kept me from school because of the bruises.

90. I told Svetlana that the school has been asking me questions. This was approximately 2004. Svetlana told me not to say anything and that it was against the law for them to talk to me without a parent's permission. I saw Svetlana then tell Vladimir that the school was suspicious and that he had to be careful.

8

91. Svetlana's beatings had various insignificant reasons: I would speak English at the dinner table, I did not memorize a poem, I did not write a letter to family in the Ukraine. Svetlana would tell me that her sexual life with Vladimir was not all that great and I took that based on common sense that Svetlana's jealousy was the real reason for the beatings.

92. As for Svetlana's sex life with Vladimir, Svetlana told me there were certain things as a Christian that she did not allow. Svetlana did not allow oral sex.

93. Vladimir's big thing was oral sex which I refused to perform. So he stuck to licking my genitals and forcing his erect penis into my vagina.

94. During one contact, his daughter Victoria hid under my bed while playing hide and seek.

95. Vladimir came in to my bedroom without knowing his daughter Victoria was hiding under my bed. Vladimir sat at a desk and I stood next to him. Vladimir tried to get me to go downstairs but I would not budge. He picked up my dress and fondled my genitals through my underwear while Victoria was under the adjacent bed.

96. Vladimir finished fondling my genitals. When Vladimir left, Victoria ran out of the room to her room. Vladimir went to Victoria and then returned to me and told me Victoria did not see anything.

97. Victoria suddenly stopped communicating with me. This is how I knew Victoria saw something that night.

98. Victoria ended up telling Svetlana and several of the children. Svetlana rushed upstairs finding Vladimir and me studying together and began to yell at Vladimir that all the kids know.

99. Svetlana's children Edwin and David would come up to me and ask whether this was true. Kristina asked me whether this was true. These questions were always asked one-on-one in private because Vladimir and Svetlana would not allow public discussion about this.

100.        Suddenly, Svetlana's sister Sasha left the house. She got engaged. As part of the Ukrainian engagement process, Sasha had to confess her virginity to her new husband in church. This she could not do because before I was imported into America, Vladimir was sexually involved with Sasha. I know this because Svetlana told me that Sasha was psychologically damaged and she as a child was responsible for sexually arousing Vladimir and causing sex between her and Vladimir to happen.

101.    The family church run by Pastor Vysotsky, now discovered Vladimir's conduct and cancelled his membership. Sasha informed the church's Pastor and Deacon this was happening to me too.

102.    Sasha left, married and disappeared in Pennsylvania.

103.    After the revelation of Vladimir's behavior, the sexual contacts with me slowed down but did not stop.

104.    Vladimir was angry because the secret was out.

105.    Then, my adoptive family from the Ukraine, the Horbatys, arrived in the United States and I began to demand visits with them.

106.    I told my adoptive mother, Anna Horbata, what happened because her community in the Ukraine heard what happened.

107.    Anna told me to move in and I did.

108.    Vladimir started calling me every day to return. He said the Horbaty's could get into trouble for kidnapping me. He said I was a "Karpov" and that I would marry his son "David". He started to appear at my school asking questions about me.

109.    I told Vladimir I would never tell anyone if he let me go. I left and I told everybody.

110.    I am now telling this court.

Listing of Properties at Time of Vladimir's Arrest

111.    During the time I was sexually abused, defendants acquired among the following properties:

    a. 482 West Chestnut Hill Road (their residence).

    b. 3401 West Jackson Street, Pensacola, FL (duplex building with several apartments).

    c. 68 Christiana Crossing, Newark, DE.

    d. Carver Gardens Apartments, Gainesville, FL (Carver Gardens LLC) (100 apartment units for Section 8 residents).

    e. Oakwood Terrace (filed bankruptcy, Chapter 11, for failure to close with Graystone Financial).

The listing of LLC's at time of Vladimir's Arrest were:

> a. Chestnut Hill, LLC .
>
> b. Carver Gardens, LLC
>
> c. Royal Place Properties, LLC

### INJURIES

112.     I am diagnosed with Post Traumatic Stress Disorder.

113.     I am unable to take medication because once I attempted to commit suicide, I am prohibited from being prescribed these medications.

114.     I have bad feelings about sex, overvaluing sex, and sexual identity problems. I suffer from hypersexual behaviors as well as avoidance of or negative sexual encounters.

115.     I am damaged goods and I have feelings of guilt and responsibility for the abuse or the consequences of disclosure of defendant's abuse.

116.     I engage in self-destructive behaviors such as substance abuse, risk-taking acts, self-mutilation, suicidal gestures and acts.

117.     I suffer from the effects of betrayal: the undermining of trust in those people who are supposed to be protectors and nurturers. I suffer from anger and borderline functioning. I avoid investment in others, manipulating others, re-enacting the trauma through subsequent involvement in exploitive and damaging relationships, and engaging in angry and acting-out behaviors.

118.     I feel powerlessness. This includes both my perception of vulnerability and victimization and a desire to control or prevail, often by identification with the aggressor. I exhibit aggression and exploitation of others. I also suffer from

dissociation and running away; behavioral manifestations of anxiety, including phobias, sleep problems and eating problems.

119.     I am unable to continue with education.

120.     I am unable to get and keep employment.

121.     I am now a public charge.

122.     My entire family avoids me.

123.     I suffer from a constant fear of being killed by Vladimir Karpov despite a permanent order of protection.

124.     I worry that I will share in none of Karpov's real estate holdings and its income which defendants built up and acquired while they sexually abused me.

## CLAIMS

Claim 1: Childhood Sexual Abuse against both Defendants

125.     Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

126.     Vladimir Karpov forced the minor plaintiff to engage in vaginal sexual intercourse.

127.     Vladimir did so by plaintiff's lack of ability to consent because of plaintiff's age of minority

128.     Vladimir engaged in sexual intercourse with plaintiff

129.     Svetlana knew about this course of sexual conduct by Vladimir

130.     Svetlana did nothing to inform authorities or otherwise stop Vladimir from continuing sex with the minor plaintiff.

131.     Plaintiff suffered injuries listed above and claims compensatory and

punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 2: Intentional Infliction of Emotional Distress against both Defendants

132.     Plaintiff repeats and realleges each and every preceding paragraph as if

pleaded anew.

133.     Defendants acted intentionally to import plaintiff for the purpose of

providing child vaginal availability to Vladimir Karpov.

134.     Defendant's conduct was extreme and outrageous.

135.     Plaintiff was distressed by being repeatedly raped vaginally and

sodomized orally.

136.     Plaintiff suffers severe emotional distress as a result of defendant's

conduct.

137.     Plaintiff suffered injuries listed above and claims compensatory and

punitive damages against Vladmir Karpov and Svetlana Karpov.

Claim 4: Negligent Infliction of Emotional Harm against both Defendants

138.     Plaintiff repeats and realleges each and every preceding paragraph as if

pleaded anew.

139.     Defendants as plaintiff's adoptive parents owe plaintiff a duty of care

consistent with their parental obligations.

140.     Defendant deviated from that duty of care by allowing Vladimir to rape

plaintiff's vagina and stimulating her vagina orally from her seventh year to her

fourteenth year of life.

141.    Plaintiff suffered injuries as a direct result of Vladimir's continuous raping of the child plaintiff listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 5: Battery against both Defendants

142.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

143.    Defendant intended to cause offensive or harmful contact to plaintiff and such contact actually did take place.

144.    Plaintiff suffered injuries listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 6: Assault against both Defendants

145.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

146.    Defendant threatened to commit vaginal intercourse and oral copulation with plaintiff intending to actually commit these acts.

147.    Plaintiff suffered injuries listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 7: False Imprisonment against both Defendants

148.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

149.    Defendants adopted plaintiff and restricted her movements to defendant's mansion in Delaware.

150.    This restriction of movement was complete.

14

151.    Defendants summoned plaintiff for repeated rapes in closed rooms with locked doors.

152.    Defendant Vladimir Karpov mounted plaintiff and restricted her movements until he completed his act by an orgasm.

153.    This limitation of movement lasted seven years.

154.    Plaintiff suffered injuries listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 8: Abduction against both Defendants

155.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

156.    Defendants removed plaintiff from her adoptive family in the Ukraine.

157.    Defendants did so with artifice and trick.

158.    Defendants kept plaintiff away from the Horbatys for seven years.

159.    Defendants sexually abused plaintiff all that time.

160.    Plaintiff suffered injuries listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 9: Seduction against both Defendants

161.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

162.    Defendant promised plaintiff to provide an adoptive home to plaintiff in the United States.

163.    Plaintiff was seven years of age at that time.

164.    Plaintiff accompanied Defendants to the United States.

165.     Defendant engaged in sexual intercourse with plaintiff as a minor.

166.     Plaintiff suffered injuries listed above and claims compensatory and
         punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 10: Child Exploitation against both Defendants

167.     Plaintiff repeats and realleges each and every preceding paragraph as if
         pleaded anew.

168.     Plaintiff suffered injuries listed above and claims compensatory and
         punitive damages against Vladmir Karpov and Svetlana Karpov.

Claim 11: Emotional Abuse against both Defendants

169.     Plaintiff repeats and realleges each and every preceding paragraph as if
         pleaded anew.

170.     Defendants caused or could cause injury to the psychological capacity or
         emotional stability of plaintiff, resulting in serious behavioral, cognitive,
         emotional, or mental disorders.

171.     Plaintiff suffered injuries listed above and claims compensatory and
         punitive damages against Vladmir Karpov and Svetlana Karpov.

Claim 11: Neglect

172.     Plaintiff repeats and realleges each and every preceding paragraph as if
         pleaded anew.

173.     Defendants failed to provide for the plaintiff's basic needs by failing to
         protect plaintiff from ongoing vaginal and oral sexual abuse.

174.     Plaintiff suffered injuries listed above and claims compensatory and
         punitive damages against Vladmir Karpov and Svetlana Karpov.

16

Claim 12: Abandonment against both Defendants

175.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

176.    Defendants placed plaintiff in an unsafe place intending for plaintiff not to be safe.

177.    Plaintiff suffered injuries listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 13: Gender Violence against both Defendants

178.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

179.    Plaintiff is a defenseless female and was a child during all times in this complaint.

180.    Defendant raped plaintiff as he wished and when he wished.

181.    Defendant threatened plaintiff as he wished and when he wished.

182.    Defendant committed these acts in the home.

183.    Plaintiff suffered injuries listed above and claims compensatory and punitive damages against Vladimir Karpov and Svetlana Karpov.

Claim 14: Loss of Consortium against both Defendants

184.    Plaintiff repeats and realleges each and every preceding paragraph as if pleaded anew.

185.    Defendant removed plaintiff from the care and love of the Horbatys and kept plaintiff away for years.

186.    Horbatys remained away for years.

187.    Plaintiff suffered injuries listed above and claims compensatory and

punitive damages against Vladmir Karpov and Svetlana Karpov.

188.    Plaintiff repeats and realleges each and every preceding paragraph as if

pleaded anew.

189.    Plaintiff suffered injuries listed above and claims compensatory and

punitive damages against Vladmir Karpov and Svetlana Karpov.

## PRAYER FOR RELIEF

WHEREFORE plaintiff Karolina Karpov prays for entry of judgment against defendants
that:

1 Compensatory damages in the amount of $1,000,000 or transfer of ownership of all
defendants' properties to plaintiff;

2 Special/punitive damages in the amount of $10,000,000 or transfer of all defendant's
properties to plaintiff;

3 That all costs of this suit be awarded;

4 That Vladimir and Svetlana Karpov be enjoined from appearing before me or
communicating with me either personally or through third parties;

5 Such other and further relief as the court may deem just and proper.

KAROLINA KARPOV