IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------

|  |  |  |
|---|---|---|
| KAROLINA KARPOV, | ) | C.A. No. 12-1411-GMS |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | APPLICATION FOR THE COURT TO |
| | ) | TAKE JUDICIAL NOTICE AND |
| VLADIMIR KARPOV and SVETLANA | ) | OPPOSITION TO MOTION FOR |
| KARPOV, | ) | PERMANENT NO CONTACT AS OF |
| | ) | JANUARY 28, 2013 |
| Defendants. | ) | |

------------------------------------------------

TO THE COURT AND DEFENDANTS,

Plaintiff pro se, KAROLINA KARPOV, asks the court for the following recited relief forthwith pursuant to the penalties of perjury of the State of Delaware:

1.      I am the Plaintiff, KAROLINA KARPOV.

2.      I filed suit on May 23, 2012 in New York State against the defendants, my adoptive parents.

3.      I did so because I was the victim of years of childhood sexual rape by Vladimir Karpov while Svetlana covered up his acts and beat me to stay quiet. They would have both been otherwise chargeable under 18 USC Chapter 110 - Sexual Exploitation And Other Abuse Of Children enacted 01/03/2012 and I do not understand why they have not been.

4.      Svetlana asked the New York court to dismiss my complaint but the court instead granted a transfer of this action to your court as I had asked for. The New York Judge on the case issued an order on October 23, 2012.

5.      This date I received a document I ask the court to take judicial notice of. A copy of that document is attached as EXHIBIT 1.

6.      It is a "Motion For Permanent No Contact as of January 28, 2013" erroneously listing Svetlana Karpov's adult daughter EMILY KARPOV as Plaintiff in my action, and listing two aunts, one aunt's husband and me as defendants.

7.      As the court knows, the caption is as shown above, not the way EMILY has it listed on her motion. However, I ask the court to take judicial notice of EMILY KARPOV's listing 482 W. Chestnut Hill Road in Newark, DE 19713-1102 as her residence for purposes of service upon Svetlana Karpov and upon EMILY KARPOV. Also please notice that not one document filed by defendants challenges my Complaint.

Instead, documents are either not filed by defendants, or they are filed for extensions of time or for collateral matters having nothing to do with this action. In this motion, EMILY seeks immunity from service, clearly a gesture for obfuscation and possibly manipulation.

8.      Otherwise, this motion is frivolous. My two aunts are helping me serve the defendants in those instances when in hand service is needed, as for a subpoena. I cannot afford to pay $75 per service to a Sheriff out of state. It appears EMILY wishes to be immune from service of any documents while she lives at the defendant's home address. This also appears to be a mockery of the dignity of this court. Instead of answering my pleadings and appearing in this action, a defendant's daughter who is strategically positioned to receive mail at defendant's home is asking for a "permanent no contact" from me.

9.      Granting a "permanent no contact" to EMILY cannot be based upon future and anticipated harassment and violations of peace and privacy. Such a motion must be based upon actual violations of the criminal law such as an act of harassment. EMILY's motion does not state that any named person actually harassed her, only that EMILY 'believes' she will be harassed and have her peace and privacy violated.

10.     At EXHIBIT 2, I provide a private investigator's report that shows no less than 100 deed transfers taking place between the defendant's and buyers and sellers of their properties. There are no less than 100 records of tax assessors and 6 motor vehicle registrations. EMILY alleges she is a poor college student. I disagree. EMILY is an heir to a real estate fortune I am seeking as damages for the years of rape I endured at the hands of EMILY's father, Vladimir Karpov.

11.     I affirm I mailed by first class mail this application to Defendant Svetlana Karpov, 482 W. Chestnut Road, Newark, DE 19713 because I do not know who her lawyer is on this case. I also affirm I mailed an original of this application to the Clerk of Court, United States District Court, District of Delaware, 844 North King Street  Wilmington, DE 19801.

KAROLINA KARPOV

Dated: February 8, 2013


Attachment:   Exhibit 1, Motion for Permanent No Contact as of January 28, 2013
              Exhibit 2, Private Investigator's Report (46 pages)

Y The United Stetes Districtof Delaware

C.A. No. 12-1411-GMS

Emily Karpov

             Plaintiff,

        -v-

Nadya Semenchenko,
Vera Lomtevas,
Peter Lomtevas, and
Carolina Karpov

MOTION for Permanent No contact
              as of January 28, 2013

To: Karolina Karpov
    Plaintiff's Previous Address
    305 Mill St Apt 2A
    Poughkeepsie, NY 12601
    (845) 559 - 9010
           and
    Nadya Semenchenko
    602 Gray Mount Circle
    Elkton, MD 21921
    (410) 392 - 2382

FROM: Emily J. Karpov
      482 W. Chestnut Hill Rd
      Newark, DE 19713-1102
      (address subject to change)
      cellphone # : (302) 409-5620

2013 JAN 28  AM 11:16
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Emily J. Karpov, am requesting that I never be contacted or approached by the following people, for any reason :

    1) Nadya Semenchenko
    2) Karolina Karpor
    3) Vera Lomtevas
    4) Peter Lomtevas.

I believe that if this motion is not filed, the above stated people will find ways to harrass me and violate my peace and privacy

01.28.2013.

Exhibit 1

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

... a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq.
... may not be used in whole or in part as a factor in determining eligibility for credit, insurance,
...ployment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Licensed Private Investigative or Security Services
**Your GLBA Permissible Use:** Fraud Prevention or Detection

## Comprehensive Report

**Comprehensive Report**

**Report Legend:**

**S** - Shared Address

**D** - Deceased

✔ - Probable Current Address

## Subject Information:
(Best information for Subject)
Name: VLADIMIR KARPOV
Date of Birth: 10/12/1956
Age: 52
SSN: 218-27-xxxx issued in Maryland
between 1/1/1990 and 12/31/1990
View All SSN Sources

## Names Associated With Subject:   View All Name Variations Sources
VLADAMIR KARPOV ████████████Age: 52
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VLADIMIR KARPOV ████████10/12/1956 Age: 52
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VIADIMIR KARPOV████████████
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VALDIMIR KARPOV ████████████: 52
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VIADIMIR KARPOV DOB: ████████
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VLADIMIR KARPAV ████████████2
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VLADMIR KARPOR ████████████e: 52
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VALDIMIR KARPAV ████████████: 52
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VLADIMIR KARFOR DOB: 10/12/1956 Age: 52
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
KARPOV VLADIMIR DOB: 10/12/████████
218-27-xxxx issued in ████████ between 1/1/1990 and 12/31/1990
VLADIMIR KARFOR ████████████1956 Age: 52
226-27-xxxx issued in Virginia between 1/1/1983 and 12/31/1983

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
VLAGIMIR KARPOV JR  Age:
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
VLAGIMIR KARPOV JR  Age:
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV ████████████████0
217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV ████████████
217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SEVELANA KARPOV ████████████
217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVELTANA KARPOV ████████1956 Age:
217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOR DOB:████████████: 40
217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV DOB:████████████
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV ████████1969 Age: 40

Exhibit 1 & 2

218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
CARVER GARDENS Age:
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990

## Comprehensive Report Summary:

| Names Associated With Subject | 11 Found |
|---|---|
| Others Associated With Subjects SSN | 3 Found |
| Phones Plus | 4 Found |
| Possible Criminal Records | 1 Found |
| Driver's License | 2 Found |
| Motor Vehicles Registered | 6 Found |
| Florida Accidents | None Found |
| People at Work | 5 Found |
| Bankruptcies | None Found |
| Liens and Judgments | 13 Found |
| UCC Filings | 7 Found |
| Possible Properties Owned | 29 Found |
| Possible Associates | 10 Found |
| Possible Relatives | 1st Degree - 8 Found<br>2nd Degree - 8 Found<br>3rd Degree - 10 Found |

## Address Summary: View All Address Variation Sources

| Address | County | Dates | Maps |
|---|---|---|---|
| 482 W CHESTNUT HILL RD APT R, NEWARK DE 19713-1102 | NEW CASTLE | Jun 1994 - Jul 2009 | Map |
| 60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248 | NEW CASTLE | Feb 2003 - Jan 2007 | Map |
| 482 W CHESTNUT, NEWARK DE 19713 | NEW CASTLE | 2001 - Oct 2002 | Map |
| 337 HOLLIS AVE APT B, CRUM LYNNE PA 19022-1129 | DELAWARE | Jul 2002 - Jun 2008 | Map |
| 3401 W JACKSON ST 2, PENSACOLA FL 32505-7857 | ESCAMBIA | Aug 2006 - Oct 2006 | Map |
| 700 TRUMAN AVE APT, PENSACOLA FL 32505-4057 | ESCAMBIA | Jul 2006 - Oct 2006 | Map |
| 2826 N PINE HILLS RD APT, ORLANDO FL 32808-3540 | ORANGE | Oct 2004 - Nov 2005 | Map |
| 3 COURT DR APT D, WILMINGTON DE 19805-1565 | NEW CASTLE | Apr 2004 - Jun 2005 | Map |
| 20 COURT DR APT, WILMINGTON DE 19805-1563 | NEW CASTLE | Dec 2003 - Jun 2005 | Map |
| 3903 SUSSEX RD APT, WILMINGTON DE 19805-5528 | NEW CASTLE | Dec 2003 - Jun 2005 | Map |
| 52 COURT DR APT A, WILMINGTON DE 19805-5517 | NEW CASTLE | Dec 2003 - Jun 2005 | Map |
| 21 COURT DR APT A, WILMINGTON DE 19805-1584 | NEW CASTLE | Jun 2003 - Jun 2005 | Map |
| 14 COURT DR APT, WILMINGTON DE 19805-1576 | NEW CASTLE | May 2003 - Jun 2005 | Map |
| 62 COURT DR APT, WILMINGTON DE 19805-5522 | NEW CASTLE | Sep 2002 - Jun 2005 | Map |
| 2 COURT DR APT, WILMINGTON DE 19805-1564 | NEW CASTLE | May 2002 - Jun 2005 | Map |
| 16 COURT DR APT, WILMINGTON DE 19805-1561 | NEW CASTLE | Jan 2002 - Jun 2005 | Map |
| 58 COURT DR APT, WILMINGTON DE 19805-5520 | NEW CASTLE | Sep 2001 - Jun 2005 | Map |
| 23 COURT DR APT, WILMINGTON DE 19805-1535 | NEW CASTLE | Dec 2000 - Jun 2005 | Map |
| 68 COURT DR APT, WILMINGTON DE 19805-5524 | NEW CASTLE | Dec 2000 - Jun 2005 | Map |
| 3908 SUSSEX RD APT, WILMINGTON DE 19805-5531 | NEW CASTLE | Aug 2000 - Jun 2005 | Map |
| 46 COURT DR APT, WILMINGTON DE 19805-1537 | NEW CASTLE | Mar 2000 - Jun 2005 | Map |
| 60 COURT DR APT A, WILMINGTON DE 19805-5521 | NEW CASTLE | Mar 2000 - Jun 2005 | Map |
| 3910 LANCASTER PIKE APT, WILMINGTON DE 19805-5547 | NEW CASTLE | May 1999 - Jun 2005 | Map |
| 3914 LANCASTER PIKE UNIT APT, WILMINGTON DE 19805-5548 | NEW CASTLE | May 1999 - Jun 2005 | Map |
| 3912 LANCASTER PIKE APT, WILMINGTON DE 19805-1529 | NEW CASTLE | Mar 1999 - Jun 2005 | Map |
| 3904 SUSSEX RD APT, WILMINGTON DE 19805-1539 | NEW CASTLE | Feb 1999 - Jun 2005 | Map |
| 54 COURT DR APT, WILMINGTON DE 19805-1538 | NEW CASTLE | Feb 1999 - Jun 2005 | Map |
| 3904 LANCASTER PIKE APT, WILMINGTON DE 19805-1528 | NEW CASTLE | Nov 1998 - Jun 2005 | Map |

| | | | |
|---|---|---|---|
| 66 COURT DR APT, WILMINGTON DE 19805-5523 | NEW CASTLE | Oct 1988 - Jun 2005 | Map |
| 30 COURT DR APT D, WILMINGTON DE 19805-5500 | NEW CASTLE | Jun 1988 - Jun 2005 | Map |
| 9 COURT DR APT, WILMINGTON DE 19805-1571 | NEW CASTLE | Sep 1981 - Jun 2005 | Map |
| 54 COURT DR, WILMINGTON DE 19805-5518 | NEW CASTLE | Sep 2004 - Dec 2004 | Map |
| 11391141 HOLLAND ST, CRUM LYNNE PA 19022 | DELAWARE | Jul 2004 | Map |
| 1139 HOLLAND ST APT C, CRUM LYNNE PA 19022-1109 | DELAWARE | Apr 2002 - Jul 2004 | Map |
| 1141 HOLLAND ST APT, CRUM LYNNE PA 19022-1109 | DELAWARE | Apr 2002 - Jul 2004 | Map |
| 1146 HAVERFORD RD, CRUM LYNNE PA 19022-1127 | DELAWARE | Apr 2002 - Jul 2004 | Map |
| 1144 HOLLAND ST APT B, CRUM LYNNE PA 19022-1133 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 1146 HOLLAND ST, CRUM LYNNE PA 19022-1133 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 1146 HOLLAND ST APT C, CRUM LYNNE PA 19022-1133 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 1200 HOLLAND ST APT 1202, CRUM LYNNE PA 19022-1111 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 1202 HOLLAND ST, CRUM LYNNE PA 19022-1111 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 335 HOLLIS AVE APT B, CRUM LYNNE PA 19022-1129 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 337 HOLLIS AVE APT C, CRUM LYNNE PA 19022-1129 | DELAWARE | Oct 2000 - Jul 2004 | Map |
| 1150 HOLLAND ST APT, CRUM LYNNE PA 19022-1133 | DELAWARE | Oct 1988 - Jul 2004 | Map |
| 339 HOLLIS AVE, CRUM LYNNE PA 19022-1129 | DELAWARE | Jul 1980 - Jul 2004 | Map |
| 341 HOLLIS AVE APT, CRUM LYNNE PA 19022-1129 | DELAWARE | Jul 1980 - Jul 2004 | Map |
| 2 COURT DR, CHRISTIANA DE 19702 | NEW CASTLE | May 2002 | Map |
| 16 LANCASTER COURT DR, WILMINGTON DE 19805 | NEW CASTLE | Jan 2002 | Map |
| 482 CHESTNUT RD, WILMINGTON DE 19801 | NEW CASTLE | Oct 2001 | Map |
| W CHESTNUT HILL RD, NEWARK DE 19713 | NEW CASTLE | Mar 2001 | Map |
| 482 W CHESTNUT HILL RD, PENCADER DE | | Mar 2001 | Map |
| 428 W CHESTNUT HILL RD, NEWARK DE 19713-1102 | NEW CASTLE | Dec 2000 | Map |
| 1144 HOLLAND ST APT 1146, CRUM LYNNE PA 19022-1133 | DELAWARE | Oct 2000 | Map |
| 1146 HOLLAND ST APT 1150, CRUM LYNNE PA 19022-1133 | DELAWARE | Oct 2000 | Map |
| 4082 W CHESTNUT HI, NEWARK DE 19713 | NEW CASTLE | Sep 2000 | Map |
| 182 W CHESTNUT HL, NEWARK DE 19713 | NEW CASTLE | Apr 2000 | Map |
| 111 REGISTER DR, NEWARK DE 19711-2287 | NEW CASTLE | Sep 1997 | Map |
| 410 CANOE CLUB RD, NEWARK DE 19702-2925 | NEW CASTLE | Apr 1992 - Jan 1997 | Map |
| 333 WINDSOR VLG, ELKTON MD 21921 | CECIL | Apr 1992 - Jan 1994 | Map |

## Active Address(es):  View All Address Variation Sources

✔ 482 W CHESTNUT HILL RD APT R, NEWARK DE 19713-1102, NEW CASTLE COUNTY (Jun 1994 - Jul 2009)
  **Property Ownership Information for this Address**
    **Property:**
      Parcel Number - 11-006.00-078
      Name Owner : KARPOV VLADIMIR & SVETLANA
      Property Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
      Assessed Value - $12,000
      Data Source - B
    **Property:**
      Parcel Number -
      Name Owner : KARPOV, VLADIMIR & SVETLANA
      Property Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
      Data Source - A
✔ 60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248, NEW CASTLE COUNTY (Feb 2003 - Jan 2007)
      302-369-1449 KARPOV ANDREY

    **Property Ownership Information for this Address**
    **Property:**
      Parcel Number -
      Name Owner : KARPOV, VLADIMIR
      Name Owner 2: KARPOV, SVETLANA
      Property Address: - 60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248, NEW CASTLE COUNTY
      Owner Address: 60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248, NEW CASTLE COUNTY
      Name of Seller : KARPOV, VLADIMIR
      Name of Seller 2: KARPOV, SVETLANA
      Data Source - B
    **Property:**
      Parcel Number - 18 046.00 001.C B301
      Name Owner : KARPOV ANDREY
      Name Owner 2: BRINKLEY BRANDY
      Property Address: - 60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248, NEW CASTLE COUNTY
      Owner Address: 60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248, NEW CASTLE COUNTY
      Assessed Value - $53,000

Year Built - 1969
Name of Seller : OREILLY JOHN T & SUSAN K
Loan Amount - $63,900
Loan Type - CONVENTIONAL
Lender Name - WILMINGTON MTG SVCS INC
Data Source - A

## Previous And Non-Verified Address(es): View All Address Variation Sources

482 W CHESTNUT, NEWARK  DE 19713, NEW CASTLE COUNTY ( 2001 - Oct 2002)

337 HOLLIS AVE APT B, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Jul 2002 - Jun 2006)
302-420-9563

**Property Ownership Information for this Address**
Property:
Parcel Number - 24 -268-000
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 337 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Total Market Value - $77,890
Data Source - A
Property:
Parcel Number -
Name Owner : CRUM LYNNE REALTY NY LLC
Property Address: - 337 HOLLIS AVE, EDDYSTONE  PA 19022-1137, DELAWARE COUNTY
Data Source - A

3401 W JACKSON ST 2, PENSACOLA  FL 32505-7657, ESCAMBIA COUNTY (Aug 2006 -  2006)
321-287-2519

**Property Ownership Information for this Address**
Property:
Parcel Number - 33-2S-30-3302-010-002
Book - 5681
Page - 1977
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 3401 W JACKSON ST, PENSACOLA  FL 32505-7657, ESCAMBIA COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MULTI FAMILY 10 UNITS LESS
Total Market Value - $88,014
Assessed Value - $88,014
Land Value - $13,092
Improvement Value - $74,922
Land Size - 15,681 Square Feet
Year Built - 1948
Name of Seller : SANDIFORD WILLIAM K III
Loan Amount - $123,500
Loan Type - CONVENTIONAL
Lender Name - SUNTRUST MTG INC
Data Source - A
Property:
Parcel Number -
Name Owner : KARPOV, VLADIMIR
Name Owner 2: KARPOV, SVETLANA
Property Address: - 3401 W JACKSON ST, PENSACOLA  FL 32505-7657, ESCAMBIA COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Name of Seller : SANDIFORD III, WILLIAM KENNETH
Data Source - B

700 TRUMAN AVE APT, PENSACOLA  FL 32505-4057, ESCAMBIA COUNTY (Jul 2006 - Oct 2006)
**Property Ownership Information for this Address**
Property:
Parcel Number -
Name Owner : DM OAKWOOD TERRACE LLC,
Property Address: -
Owner Address: 5305 VILLAGE CREEK DR, PLANO  TX 75093-4810, COLLIN COUNTY
Name of Seller : ROYAL PLACE PROPERTIES LLC,
Data Source - B
Property:
Parcel Number -
Name Owner : DM OAKWOOD TERRACE LLC
Property Address: - 700 TRUMAN AVE, PENSACOLA  FL 32505-4057, ESCAMBIA COUNTY
Owner Address: 5305 VILLAGE CREEK DR, PLANO  TX 75093-4810, COLLIN COUNTY
Name of Seller : ROYAL PLACE PROPERTIES LLC
Data Source - A

2826 N PINE HILLS RD APT, ORLANDO  FL 32808-3540, ORANGE COUNTY (Oct 2004 - Nov 2005)
**Current Residents at Address:**
NATHASHA STACEY CHRISTOPHER HENRY
**Property Ownership Information for this Address**
Property:
Parcel Number - 18-22-29-0169-00-010

Book - 8279
Page - 2865
Name Owner : ROYAL PINE LLC
Property Address: - 2828 N PINE HILLS RD, ORLANDO FL 32808-3540, ORANGE COUNTY
Owner Address: 2828 N PINE HILLS RD, ORLANDO FL 32808-3540, ORANGE COUNTY
Land Usage - APARTMENTS (GENERIC)
Total Market Value - $4,490,173
Assessed Value - $4,490,173
Land Value - $1,000,000
Improvement Value - $3,490,173
Year Built - 1969
Data Source - B

3 COURT DR APT D, WILMINGTON  DE 19805-1565, NEW CASTLE COUNTY (Apr 2004 - Jun 2005)
   Current Residents at Address:
      DAMON E COLLINS
   Property Ownership Information for this Address
      Property:
         Parcel Number - 07-032.40-089
         Name Owner : LANCASTER COURT REALTY LLC
         Property Address: - 3 COURT DR, WILMINGTON  DE 19805-1565, NEW CASTLE COUNTY
         Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
         Assessed Value - $91,600
         Land Size - 1307 SF
         Data Source - B

20 COURT DR APT, WILMINGTON  DE 19805-1583, NEW CASTLE COUNTY (Dec 2003 - Jun 2005)
   Current Residents at Address:
      GRACE LOPORTO
      ALICIA PEDRAZA
   Property Ownership Information for this Address
      Property:
         Parcel Number - 07-032.40-051
         Name Owner : LANCASTER COURT REALTY LLC
         Property Address: - 20 COURT DR, WILMINGTON  DE 19605-1583, NEW CASTLE COUNTY
         Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
         Assessed Value - $103,700
         Land Size - 1742 SF
         Data Source - B

3903 SUSSEX RD APT, WILMINGTON  DE 19805-5528, NEW CASTLE COUNTY (Dec 2003 - Jun 2005)
   Current Residents at Address:
      ROBERTO VASQUEZ
      IBAN RAYMUNDO
   Property Ownership Information for this Address
      Property:
         Parcel Number - 07-032.40-097
         Name Owner : LANCASTER COURT REALTY LLC
         Property Address: - 3903 SUSSEX RD, WILMINGTON  DE 19805-5528, NEW CASTLE COUNTY
         Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
         Assessed Value - $103,700
         Land Size - 2178 SF
         Data Source - B

52 COURT DR APT A, WILMINGTON  DE 19805-5517, NEW CASTLE COUNTY (Dec 2003 - Jun 2005)
   Current Residents at Address:
      ANGELA DIANE SANTOS
      JAMES A SANTOS
      YOLANDA P ORTIZ
   Property Ownership Information for this Address
      Property:
         Parcel Number - 07-032.40-067
         Name Owner : LANCASTER COURT REALTY LLC
         Property Address: - 52 COURT DR, WILMINGTON  DE 19805-5517, NEW CASTLE COUNTY
         Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
         Assessed Value - $103,700
         Land Size - 1742 SF
         Data Source - B

21 COURT DR APT A, WILMINGTON  DE 19805-1584, NEW CASTLE COUNTY (Jun 2003 - Jun 2005)
   Current Residents at Address:
      BLANCHE L SLAUGHTER
      CHANEL C QUINTERO
      SILVIA MEDIOLA DETAPIA
   Property Ownership Information for this Address
      Property:
         Parcel Number - 07-032.40-114
         Name Owner : LANCASTER COURT REALTY LLC
         Property Address: - 21 COURT DR, WILMINGTON  DE 19805-1584, NEW CASTLE COUNTY
         Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
         Assessed Value - $103,700
         Land Size - 1742 SF
         Data Source - B

14 COURT DR APT, WILMINGTON  DE 19805-1576, NEW CASTLE COUNTY (May 2003 - Jun 2005)

Current Residents at Address:
  GUADALUPE ROAHERRERA
Property Ownership Information for this Address
  Property:
      Parcel Number - 07-032.40-048
      Name Owner : LANCASTER COURT REALTY LLC
      Property Address: - 14 COURT DR, WILMINGTON  DE 19805-1578, NEW CASTLE COUNTY
      Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
      Assessed Value - $103,700
      Land Size - 1742 SF
      Data Source - B

62 COURT DR APT, WILMINGTON  DE 19805-5522, NEW CASTLE COUNTY (Sep 2002 - Jun 2005)
  Current Residents at Address:
      DEZSHON A BROWN
      GRACIELA GONZALEZ
      NATOSHA R BROWN
  Property Ownership Information for this Address
      Property:
          Parcel Number - 07-032.40-072
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address: - 62 COURT DR, WILMINGTON  DE 19805-5522, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
          Assessed Value - $103,700
          Land Size - 1742 SF
          Data Source - B

2 COURT DR APT, WILMINGTON  DE 19805-1564, NEW CASTLE COUNTY (May 2002 - Jun 2005)
  Current Residents at Address:
      ANNIE OITTS
  Property Ownership Information for this Address
      Property:
          Parcel Number - 07-032.40-042
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address: - 2 COURT DR, WILMINGTON  DE 19805-1564, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
          Assessed Value - $91,300
          Land Size - 1307 SF
          Data Source - B

16 COURT DR APT, WILMINGTON  DE 19805-1561, NEW CASTLE COUNTY (Jan 2002 - Jun 2005)
  Current Residents at Address:
      ERIC STEWART
  Property Ownership Information for this Address
      Property:
          Parcel Number - 07-032.40-049
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address: - 16 COURT DR, WILMINGTON  DE 19805-1561, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
          Assessed Value - $116,900
          Land Size - 1307 SF
          Data Source - B

58 COURT DR APT, WILMINGTON  DE 19805-5520, NEW CASTLE COUNTY (Sep 2001 - Jun 2005)
  Property Ownership Information for this Address
      Property:
          Parcel Number - 07 032.40 070
          Name Owner : KARPOV VLADIMIR
          Name Owner 2: KARPOV SVETLANA
          Property Address: - 58 COURT DR, WILMINGTON  DE 19805-5520, NEW CASTLE COUNTY
          Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
          Assessed Value - $103,700
          Land Size - 2,178 Square Feet
          Name of Seller : QUINN THOMAS R
          Data Source - A
      Property:
          Parcel Number - 07-032.40-070
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address: - 58 COURT DR, WILMINGTON  DE 19805-5520, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
          Assessed Value - $103,700
          Land Size - 2178 SF
          Data Source - B

23 COURT DR APT, WILMINGTON  DE 19805-1535, NEW CASTLE COUNTY (Dec 2000 - Jun 2005)
  Current Residents at Address:
      SHUANG LI
      SEAN BROOK
      STACEY WILLIAMS
  Property Ownership Information for this Address
      Property:
          Parcel Number - 07-032.40-115
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address: - 23 COURT DR, WILMINGTON  DE 19805-1535, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY

                    Assessed Value - $116,900
                    Land Size - 1307 SF
                    Data Source - B

**68 COURT DR APT, WILMINGTON DE 19805-5524, NEW CASTLE COUNTY (Dec 2000 - Jun 2005)**
    **Current Residents at Address:**
        ANGELICA SOTELO
        JUAN SANTANA
        PABLO ARRIAGA
    **Property Ownership Information for this Address**
      **Property:**
          Parcel Number - 07 032.40 075
          Book - 2939
          Page - 236
          Name Owner : KARPOV VLADIMIR
          Name Owner 2: KARPOV SVETLANA
          Property Address - 68 COURT DR, WILMINGTON DE 19805-5524, NEW CASTLE COUNTY
          Owner Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
          Land Usage - APARTMENT
          Assessed Value - $103,700
          Land Size - 2,178 Square Feet
          Name of Seller : LIOU JIUNN Y
          Data Source - A
      **Property:**
          Parcel Number - 07-032.40-075
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address - 68 COURT DR, WILMINGTON DE 19805-5524, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT NY 10913-1146, ROCKLAND COUNTY
          Assessed Value - $103,700
          Land Size - 2178 SF
          Data Source - B

**3908 SUSSEX RD APT, WILMINGTON DE 19805-5531, NEW CASTLE COUNTY (Aug 2000 - Jun 2005)**
    **Current Residents at Address:**
        FREDY VALENCIA
        GUADALUPE SEGURA
        MARCO HERNANDEZ CABRERA
        LAKESHA BURNETTE
    **Property Ownership Information for this Address**
      **Property:**
          Parcel Number - 07-032.40-104
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address - 3908 SUSSEX RD, WILMINGTON DE 19805-5531, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT NY 10913-1146, ROCKLAND COUNTY
          Assessed Value - $103,700
          Land Size - 1742 SF
          Data Source - B

**46 COURT DR APT, WILMINGTON DE 19805-1537, NEW CASTLE COUNTY (Mar 2000 - Jun 2005)**
    **Current Residents at Address:**
        MARGARITA CARINO
    **Property Ownership Information for this Address**
      **Property:**
          Parcel Number - 07 032.40 064
          Book - 2795
          Page - 283
          Name Owner : KARPOV VLADIMIR
          Name Owner 2: KARPOV SVETLANA
          Property Address - 46 COURT DR, WILMINGTON DE 19805-1537, NEW CASTLE COUNTY
          Owner Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
          Land Usage - APARTMENT
          Assessed Value - $116,900
          Land Size - 1,306 Square Feet
          Name of Seller : LCR REAL ESTATE INVESTMENT LLC
          Loan Amount - $139,500
          Lender Name - WILMINGTON SVGS FUND SOCIETY
          Data Source - A
      **Property:**
          Parcel Number - 07-032.40-064
          Name Owner : LANCASTER COURT REALTY LLC
          Property Address - 46 COURT DR, WILMINGTON DE 19805-1537, NEW CASTLE COUNTY
          Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT NY 10913-1146, ROCKLAND COUNTY
          Assessed Value - $116,900
          Land Size - 1307 SF
          Data Source - B

**50 COURT DR APT A, WILMINGTON DE 19805-5521, NEW CASTLE COUNTY (Mar 2000 - Jun 2005)**
    **Current Residents at Address:**
        BRYAN E THOMPSON
        302-737-5438

    **Property Ownership Information for this Address**
      **Property:**
          Parcel Number - 07 032.40 071
          Book - 2795

**Comprehensive Report**                                                      **Page 8 of 46**

Page - 283
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 60 COURT DR, WILMINGTON  DE 19805-5521, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - APARTMENT
Assessed Value - $78,000
Land Size - 1,306 Square Feet
Name of Seller : LCR REAL ESTATE INVESTMENT LLC
Loan Amount - $139,500
Loan Type - CONVENTIONAL
Lender Name - WILMINGTON SVGS FUND SOCIETY
Data Source - A
Property:
Parcel Number - 07-032.40-071
Name Owner : LANCASTER COURT REALTY LLC
Property Address: - 60 COURT DR, WILMINGTON  DE 19805-5521, NEW CASTLE COUNTY
Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
Assessed Value - $78,000
Land Size - 1307 SF
Data Source - B

3910 LANCASTER PIKE APT, WILMINGTON  DE 19805-5547, NEW CASTLE COUNTY (May 1999 - Jun 2005)
Current Residents at Address:
LUIS VARGAS
MOISES JUAREZ
JAIME GUTIERREZ
Property Ownership Information for this Address
Property:
Parcel Number - 07 032.40 082
Book - 2637
Page - 237
Name Owner : KARPOV VLADIMIR
Property Address: - 3910 LANCASTER PIKE, WILMINGTON  DE 19805-5547, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - APARTMENT
Assessed Value - $103,700
Land Size - 1,742 Square Feet
Name of Seller : EVERWIN INC
Loan Amount - $66,400
Lender Name - PNC BK/DE
Data Source - A
Property:
Parcel Number - 07-032.40-082
Name Owner : LANCASTER COURT REALTY LLC
Property Address: - 3910 LANCASTER PIKE, WILMINGTON  DE 19805-5547, NEW CASTLE COUNTY
Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
Assessed Value - $103,700
Land Size - 1742 SF
Data Source - B

3914 LANCASTER PIKE UNIT APT, WILMINGTON  DE 19805-5548, NEW CASTLE COUNTY (May 1999 - Jun 2005)

3912 LANCASTER PIKE APT, WILMINGTON  DE 19805-1529, NEW CASTLE COUNTY (Mar 1999 - Jun 2005)
Current Residents at Address:
ELIA DIAZ
302-737-5438

Property Ownership Information for this Address
Property:
Parcel Number - 07 032.40 081
Book - 2604
Page - 27
Name Owner : KARPOV VLADIMIR
Property Address: - 3912 LANCASTER PIKE, WILMINGTON  DE 19805-1529, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - APARTMENT
Assessed Value - $116,900
Land Size - 1,306 Square Feet
Name of Seller : TULLIO ELIZABETH A
Loan Amount - $92,000
Lender Name - PNC BK/DE
Data Source - A
Property:
Parcel Number - 07-032.40-081
Name Owner : LANCASTER COURT REALTY LLC
Property Address: - 3912 LANCASTER PIKE, WILMINGTON  DE 19805-1529, NEW CASTLE COUNTY
Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1148, ROCKLAND COUNTY
Assessed Value - $116,900
Land Size - 1307 SF
Data Source - B

3904 SUSSEX RD APT, WILMINGTON  DE 19805-1539, NEW CASTLE COUNTY (Feb 1999 - Jun 2005)
Current Residents at Address:
ROB DIAZ

302-737-5438

**Property Ownership Information for this Address**
    Property:
        Parcel Number - 07 032.40 106
        Book - 2593
        Page - 250
        Name Owner : KARPOV VLADIMIR
        Property Address: - 3904 SUSSEX RD, WILMINGTON  DE 19805-1539, NEW CASTLE COUNTY
        Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Land Usage - APARTMENT
        Assessed Value - $116,900
        Land Size - 1,306 Square Feet
        Name of Seller : ROMANO DONALD R & MARION E
        Loan Amount - $92,000
        Loan Type - CONVENTIONAL
        Lender Name - PNC BK/DE
        Data Source - A
    Property:
        Parcel Number - 07-032.40-106
        Name Owner : LANCASTER COURT REALTY LLC
        Property Address: - 3904 SUSSEX RD, WILMINGTON  DE 19805-1539, NEW CASTLE COUNTY
        Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
        Assessed Value - $116,900
        Land Size - 1307 SF
        Data Source - B

**64 COURT DR APT, WILMINGTON  DE 19805-1538, NEW CASTLE COUNTY (Feb 1999 - Jun 2005)**
**Property Ownership Information for this Address**
    Property:
        Parcel Number - 07 032.40 073
        Book - 2583
        Page - 5
        Name Owner : KARPOV VLADIMIR
        Property Address: - 64 COURT DR, WILMINGTON  DE 19805-1538, NEW CASTLE COUNTY
        Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Land Usage - APARTMENT
        Assessed Value - $116,900
        Land Size - 1,306 Square Feet
        Name of Seller : PETROCCITTO FRANK
        Loan Amount - $92,000
        Lender Name - PNC BK/DE
        Data Source - A
    Property:
        Parcel Number - 07-032.40-073
        Name Owner : LANCASTER COURT REALTY LLC
        Property Address: - 64 COURT DR, WILMINGTON  DE 19805-1538, NEW CASTLE COUNTY
        Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
        Assessed Value - $116,900
        Land Size - 1307 SF
        Data Source - B

**3904 LANCASTER PIKE APT, WILMINGTON  DE 19805-1528, NEW CASTLE COUNTY (Nov 1996 - Jun 2005)**
    **Current Residents at Address:**
        MARC W TOWNSEND
    **Property Ownership Information for this Address**
    Property:
        Parcel Number - 07 032.40 065
        Book - 2709
        Page - 333
        Name Owner : KARPOV VLADIMIR
        Property Address: - 3904 LANCASTER PIKE, WILMINGTON  DE 19805-1528, NEW CASTLE COUNTY
        Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Land Usage - APARTMENT
        Assessed Value - $116,900
        Land Size - 1,306 Square Feet
        Name of Seller : STONE I J & LENORE F
        Loan Amount - $146,250
        Loan Type - CONVENTIONAL
        Lender Name - MELLON BK/DE
        Data Source - A
    Property:
        Parcel Number - 07-032.40-065
        Name Owner : LANCASTER COURT REALTY LLC
        Property Address: - 3904 LANCASTER PIKE, WILMINGTON  DE 19805-1528, NEW CASTLE COUNTY
        Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
        Assessed Value - $116,900
        Land Size - 1307 SF
        Data Source - B

**66 COURT DR APT, WILMINGTON  DE 19805-6523, NEW CASTLE COUNTY (Oct 1986 - Jun 2005)**
    **Property Ownership Information for this Address**
    Property:
        Parcel Number - 07 032.40 074
        Book - 2709

Comprehensive Report

Page - 335
Name Owner : KARPOV VLADIMIR
Property Address: - 66 COURT DR, WILMINGTON  DE 19805-5523, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - APARTMENT
Assessed Value - $103,700
Land Size - 1,742 Square Feet
Name of Seller : ADAMS PAMELA J
Loan Amount - $146,250
Loan Type - CONVENTIONAL
Lender Name - MELLON BK
Data Source - A
Property:
Parcel Number - 07-032.40-074
Name Owner : LANCASTER COURT REALTY LLC
Property Address: - 66 COURT DR, WILMINGTON  DE 19805-5523, NEW CASTLE COUNTY
Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
Assessed Value - $103,700
Land Size - 1742 SF
Data Source - B

30 COURT DR APT D, WILMINGTON  DE 19805-5500, NEW CASTLE COUNTY (Jun 1988 - Jun 2005)
Current Residents at Address:
TREMAINE N SLAUGHTER
CHANEL C QUINTERO
CELINA SERNA
Property Ownership Information for this Address
Property:
Parcel Number - 07 032.40 056
Book - 2939
Page - 234
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 30 COURT DR, WILMINGTON  DE 19805-5500, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - APARTMENT
Assessed Value - $126,000
Land Size - 2,178 Square Feet
Name of Seller : DIENER MILDRED F
Loan Amount - $267,775
Loan Type - CONVENTIONAL
Lender Name - WILMINGTON SVGS FUND SOCIETY
Data Source - A
Property:
Parcel Number - 07-032.40-056
Name Owner : LANCASTER COURT REALTY LLC
Property Address: - 30 COURT DR, WILMINGTON  DE 19805-5500, NEW CASTLE COUNTY
Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
Assessed Value - $125,000
Land Size - 2178 SF
Data Source - B

9 COURT DR APT, WILMINGTON  DE 19805-1571, NEW CASTLE COUNTY (Sep 1981 - Jun 2005)
Current Residents at Address:
SIOBHAN R CUNNANE
Property Ownership Information for this Address
Property:
Parcel Number - 07-032.40-092
Name Owner : LANCASTER COURT REALTY LLC
Property Address: - 9 COURT DR, WILMINGTON  DE 19805-1571, NEW CASTLE COUNTY
Owner Address: 4 STAFF SGT JAMES PARKER RD, BLAUVELT  NY 10913-1146, ROCKLAND COUNTY
Assessed Value - $91,600
Land Size - 1307 SF
Data Source - B

54 COURT DR, WILMINGTON  DE 19805-5518, NEW CASTLE COUNTY (Sep 2004 - Dec 2004)
Current Residents at Address:
MICHAEL MATHIS
HILARIO MEDINA
VICTO HENRIQUEZ
ROBERT SILVA
Current phones listed at this address:
302-691-7442 MARTINEZ WANDA

302-995-5410 MEDINA E

302-384-7114 SILVA ROBERT

Property Ownership Information for this Address
Property:
Parcel Number -
Name Owner : INTACOM MANAGEMENT LLC
Property Address: - 54 COURT DR, WILMINGTON  DE 19805-5518, NEW CASTLE COUNTY
Owner Address: 12 NEWSIDE CT, NEWARK  DE 19711-4807, NEW CASTLE COUNTY
Name of Seller : OCCIDENT MARTIN

Data Source - A

1139 1141 HOLLAND ST, CRUM LYNNE  PA 19022, DELAWARE COUNTY (Jul 2004)
  Property Ownership Information for this Address
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE PROPERTIES LLC
      Property Address: - 11391141 HOLLAND ST, CRUM LYNNE  PA 19022, DELAWARE COUNTY
      Owner Address: 3975 TOWNSHIP LINE RD, BETHLEHEM  PA 18020-9487, NORTHAMPTON COUNTY
      Name of Seller : KARPOV, VLADIMIR
      Name of Seller 2: KARPOV, SVETLANA
      Data Source - B

1139 HOLLAND ST APT C, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Apr 2002 - Jul 2004)
  Current Residents at Address:
    LAVETTE M BURTON
  Property Ownership Information for this Address
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 1139 HOLLAND ST, CRUM LYNNE  PA 19022-1158, DELAWARE COUNTY
      Data Source - A

1141 HOLLAND ST APT, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Apr 2002 - Jul 2004)
  Current Residents at Address:
    JAMILLAH M HUTT
    THOMAS BROWN
  Property Ownership Information for this Address
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 1141 HOLLAND ST, CRUM LYNNE  PA 19022-1158, DELAWARE COUNTY
      Data Source - A

1146 HAVERFORD RD, CRUM LYNNE  PA 19022-1127, DELAWARE COUNTY (Apr 2002 - Jul 2004)
  Property Ownership Information for this Address
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 1146 HAVERFORD RD, CRUM LYNNE  PA 19022-1170, DELAWARE COUNTY
      Data Source - A

1144 HOLLAND ST APT B, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Oct 2000 - Jul 2004)
  Property Ownership Information for this Address
    Property:
      Parcel Number - 24 -281-000
      Book - 2080
      Page - 152
      Name Owner : KARPOV VLADIMIR
      Name Owner 2: KARPOV SVETLANA
      Property Address: - 1144 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
      Land Usage - MISC BUILDING
      Total Market Value - $77,720
      Loan Amount - $32,500
      Loan Type - PRIVATE PARTY LENDER
      Lender Name - JULES & ELDA P AUBERTIN
      Data Source - A
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 1144 HOLLAND ST, CRUM LYNNE  PA 19022-1167, DELAWARE COUNTY
      Data Source - A

1146 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Oct 2000 - Jul 2004)
  Current Residents at Address:
    ISRAA IBRAHIM
    484-494-7457 IBRAHIM ISRAA MS

  Property Ownership Information for this Address
    Property:
      Parcel Number - 24 -280-000
      Book - 2080
      Page - 152
      Name Owner : KARPOV VLADIMIR
      Name Owner 2: KARPOV SVETLANA
      Property Address: - 1146 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
      Land Usage - MISC BUILDING
      Total Market Value - $76,910
      Data Source - A
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 1146 HOLLAND ST, CRUM LYNNE  PA 19022-1168, DELAWARE COUNTY

Comprehensive Report

Data Source - A

1148 HOLLAND ST APT C, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Oct 2000 - Jul 2004)
   Current Residents at Address:
      NA-JA PAYTON
   Property Ownership Information for this Address
     Property:
        Parcel Number - 24 -279-000
        Book - 2080
        Page - 147
        Name Owner : KARPOV VLADIMIR
        Name Owner 2: KARPOV SVETLANA
        Property Address: - 1148 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY
        Owner.Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Land Usage - MISC BUILDING
        Total Market Value - $76,260
        Data Source - A
     Property:
        Parcel Number -
        Name Owner : CRUM LYNNE REALTY NY LLC
        Property Address: - 1148 HOLLAND ST, CRUM LYNNE  PA 19022-1165, DELAWARE COUNTY
        Data Source - A

1200 HOLLAND ST APT 1202, CRUM LYNNE  PA 19022-1111, DELAWARE COUNTY (Oct 2000 - Jul 2004)
   Property Ownership Information for this Address
     Property:
        Parcel Number - 24 -266-000
        Book - 2080
        Page - 149
        Name Owner : KARPOV VLADIMIR
        Name Owner 2: KARPOV SVETLANA
        Property Address: - 1200 HOLLAND ST, CRUM LYNNE  PA 19022-1111, DELAWARE COUNTY
        Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Land Usage - MISC BUILDING
        Total Market Value - $76,180
        Data Source - A
     Property:
        Parcel Number -
        Name Owner : CRUM LYNNE REALTY NY LLC
        Property Address: - 1200 HOLLAND ST, CRUM LYNNE  PA 19022-1174, DELAWARE COUNTY
        Data Source - A

1202 HOLLAND ST, CRUM LYNNE  PA 19022-1111, DELAWARE COUNTY (Oct 2000 - Jul 2004)
   Current Residents at Address:
      ANDREW I KLEESE
   Current phones listed at this address:
      484-487-0126 SHARP ANTHONY

      484-487-0450 MURPHY FLORENCE

      484-487-0048 LEE GENEVA M

   Property Ownership Information for this Address
     Property:
        Parcel Number - 24 -265-000
        Book - 2080
        Page - 149
        Name Owner : KARPOV VLADIMIR
        Name Owner 2: KARPOV SVETLANA
        Property Address: - 1202 HOLLAND ST, CRUM LYNNE  PA 19022-1111, DELAWARE COUNTY
        Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Land Usage - MISC BUILDING
        Total Market Value - $76,670
        Data Source - A
     Property:
        Parcel Number -
        Name Owner : CRUM LYNNE REALTY NY LLC
        Property Address: - 1202 HOLLAND ST, CRUM LYNNE  PA 19022-1175, DELAWARE COUNTY
        Data Source - A

335 HOLLIS AVE APT B, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Oct 2000 - Jul 2004)
   Property Ownership Information for this Address
     Property:
        Parcel Number - 24 -267-000
        Name Owner : KARPOV VLADIMIR
        Name Owner 2: KARPOV SVETLANA
        Property Address: - 335 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
        Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
        Total Market Value - $79,760
        Data Source - A
     Property:
        Parcel Number -
        Name Owner : CRUM LYNNE REALTY NY LLC
        Property Address: - 335 HOLLIS AVE, EDDYSTONE  PA 19022-1241, DELAWARE COUNTY
        Data Source - A

337 HOLLIS AVE APT C, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Oct 2000 - Jul 2004)
   Current Residents at Address:
     BETTY G JACKSON
     302-584-8493

1150 HOLLAND ST APT, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Oct 1986 - Jul 2004)
   Property Ownership Information for this Address
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 1150 HOLLAND ST, CRUM LYNNE  PA 19022-1184, DELAWARE COUNTY
      Data Source - A

339 HOLLIS AVE, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Jul 1980 - Jul 2004)
   Current Residents at Address:
     LOUIS DODD
   Property Ownership Information for this Address
    Property:
      Parcel Number - 24 -269-000
      Book - 2747
      Page - 1094
      Name Owner : KARPOV VLADIMIR
      Name Owner 2: KARPOV SVETLANA
      Property Address: - 339 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
      Land Usage - MISC BUILDING
      Total Market Value - $47,450
      Data Source - A
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 339 HOLLIS AVE, EDDYSTONE  PA 19022-1242, DELAWARE COUNTY
      Data Source - A

341 HOLLIS AVE APT, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Jul 1980 - Jul 2004)
   Current Residents at Address:
     WILLIAM J MORTIMER
   Property Ownership Information for this Address
    Property:
      Parcel Number - 24 -270-000
      Book - 2747
      Page - 1094
      Name Owner : KARPOV VLADIMIR
      Name Owner 2: KARPOV SVETLANA
      Property Address: - 341 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
      Land Usage - MISC BUILDING
      Total Market Value - $78,030
      Data Source - A
    Property:
      Parcel Number -
      Name Owner : CRUM LYNNE REALTY NY LLC
      Property Address: - 341 HOLLIS AVE, EDDYSTONE  PA 19022-1120, DELAWARE COUNTY
      Data Source - A

2 COURT DR, CHRISTIANA  DE 19702, NEW CASTLE COUNTY (May 2002)

16 LANCASTER COURT DR, WILMINGTON  DE 19805, NEW CASTLE COUNTY (Jan 2002)
   Property Ownership Information for this Address
    Property:
      Parcel Number -
      Name Owner : KARPOV, VLADIMIR
      Property Address: - 16 LANCASTER COURT DR, WILMINGTON  DE 19805, NEW CASTLE COUNTY
      Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
      Name of Seller : CHINMAN RICHARD A & CAROLE A
      Data Source - A

482 CHESTNUT RD, WILMINGTON  DE 19801, NEW CASTLE COUNTY (Oct 2001)

W CHESTNUT HILL RD, NEWARK  DE 19713, NEW CASTLE COUNTY (Mar 2001)
   Property Ownership Information for this Address
    Property:
      Parcel Number - 18-044.00-076
      Name Owner : WEST CHESTNUT HILL OFFICE
      Property Address: - W CHESTNUT HILL RD, NEWARK  DE 19713, NEW CASTLE COUNTY
      Data Source - B

482 W CHESTNUT HILL RD, PENCADER  DE (Mar 2001)

428 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY (Dec 2000)

1144 HOLLAND ST APT 1148, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Oct 2000)

1148 HOLLAND ST APT 1150, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Oct 2000)

4082 W CHESTNUT HI, NEWARK  DE 19713, NEW CASTLE COUNTY (Sep 2000)

182 W CHESTNUT HL, NEWARK  DE 19713, NEW CASTLE COUNTY (Apr 2000)

111 REGISTER DR, NEWARK  DE 19711-2287, NEW CASTLE COUNTY (Sep 1997)
    **Current Residents at Address:**
        DEBRA A TABASKO
        ROBERT JOHN TABASKO
        302-454-8773 TABASKO ROBERT

    **Property Ownership Information for this Address**
        **Property:**
          Parcel Number -
          Name Owner : TABASKO, ROBERT
          Property Address: - 111 REGISTER DR, NEWARK  DE 19711-2287, NEW CASTLE COUNTY
          Owner Address: 111 REGISTER DR, NEWARK  DE 19711-2287, NEW CASTLE COUNTY
          Data Source - A

410 CANOE CLUB RD, NEWARK  DE 19702-2925, NEW CASTLE COUNTY (Apr 1992 - Jan 1997)
    **Property Ownership Information for this Address**
        **Property:**
          Parcel Number -
          Name Owner : CAPANO, LOUIS
          Property Address: - 410 CANOE CLUB RD, NEWARK  DE 19702-2925, NEW CASTLE COUNTY
          Owner Address: 105 FOULK RD, WILMINGTON  DE 19803-3740, NEW CASTLE COUNTY
          Name of Seller : CAPANO LOUIS J JR
          Data Source - A

333 WINDSOR VLG, ELKTON  MD 21921, CECIL COUNTY (Apr 1992 - Jan 1994)

☎ **Phones Plus(s):**
**Phones Plus 1**
Name: VLADIMIR KARPOV
Address: 337 HOLLIS AVE APT B, CRUM LYNNE  PA 19022-1129
Phone Number: 302-420-0563 - EDT
Phone Type: Mobile
Carrier: NEXTEL COMM INC - (WILMINGTON, DE)

**Phones Plus 2**
Name: VLADIMIR KARPOV
Address: 337 HOLLIS AVE APT C, CRUM LYNNE  PA 19022-1129
Phone Number: 302-584-8493 - EDT
Phone Type: Mobile
Carrier: VERIZON WIRELESS-DE - (WILMINGTON, DE)

**Phones Plus 3**
Name: VLADIMIR KARPOV
Address: 3401 W JACKSON ST, PENSACOLA  FL 32505-7857
Phone Number: 321-287-2510 - EDT
Phone Type: Mobile
Carrier: SPRINT SPECTRUM LP - (ORLANDO, FL)

**Phones Plus 4**
Name: V KARPOV
Address: 337 HOLLIS AVE, CRUM LYNNE  PA 19022-1137
Phone Number: 610-833-2942 - EDT
Phone Type: Residential
Carrier: VERIZON PENNSYLVANIA - (WOODLYN, PA)

🐾 **Possible Criminal Records:**
**Virginia Court:**
    Name: VLADIMIR KARPOV
    SSN: 218-27-xxx
    Aliases: VLADIMIR KARPOV
    State of Origin: Virginia
    Race: WHITE CAUCASIAN (NON-HISPANIC)
    Sex: Male

    **Offenses:**
        **Offense #1**
        Case Number: 085GT0602404400
        Offense Date: 11/22/2006
        Arrest Level/Degree: INFRACTION
        Court Case Number: 085GT0602404400
        Court Offense: 78/65 SP
        Court Disposition: PREPAID
        Court Disposition Date: 1/11/2007
        Court Level/Degree: INFRACTION

Comprehensive Report

**Court Activity:**
[NONE FOUND]

## Driver's License Information:

**Name:** VLADIMIR KARPOV
**DL Number:** xxx-xxx-xx-xxx-x
**State:** Florida
**License Address:** 700 W TRUMAN AVE, PENSACOLA FL 32505-4057, ESCAMBIA COUNTY
**DOB:** [NONE FOUND]
**Potential SSN** ❶ **:** 218-27-xxxx
**Gender:** Male
**Ethnicity:** WHITE
**Expiration Date:** 10/12/2012
**Issue Date:** 08/15/2006
**License Type:** Original
**License Class:** Non-Commercial - Regular Operator License
**Height:** 6'00

**Name:** VLADIMIR KARPOV
**DL Number:** xxxxxxx
**State:** Delaware
**License Address:** 410 CANOE CLUB RD, NEWARK DE 19702-2925, NEW CASTLE COUNTY
**DOB:** [NONE FOUND]
**Potential SSN** ❶ **:** 218-27-xxxx
**Gender:** Male
**Expiration Date:** 10/12/1998
**License Class:** Operators License
**Height:** 6'00
**Weight:** 210
**Eye Color:** Blue

## Motor Vehicles Registered To Subject:

**Vehicle:**
**Description:** White 1999 GMC Savana G1500 - Cargo Van
**VIN:** 1GTEG15M3X1034568
**Vehicle Use:** PRIVATE
**State Of Origin:** FLORIDA
**Engine:** 8 Cylinder 305 Cubic Inch -- Gas Powered
**Anti Lock Brakes:** 4 wheel standard
**Air Conditioning:** Optional
**Daytime Running Lights:** Standard
**Power Steering:** Standard
**Power Brakes:** Standard
**Power Windows:** Optional
**Security System:** Anti-theft device
**Roof:** None / not available
**Price:** 19969
**Radio:** AM/FM
**Front Wheel Drive:** No
**Four Wheel Drive:** No
**Tilt Wheel:** Optional

**Owner(s)**
**Name:** VLADIMIR KARPOV
**Potential SSN** ❶ **:** 218-27-xxxx
**Address:** 700 TRUMAN AVE, PENSACOLA FL 32505-4057, ESCAMBIA COUNTY
**DOB:** [NONE FOUND]
**Sex:** Male
**Age:** 52
**DL #:** xxxxxxxxxxxxxx
**Title Number:** 0096083315
**Title Status:** Original Used
**Title Issue Date:** 8/15/2006
**Odometer Mileage:** 100854

**Registrant(s)**
**Record Type:** EXPIRED
**Name:** VLADIMIR KARPOV
**Potential SSN** ❶ **:** 218-27-xxxx
**Address:** 700 TRUMAN AVE, PENSACOLA FL 32505-4057, ESCAMBIA COUNTY
**DOB:** [NONE FOUND]
**Sex:** Male
**Age:** 52
**DL #:** xxxxxxxxxxxxxx
**Tag Number:** F825MI
**Earliest Registration Date:** 6/15/2006
**Latest Registration Date:** 6/15/2006

Expiration Date: 10/12/2006
Decal Date: 2006
License Plate Type: Car & Pickup Tags (County Name)

*Lien Holder(s)*
    None

**Vehicle:**
    Description: 1985 Isuzu REG Cab Short Bed - Pickup
    VIN: JAACL11L1S7203709
    State Of Origin: DELAWARE
    Engine: 4 Cylinder 138 Cubic Inch
    Anti Lock Brakes: Rear only standard
    Air Conditioning: Optional
    Daytime Running Lights: Not available
    Power Steering: Optional
    Power Brakes: Standard
    Power Windows: Not available
    Security System: Unknown
    Roof: None / not available
    Price: 9998
    Radio: None
    Front Wheel Drive: No
    Four Wheel Drive: No
    Tilt Wheel: Not available

    *Owner(s)*
        Name: VLADIMIR KARPOV
        Potential SSN ⊙: 218-27-xxxx
        Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
        Sex: Male
        Age: 52
        Title Number: C0077485
        Title Issue Date: 4/24/1998

    *Registrant(s)*
        Record Type: EXPIRED
        Name: VLADIMIR KARPOV
        Potential SSN ⊙: 218-27-xxxx
        Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
        Sex: Male
        Age: 52
        Earliest Registration Date: 12/13/2000
        Latest Registration Date: 12/13/2000
        Expiration Date: 4/30/2002

    *Lien Holder(s)*
        None

**Vehicle:**
    Description: 1992 - :C
    VIN: 1FDEE14N4NHA35545
    State Of Origin: DELAWARE
    Engine: 8 Cylinder 302 Cubic Inch
    Anti Lock Brakes: Rear only standard
    Air Conditioning: Optional
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Optional
    Security System: Anti-theft device
    Roof: None / not available
    Price: 14963
    Radio: AM
    Front Wheel Drive: No
    Four Wheel Drive: No
    Tilt Wheel: Optional

    *Owner(s)*
        Name: VLADIMIR KARPOV
        Potential SSN ⊙ 218-27-xxxx
        Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
        Sex: Male
        Age: 52
        Title Number: RV001562
        Title Issue Date: 11/23/1993

    *Registrant(s)*
        Record Type: EXPIRED

Comprehensive Report                                                    Page 18 of 46

Age: 52
Earliest Registration Date: 2/15/1997
Latest Registration Date: 2/15/1997
Expiration Date: 2/15/1999

*Lien Holder(s)*
    None

Vehicle:
    Description: 1989 Dodge D-350 - Chassis And Cab
    VIN: 1B6ME3852KS063627
    State Of Origin: DELAWARE
    Engine: 8 Cylinder 360 Cubic Inch
    Anti Lock Brakes: Rear only standard
    Air Conditioning: Optional
    Daytime Running Lights: Not available
    Power Steering: Standard
    Power Brakes: Standard
    Power Windows: Not available
    Security System: None
    Roof: None / not available
    Price: 12684
    Radio: AM/FM
    Front Wheel Drive: No
    Four Wheel Drive: No
    Tilt Wheel: Optional

*Owner(s)*
    Name: VLADIMIR KARPOV
    Potential SSN ❶: 218-27-xxxx
    Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
    DOB: 10/12/1956
    Sex: Male
    Age: 52
    Title Number: CL039796
    Title Issue Date: 8/4/1998

*Registrant(s)*
    Record Type: EXPIRED
    Name: VLADIMIR KARPOV
    Potential SSN ❶: 218-27-xxxx
    Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY
    DOB: 10/12/1956
    Sex: Male
    Age: 52

*Lien Holder(s)*
    None

## Florida Accidents:
[None Found]

## People at Work:
Name: VLADIMIR KARPOV
Gender: Male
Title: MEMBER MANAGER
SSN: 218-27-xxxx
Company: ROYAL PLACE PROPERTIES, LLC
Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102
Phone:
FEIN: 75-3170729
Dates: Apr 25, 2008 - May 4, 2007

Name: VLADIMIR KARPOV
Gender: Male
SSN: 218-27-xxxx
Company: ROYAL PLACE PROPERTIES, LLC
Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102
Phone:
FEIN: 75-3170729
Dates: Apr 27, 2005 - Feb 10, 2007

Name: VLADIMIR KARPOV
Gender: Male
Title: MANAGER
SSN: 218-27-xxxx
Company: ROYAL PLACE PROPERTIES LLC
Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102
Phone:
FEIN:

Dates: Mar 1, 2005 - Mar 15, 2005

Name: VLADIMIR KARPOR
Gender: Male
Title: CONTACT
SSN: 218-27-xxxx
Company: ROYAL PLACE PROPERTIES LLC
Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Phone:
FEIN:
Dates: Sep 27, 2004 - Nov 1, 2004

Name: VLADIMIR KARPOV
Gender: Male
Title: CONTACT
SSN: 218-27-xxxx
Company: CARVER GARDENS PROPERTIES LLC
Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Phone:
FEIN:
Dates: Sep 23, 2004 - Nov 1, 2004

## ✤ Bankruptcies:

[None Found]

## ⚖ Liens and Judgments:

Filing Number:  CV000017503
Filing Type:  CIVIL NEW FILING
Location:  DELAWARE CNTY DIST JUSTICE 32-1-31
State:  PA
Original Filing Date: 9/9/2003
Amount: $570
Debtor Name: VLADMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: RAMEY, CHARMIAN J

Filing Number:  CV000017503
Filing Type:  CIVIL DISMISSAL
Location:  DELAWARE CNTY DIST JUSTICE 32-1-31
State:  PA
Original Filing Date: 9/9/2003
Release Date:  11/6/2003
Amount:
Debtor Name: VLADMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: RAMEY, CHARMIAN J

Filing Number:  CV-0000175-03
State:  PA
Original Filing Date: 9/9/2003
Amount: $570
Debtor Name: VLADMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: CHARMIAN J RAMEY

Filing Number:  CV-0000133-03
State:  PA
Original Filing Date: 8/21/2003
Amount: $2,938
Debtor Name: VLADMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: KATHLEEN MANATA

Filing Number:  CV000013303
Filing Type:  SMALL CLAIMS JUDGMENT
Location:  DELAWARE CNTY DIST JUSTICE 32-1-31
State:  PA
Filing Number:  CV000013303
Filing Type:  CIVIL NEW FILING
Location:  DELAWARE CNTY DIST JUSTICE 32-1-31
State:  PA
Original Filing Date: 7/18/2003
Amount: $2,938
Debtor Name: VLADMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: MANATA, KATHLEEN

Filing Number:  CV-0000133-03
State:  PA
Original Filing Date: 7/16/2003
Amount: $2,938
Debtor Name: VLADIMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: KATHLEEN MANATA

Filing Number:  J0303019712
Filing Type:  SMALL CLAIMS JUDGMENT RELEASE
Location:  WILMINGTON JP COURT #12
State:  DE
Original Filing Date: 5/8/2003
Release Date:  5/13/2003
Amount: $540
Debtor Name: VLADIMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Debtor Name: SVETLANA KARPOV
Debtor SSN: 217-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: EVA M WALLACE

Filing Number:  J0302011613
Filing Type:  SMALL CLAIMS JUDGMENT
Location:  WILMINGTON JP COURT #13
State:  DE
Filing Number:  J0302011613
Filing Type:  SMALL CLAIMS JUDGMENT RELEASE
Location:  WILMINGTON JP COURT #13
State:  DE
Original Filing Date: 4/7/2003
Release Date:  8/25/2006
Amount: $1,360
Debtor Name: VLADIMIR KARPAV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Debtor Name: VLADIMIR KARPAV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: STEPHANIE HOCKER

Filing Number:  03-02-116
Filing Type:  JUDGMENT or STATE TAX LIEN
Location:  JUSTICE OF PEACE COURTS
State:  DE
Original Filing Date: 4/7/2003
Amount: $1,390
Debtor Name: VLADIMIR KARPAV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: STEPHANIE HOCKER

Filing Number:  LT-0000145-02
Filing Type:  LANDLORD TENANT JUDGMENT
Location:  MUNICIPAL COURT PHILADELPHIA & DISTRICT MAGISTRATE COURT
State:  PA
Original Filing Date: 8/27/2002
Amount:
Debtor Name: VLADIMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: GLORIA ALSTON

Filing Number:  LT-0000237-00
Filing Type:  LANDLORD TENANT JUDGMENT
Location:  MUNICIPAL COURT PHILADELPHIA & DISTRICT MAGISTRATE COURT
State:  PA
Original Filing Date: 12/19/2000
Amount:
Debtor Name: VLADIMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102
Creditor: CHARLES THOMAS

Filing Number:  LT-0000233-00
Filing Type:  LANDLORD TENANT JUDGMENT
Location:  MUNICIPAL COURT PHILADELPHIA & DISTRICT MAGISTRATE COURT
State:  PA
Original Filing Date: 12/19/2000
Amount:
Debtor Name: VLADIMIR KARPOV
Debtor SSN: 218-27-xxxx

Debtor Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102
Creditor: KATHY MANATA

Filing Number: 99C-10-161
Filing Type: CIVIL SUIT
Location: SUPERIOR COURT IN ALL COUNTIES
State: DE
Original Filing Date: 10/18/1999
Amount:
Debtor Name: VLADIMIR KARPOV
Debtor SSN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102
Creditor: ALBERT PARKS

## UCC Filings:
Original Filing Number: 5401352 1
Original Date: Dec 27, 2005
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: FEDERAL & DUKE OF YORK STS, DOVER DE 19901
Filing State: DE

Debtor(s):
  Debtor Name: VLADIMIR KARPOV
  Debtor SSN: 218-27-xxxx
  Debtor Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102

Secured(s):
  Secured Name: AMERICAN HONDA FINANCE CORP
  Secured Address: 1235 OLD ALPHARETTA RD STE 190, ALPHARETTA GA 30005-2902

Filing(s):
  Filing Type: INITIAL FILING
  Filing Number: 5401352 1
  Date Filed: Dec 27, 2005

Collateral(s):
  Description: VEHICLES


Original Filing Number: 200408182049
Original Date: Oct 28, 2004
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: STATE CAPITOL, TALLAHASSEE FL 32314
Filing State: FL

Debtor(s):
  Debtor Name: VLADIMIR KARPOV
  Debtor SSN/FEIN: 218-27-xxxx
  Debtor Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102

  Debtor Name: SVETLANA KARPOV
  Debtor SSN/FEIN: 217-27-xxxx
  Debtor Address: 482 W CHESTNUT HILL RD, NEWARK DE 19713-1102

Secured(s):
  Secured Name: IMPERIAL CAPITAL BANK
  Secured Address: 701 N CENTRAL AVE STE 100, GLENDALE CA 91203-3283

  Secured Name: MATRIX CAPITAL BANK, FSB
  Secured Address: PO BOX 1860, DENVER CO 80201-1860

Filing(s):
  Filing Type: TERMINATION
  Filing Number: 2005012453 9X
  Date Filed: Nov 28, 2005
  Pages: 1

  Filing Type: AMENDMENT
  Filing Number: 200503603908
  Date Filed: Jan 7, 2005
  Filing Expiration Date: 10/28/2009
  Pages: 2

  Filing Type: INITIAL FILING
  Filing Number: 200408182049
  Date Filed: Oct 28, 2004
  Filing Expiration Date: 10/28/2009
  Pages: 5

Collateral(s):
  Description: MACHINERY AND PROCEEDS;NEGOTIABLE INSTRUMENTS AND PROCEEDS;EQUIPMENT AND
PROCEEDS;BUILDING MATERIALS AND PROCEEDS;ACCOUNT(S) AND PROCEEDS;ACCOUNTS RECEIVABLE AND
PROCEEDS;COMMUNICATIONS EQUIPMENT AND PROCEEDS;COMPUTER EQUIPMENT AND PROCEEDS;INVENTORY AND
PROCEEDS;BUILDING(S) AND PROCEEDS;GENERAL INTANGIBLE(S) AND PROCEEDS;CHATTEL PAPER AND PROCEEDS;FIXTURES

AND PROCEEDS

Original Filing Number: 4294200 3
Original Date: Oct 13, 2004
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: FEDERAL & DUKE OF YORK STS, DOVER  DE 19901
Filing State: DE

Debtor(s):
Debtor Name: VLADIMIR KARPOV
Debtor SSN/FEIN: 213-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Debtor Name: VLADIMIR KARPOV
Debtor Address:

Debtor Name: SVETLANA KARPOV
Debtor SSN/FEIN: 217-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Secured(s):
Secured Name: MATRIX CAPITAL BANK
Secured Address: 700 17TH ST, DENVER  CO 80202-3502

Secured Name: MATRIX CAPITAL BANK, FSB
Secured Address:

Filing(s):
Filing Type: ASSIGNMENT
Filing Number: 5014398 3
Date Filed: Jan 11, 2005

Filing Type: INITIAL FILING
Filing Number: 4294200 3
Date Filed: Oct 13, 2004

Collateral(s):
Description: EQUIPMENT AND PROCEEDS;NEGOTIABLE INSTRUMENTS AND PROCEEDS;ACCOUNT(S) AND PROCEEDS;ACCOUNTS RECEIVABLE AND PROCEEDS;COMPUTER EQUIPMENT AND PROCEEDS;GENERAL INTANGIBLE(S) AND PROCEEDS;INVENTORY AND PROCEEDS;COMMUNICATIONS EQUIPMENT AND PROCEEDS;BUILDING MATERIALS AND PROCEEDS;MACHINERY AND PROCEEDS;FIXTURES AND PROCEEDS;BUILDING(S) AND PROCEEDS;CHATTEL PAPER AND PROCEEDS

Original Filing Number: 088707
Original Date: Dec 15, 2000
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: FEDERAL & DUKE OF YORK STS, DOVER  DE 19901
Filing State: DE

Debtor(s):
Debtor Name: VLADIMIR KARPOV
Debtor SSN/FEIN: 213-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Debtor Name: SVETLANA KARPOV
Debtor SSN/FEIN: 217-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Secured(s):
Secured Name: WILMINGTON SAVINGS FUND SOCIETY, FSB
Secured Address: 838 MARKET ST, WILMINGTON  DE 19801

Filing(s):
Filing Type: INITIAL FILING
Filing Number: 088707
Date Filed: Dec 15, 2000

Collateral(s):
Description: FIXTURES ALL INCLUDING PROCEEDS AND PRODUCTS;CONTRACT RIGHTS ALL INCLUDING PROCEEDS AND PRODUCTS;INVENTORY ALL INCLUDING PROCEEDS AND PRODUCTS;GENERAL INTANGIBLE(S) ALL INCLUDING PROCEEDS AND PRODUCTS;MACHINERY ALL INCLUDING PROCEEDS AND PRODUCTS;BUILDING MATERIALS ALL INCLUDING PROCEEDS AND PRODUCTS;BUILDING(S) ALL INCLUDING PROCEEDS AND PRODUCTS;ACCOUNT(S) ALL INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT ALL INCLUDING PROCEEDS AND PRODUCTS

Original Filing Number: 088897
Original Date: Dec 15, 2000
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address: FEDERAL & DUKE OF YORK STS, DOVER  DE 19901
Filing State: DE

Debtor(s):
Debtor Name: VLADIMIR KARPOV

Debtor SSN/FEIN: 218-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Debtor Name: SVETLANA KARPOV
Debtor SSN/FEIN: 217-27-xxxx
Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Secured(s):
    Secured Name: WILMINGTON SAVINGS FUND SOCIETY, FSB
    Secured Address: 838 MARKET ST, WILMINGTON  DE 19801

Filing(s):
    Filing Type: INITIAL FILING
    Filing Number: 088897
    Date Filed: Dec 15, 2000

Collateral(s):
    Description: ASSETS LEASED INCLUDING PROCEEDS AND PRODUCTS;ACCOUNT(S) ALL INCLUDING PROCEEDS AND
PRODUCTS;CONTRACT RIGHTS ALL INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT LEASED INCLUDING PROCEEDS AND
PRODUCTS;MACHINERY LEASED INCLUDING PROCEEDS AND PRODUCTS;FIXTURES LEASED INCLUDING PROCEEDS AND
PRODUCTS;BUILDING MATERIALS LEASED INCLUDING PROCEEDS AND PRODUCTS;GENERAL INTANGIBLE(S) ALL INCLUDING
PROCEEDS AND PRODUCTS

Original Filing Number: 33200963
Original Date: Oct 20, 2000
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address:  308 NORTH OFFICE BUILDING, HARRISBURG  PA 17120
Filing State: PA

Debtor(s):
    Debtor Name: VLADIMIR KARPOV
    Debtor SSN/FEIN: 218-27-xxxx
    Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

    Debtor Name: SVETLANA KARPOV
    Debtor SSN/FEIN: 217-27-xxxx
    Debtor Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102

Secured(s):
    Secured Name: WILMINGTON SAVINGS FUND SOCIETY FSB
    Secured Address: 838 MARKET ST, WILMINGTON  DE 19801

Filing(s):
    Filing Type: INITIAL FILING
    Filing Number: 33200963
    Date Filed: Oct 20, 2000
    Filing Expiration Date: 10/20/2005

Collateral(s):
    Description: FIXTURES INCLUDING PROCEEDS AND PRODUCTS;BUILDING(S) INCLUDING PROCEEDS AND
PRODUCTS;BUILDING MATERIALS INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT INCLUDING PROCEEDS AND PRODUCTS

Original Filing Number: 9606672
Original Date: Mar 7, 1996
Filing Agency: SECRETARY OF STATE/UCC DIVISION
Filing Agency Address:  FEDERAL & DUKE OF YORK STS, DOVER  DE 19901
Filing State: DE

Debtor(s):
    Debtor Name: VLADIMIR KARPOV
    Debtor SSN/FEIN: 218-27-xxxx
    Debtor Address: 410 CANOE CLUB RD, NEWARK  DE 19702-2925

Secured(s):
    Secured Name: BINKLEY & HURST BROS. INC.
    Secured Address: PO BOX 395, LITITZ  PA 17543-0395

Filing(s):
    Filing Type: INITIAL FILING
    Filing Number: 9606672
    Date Filed: Mar 7, 1996

Collateral(s):
    Description: EQUIPMENT

## 🏠 Possible Properties Owned by Subject:

Property:
    Parcel Number - 11-008.00-073
    Name Owner : KARPOV VLADIMIR & SVETLANA
    Property Address: - 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY

Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Assessed Value - $12,000
Data Source - B

Property:
Parcel Number - 33-2S-30-3302-010-002
Book - 5981
Page - 1977
Name Owner : KARPOV VLADIMIR & SVETLANA
Property Address: -
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MULTI-FAMILY DWELLINGS (2+ UNITS)
Total Market Value - $88,014
Assessed Value - $88,014
Land Value - $13,092
Improvement Value - $74,922
Land Size - 15582 SF
Year Built - 1948
Data Source - B

Property:
Parcel Number - 33-2S-30-3302-010-002
Book - 5981
Page - 1977
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 3401 W JACKSON ST, PENSACOLA  FL 32505-7857, ESCAMBIA COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MULTI FAMILY 10 UNITS LESS
Total Market Value - $88,014
Assessed Value - $88,014
Land Value - $13,092
Improvement Value - $74,922
Land Size - 15,581 Square Feet
Year Built - 1948
Name of Seller : SANDIFORD WILLIAM K III
Loan Amount - $123,500
Loan Type - CONVENTIONAL
Lender Name - SUNTRUST MTG INC
Data Source - A

Property:
Parcel Number - 11 008.00 038
Name Owner : KARPOV, VLADIMIR & SVETLANA
Property Address: - 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Sale Date - 11/05/2007
Loan Amount - $125,000
Loan Type - CONVENTIONAL
Data Source - A

Property:
Parcel Number - 18-018.00-001-CB301
Name Owner : KARPOV, VLADIMIR
Name Owner 2: KARPOV, SVETLANA
Property Address: - 60 WELSH TRACT RD APT 301, NEWARK  DE 19713-2248, NEW CASTLE COUNTY
Owner Address: 60 WELSH TRACT RD APT 301, NEWARK  DE 19713-2248, NEW CASTLE COUNTY
Sale Date - 12/28/2006
Name of Seller : KARPOV, VLADIMIR
Name of Seller 2: KARPOV, SVETLANA
Loan Amount - $108,500
Loan Type - STAND-ALONE REFINANCE
Data Source - B

Property:
Parcel Number - 33-2S-30-3302-010-002
Book - 5981
Page - 1977
Name Owner : KARPOV, VLADIMIR
Name Owner 2: KARPOV, SVETLANA
Property Address: - 3401 W JACKSON ST, PENSACOLA  FL 32505-7857, ESCAMBIA COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Sale Date - 08/28/2006
Sale Price - $130,000
Name of Seller : SANDIFORD III, WILLIAM KENNETH
Loan Amount - $123,500
Loan Type - UNKNOWN
Data Source - B

Property:
Parcel Number - 18-018.00-001-CB301
Name Owner : KARPOV VLADIMIR & SVETLANA
Property Address: - 60 WELSH TRACT RD, NEWARK  DE 19713-2248, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Assessed Value - $53,000

Comprehensive Report

Year Built - 1969
Data Source - B

Property:
   Parcel Number -
   Name Owner : KARPOV, VLADIMIR
   Property Address: - 18 LANCASTER COURT DR. WILMINGTON  DE 19805, NEW CASTLE COUNTY
   Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
   Sale Date - 01/09/2002
   Sale Price - $115,000
   Name of Seller : CHINMAN RICHARD A & CAROLE A
   Loan Amount - $92,000
   Loan Type - CONVENTIONAL
   Data Source - A

Property:
   Parcel Number - 07 032.40 056
   Book - 2930
   Page - 234
   Name Owner : KARPOV VLADIMIR
   Name Owner 2: KARPOV SVETLANA
   Property Address: - 30 COURT DR. WILMINGTON  DE 19805-5500, NEW CASTLE COUNTY
   Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
   Land Usage - APARTMENT
   Assessed Value - $126,000
   Land Size - 2,178 Square Feet
   Name of Seller : DIENER MILDRED F
   Loan Amount - $267,775
   Loan Type - CONVENTIONAL
   Lender Name - WILMINGTON SVGS FUND SOCIETY
   Data Source - A

Property:
   Parcel Number - 07 032.40 064
   Book - 2795
   Page - 283
   Name Owner : KARPOV VLADIMIR
   Name Owner 2: KARPOV SVETLANA
   Property Address: - 46 COURT DR. WILMINGTON  DE 19805-1537, NEW CASTLE COUNTY
   Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
   Land Usage - APARTMENT
   Assessed Value - $116,900
   Land Size - 1,306 Square Feet
   Name of Seller : LCR REAL ESTATE INVESTMENT LLC
   Loan Amount - $139,500
   Lender Name - WILMINGTON SVGS FUND SOCIETY
   Data Source - A

Property:
   Parcel Number - 07 032.40 070
   Name Owner : KARPOV VLADIMIR
   Name Owner 2: KARPOV SVETLANA
   Property Address: - 58 COURT DR. WILMINGTON  DE 19805-5520, NEW CASTLE COUNTY
   Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
   Assessed Value - $103,700
   Land Size - 2,178 Square Feet
   Name of Seller : QUINN THOMAS R
   Data Source - A

Property:
   Parcel Number - 07 032.40 071
   Book - 2795
   Page - 283
   Name Owner : KARPOV VLADIMIR
   Name Owner 2: KARPOV SVETLANA
   Property Address: - 60 COURT DR. WILMINGTON  DE 19805-5521, NEW CASTLE COUNTY
   Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
   Land Usage - APARTMENT
   Assessed Value - $76,000
   Land Size - 1,306 Square Feet
   Name of Seller : LCR REAL ESTATE INVESTMENT LLC
   Loan Amount - $139,500
   Loan Type - CONVENTIONAL
   Lender Name - WILMINGTON SVGS FUND SOCIETY
   Data Source - A

Property:
   Parcel Number - 07 032.40 073
   Book - 2583
   Page - 5
   Name Owner : KARPOV VLADIMIR
   Property Address: - 84 COURT DR. WILMINGTON  DE 19805-1538, NEW CASTLE COUNTY
   Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
   Land Usage - APARTMENT
   Assessed Value - $116,900

Land Size - 1,306 Square Feet
Name of Seller : PETROCCITTO FRANK
Loan Amount - $92,000
Lender Name - PNC BK/DE
Data Source - A

Property:
    Parcel Number - 07 032.40 074
    Book - 2709
    Page - 335
    Name Owner - KARPOV VLADIMIR
    Property Address: - 66 COURT DR, WILMINGTON  DE 19805-5523, NEW CASTLE COUNTY
    Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
    Land Usage - APARTMENT
    Assessed Value - $103,700
    Land Size - 1,742 Square Feet
    Name of Seller : ADAMS PAMELA J
    Loan Amount - $148,250
    Loan Type - CONVENTIONAL
    Lender Name - MELLON BK
    Data Source - A

Property:
    Parcel Number - 07 032.40 075
    Book - 2939
    Page - 236
    Name Owner : KARPOV VLADIMIR
    Name Owner 2: KARPOV SVETLANA
    Property Address: - 68 COURT DR, WILMINGTON  DE 19805-5524, NEW CASTLE COUNTY
    Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
    Land Usage - APARTMENT
    Assessed Value - $103,700
    Land Size - 2,178 Square Feet
    Name of Seller : LIOU JIUNN Y
    Data Source - A

Property:
    Parcel Number - 07 032.40 080
    Book - 2637
    Page - 235
    Name Owner : KARPOV VLADIMIR
    Property Address: - 3914 LANCASTER PIKE, WILMINGTON  DE 19805-5548, NEW CASTLE COUNTY
    Owner Address: 3914 LANCASTER PIKE, WILMINGTON  DE 19805-5548, NEW CASTLE COUNTY
    Land Usage - APARTMENT
    Assessed Value - $103,700
    Land Size - 1,742 Square Feet
    Name of Seller : EVERWIN INC
    Loan Amount - $66,400
    Lender Name - PNC BK/DE
    Data Source - A

Property:
    Parcel Number - 07 032.40 081
    Book - 2604
    Page - 27
    Name Owner : KARPOV VLADIMIR
    Property Address: - 3912 LANCASTER PIKE, WILMINGTON  DE 19805-1529, NEW CASTLE COUNTY
    Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
    Land Usage - APARTMENT
    Assessed Value - $116,900
    Land Size - 1,306 Square Feet
    Name of Seller : TULLIO ELIZABETH A
    Loan Amount - $92,000
    Lender Name - PNC BK/DE
    Data Source - A

Property:
    Parcel Number - 07 032.40 082
    Book - 2637
    Page - 237
    Name Owner : KARPOV VLADIMIR
    Property Address: - 3910 LANCASTER PIKE, WILMINGTON  DE 19805-5547, NEW CASTLE COUNTY
    Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
    Land Usage - APARTMENT
    Assessed Value - $103,700
    Land Size - 1,742 Square Feet
    Name of Seller : EVERWIN INC
    Loan Amount - $66,400
    Lender Name - PNC BK/DE
    Data Source - A

Property:
    Parcel Number - 07 032.40 085
    Book - 2709
    Page - 333

Name Owner : KARPOV VLADIMIR
Property Address: - 3904 LANCASTER PIKE, WILMINGTON  DE 19805-1528, NEW CASTLE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - APARTMENT
Assessed Value - $116,900
Land Size - 1,306 Square Feet
Name of Seller : STONE I J & LENORE F
Loan Amount - $146,250
Loan Type - CONVENTIONAL
Lender Name - MELLON BK/DE
Data Source - A

Property:
  Parcel Number - 07 032.40 106
  Book - 2593
  Page - 250
  Name Owner : KARPOV VLADIMIR
  Property Address: - 3904 SUSSEX RD, WILMINGTON  DE 19805-1539, NEW CASTLE COUNTY
  Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
  Land Usage - APARTMENT
  Assessed Value - $116,900
  Land Size - 1,306 Square Feet
  Name of Seller : ROMANO DONALD R & MARION E
  Loan Amount - $92,000
  Loan Type - CONVENTIONAL
  Lender Name - PNC BK/DE
  Data Source - A

Property:
  Parcel Number - 24 -265-000
  Book - 2080
  Page - 149
  Name Owner : KARPOV VLADIMIR
  Name Owner 2: KARPOV SVETLANA
  Property Address: - 1202 HOLLAND ST, CRUM LYNNE  PA 19022-1111, DELAWARE COUNTY
  Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
  Land Usage - MISC BUILDING
  Total Market Value - $76,670
  Data Source - A

Property:
  Parcel Number - 24 -266-000
  Book - 2080
  Page - 149
  Name Owner : KARPOV VLADIMIR
  Name Owner 2: KARPOV SVETLANA
  Property Address: - 1200 HOLLAND ST, CRUM LYNNE  PA 19022-1111, DELAWARE COUNTY
  Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
  Land Usage - MISC BUILDING
  Total Market Value - $76,180
  Data Source - A

Property:
  Parcel Number - 24 -267-000
  Name Owner : KARPOV VLADIMIR
  Name Owner 2: KARPOV SVETLANA
  Property Address: - 335 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
  Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
  Total Market Value - $79,760
  Data Source - A

Property:
  Parcel Number - 24 -268-000
  Name Owner : KARPOV VLADIMIR
  Name Owner 2: KARPOV SVETLANA
  Property Address: - 337 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
  Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
  Total Market Value - $77,890
  Data Source - A

Property:
  Parcel Number - 24 -269-000
  Book - 2747
  Page - 1094
  Name Owner : KARPOV VLADIMIR
  Name Owner 2: KARPOV SVETLANA
  Property Address: - 339 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
  Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
  Land Usage - MISC BUILDING
  Total Market Value - $47,450
  Data Source - A

Property:
  Parcel Number - 24 -270-000
  Book - 2747

Page - 1094
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 341 HOLLIS AVE, EDDYSTONE  PA 19022-1129, DELAWARE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MISC BUILDING
Total Market Value - $78,030
Data Source - A

Property:
Parcel Number - 24 -279-000
Book - 2080
Page - 147
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 1148 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MISC BUILDING
Total Market Value - $76,260
Data Source - A

Property:
Parcel Number - 24 -280-000
Book - 2080
Page - 152
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 1146 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MISC BUILDING
Total Market Value - $76,910
Data Source - A

Property:
Parcel Number - 24 -281-000
Book - 2080
Page - 152
Name Owner : KARPOV VLADIMIR
Name Owner 2: KARPOV SVETLANA
Property Address: - 1144 HOLLAND ST, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY
Owner Address: 482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
Land Usage - MISC BUILDING
Total Market Value - $77,720
Loan Amount - $32,500
Loan Type - PRIVATE PARTY LENDER
Lender Name - JULES & ELDA P AUBERTIN
Data Source - A

## Possible Associates:

JAMES E AL  DOB: 4/18/1957 Age: 52
201-36-xxxx issued in Pennsylvania between  1/1/1963  and  12/31/1964
    Names Associated with Associate:
    JAMES E TORIANO  DOB: 4/18/1957 Age: 52
    201-36-xxxx issued in Pennsylvania between  1/1/1963  and  12/31/1964
    JAMES E TROIANO  DOB: 4/18/1957 Age: 52
    201-36-xxxx issued in Pennsylvania between  1/1/1963  and  12/31/1964
    JAMES J TROIANO  DOB: 4/18/1957 Age: 52
    201-36-xxxx issued in Pennsylvania between  1/1/1963  and  12/31/1964
    JAMES E TROLANO  DOB: 4/18/1957 Age: 52
    201-36-xxxx issued in Pennsylvania between  1/1/1963  and  12/31/1964
    Active Address(es):
    ✔ 113 W MAIN ST, STRASBURG  PA 17579-1518, LANCASTER COUNTY (Jun 1977 - Dec 2007)
       717-687-4264 TROIANO LORI MS

    Previous And Non-Verified Address(es):
    104 CLIFF AVE, LANCASTER  PA 17602-4700, LANCASTER COUNTY (Dec 2007 - Jun 2009)
    10 COUNTRY RUN, THORNTON  PA 19373-1117, DELAWARE COUNTY (Jan 1995 - Jan 2008)
    🏠 1139 HOLLAND ST APT, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Jun 1994 -  2001)
    1226 PUTNAM BLVD, WALLINGFORD  PA 19086-6788, DELAWARE COUNTY (Jun 1977 - Sep 1994)
    🏠 1141 HOLLAND ST APT, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Jun 1994)
    113 W BOURNE DR, BROOMALL  PA 19008, DELAWARE COUNTY (Jun 1994)
    43 E JONATHAN CT, KENNETT SQUARE  PA 19348-1850, CHESTER COUNTY (Dec 1989 - May 1994)
    213 BOURNE DR, BROOMALL  PA 19008-3720, DELAWARE COUNTY (Jun 1977 - May 1994)
    230 ESBENSHADE RD APT, RONKS  PA 17572-9535, LANCASTER COUNTY (Aug 1992)

CYNTHIA A CARR  DOB: 8/12/1958 Age: 50
195-52-xxxx issued in Pennsylvania between  1/1/1974  and  12/31/1975
    Names Associated with Associate:
    CYNTHIA MEREDITH  DOB: 8/12/1958 Age: 50
    195-52-xxxx issued in Pennsylvania between  1/1/1974  and  12/31/1975

Comprehensive Report                                                        Page 29 of 46

CYNTHIA A MEREDITH ██████████████
195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
CYNTHIA A MEREDITH ██████████████
195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
CYNTHIA A MEREDITH ██████████████
201-36-xxxx issued in Pennsylvania between 1/1/1963 and 12/31/1964
CYNTHIA ANN MEREDITH ██████████████
195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
CYNTHIA TROIANO  DOB: 8/12/1958 Age: 50
195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
CYNTHIA A TROIANO ██████████████
195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
CYNTHIA A TROIANO DOB ████████ 50
195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
CYNTHIA A TROIANO DOB ██████████ Age: 50
201-36-xxxx issued in Pennsylvania between 1/1/1963 and 12/31/1964
**Active Address(es):**
✔600 GOLD VALLEY PASS, CANTON  GA 30114-7773, CHEROKEE COUNTY (Apr 2000 - Jun 2009)
**Current phones listed at this address:**
    770-720-4872 MEREDITH DAVE

    770-704-9180


**Previous And Non-Verified Address(es):**
💲1139 HOLLAND ST APT, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Jun 1977 - 2001)
10 COUNTRY RUN, THORNTON  PA 19373-1117, DELAWARE COUNTY (Oct 1999 - 2001)
23 TWIN PINES RD, DOWNINGTOWN  PA 19335-4511, CHESTER COUNTY (Jun 1977 - Oct 1999)
500 GOLD VALLEY PASS, CANTON  GA 30114, CHEROKEE COUNTY (May 1999 - Jul 1999)
213 BOURNE DR, BROOMALL  PA 19008-3720, DELAWARE COUNTY (Nov 1985 - Jun 1999)
113 W MAIN ST, STRASBURG  PA 17579-1518, LANCASTER COUNTY (May 1994 - Jan 1998)
1226 PUTNAM BLVD, WALLINGFORD  PA 19086-6768, DELAWARE COUNTY (Sep 1989 - Aug 1995)
120 ROCKWOOD RD, NEWTOWN SQUARE  PA 19073-4215, DELAWARE COUNTY (Nov 1994)
💲1141 HOLLAND ST APT, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Jun 1994)

JAMES J DAVIDIO  DOB: 9/17/1957 Age: 51
159-52-xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
    **Names Associated with Associate:**
    JAMES J DAVIDIO  DOB: 9/17/1957 Age: 51
    159-52-xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
    JAMES J DOVIDIO ██████████████ 51
    159-52-xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
    JAMES J DOVIDIO ██████████████ 51
    195-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
    JAMES J DOVIDIO ██████████████ 51
    159-52-xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
    JIM DOVIDIO  DOB ██████████████
    159-52-xxxx issued in Pennsylvania between 1/1/1973 and 12/31/1975
**Active Address(es):**
✔10 COUNTRY RUN, THORNTON  PA 19373-1117, DELAWARE COUNTY (May 1988 - Jun 2009)
**Current phones listed at this address:**
    610-399-1905 DOVIDIO JIM

    610-399-3458 DOVIDIO JIM


**Previous And Non-Verified Address(es):**
702 HEATHER LN, ASTON  PA 19014-3023, DELAWARE COUNTY (Nov 2000 - 2009)
128 E MAPLE ST, KENNETT SQUARE  PA 19348-2913, CHESTER COUNTY (Aug 1994 - 2009)
130 E MAPLE ST, KENNETT SQUARE  PA 19348-2913, CHESTER COUNTY (Aug 1994 - 2009)
39 E JONATHAN CT 39, KENNETT SQUARE  PA 19348-1850, CHESTER COUNTY (Dec 1993 - 2009)
1226 PUTNAM BLVD, WALLINGFORD  PA 19086-6768, DELAWARE COUNTY (Jul 1979 - 2009)
408 STEEPLECHASE CT, WOODBURY  NJ 08096-5810, GLOUCESTER COUNTY (2005 - 2006)
15 PERSIMMON PL, SWEDESBORO  NJ 08085-1441, GLOUCESTER COUNTY (1988 - 2006)
702 HEATHER LN, UPPER CHICHESTER  PA 19014-3023, DELAWARE COUNTY (Nov 2000 - 2007)
407 ASHTON LN, NEW CASTLE  DE 19720-3957, NEW CASTLE COUNTY (May 1988 - 2007)

SHARON FRIEDHOFER DOVIDIO ██████████████
164-60-xxxx issued in Pennsylvania between 1/1/1979 and 12/31/1981
    **Names Associated with Associate:**
    SHARON FIREDHOFER ██████████████
    164-60-xxxx issued in Pennsylvania between 1/1/1979 and 12/31/1981
    SHARON FRIEDHOFER FRIEDHOFER  DOB: 9/25/1965 Age: 43
    164-60-xxxx issued in Pennsylvania between 1/1/1979 and 12/31/1981
    SHARON FRIEDHOFER FRIEDHOFE  DOB: 9/25/1965 Age: 43
    164-60-xxxx issued in Pennsylvania between 1/1/1979 and 12/31/1981
**Active Address(es):**
✔10 COUNTRY RUN, THORNTON  PA 19373-1117, DELAWARE COUNTY (Dec 1993 - Jun 2009)
**Current phones listed at this address:**
    610-399-1905 DOVIDIO JIM

    610-399-3458 DOVIDIO JIM

Comprehensive Report

**Previous And Non-Verified Address(es):**
128 E MAPLE ST, KENNETT SQUARE  PA 19348-2913, CHESTER COUNTY (Aug 1994 - 2009)
130 E MAPLE ST, KENNETT SQUARE  PA 19348-2913, CHESTER COUNTY (Aug 1994 - 2009)
38 E JONATHAN CT 38, KENNETT SQUARE  PA 19348-1880, CHESTER COUNTY (Dec 1993 - 2009)
1228 PUTNAM BLVD, WALLINGFORD  PA 19086-6786, DELAWARE COUNTY (Aug 1966 - 2009)
1 COUNTRY RUN APT O, THORNTON  PA 19373-1118, DELAWARE COUNTY (Nov 2004 - Jan 2006)

💲1139 HOLLAND ST APT, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Apr 2002)

💲1146 HAVERFORD RD C, CRUM LYNNE  PA 19022-1127, DELAWARE COUNTY (Nov 1996 - Apr 2002)

💲1141 HOLLAND ST APT C, CRUM LYNNE  PA 19022-1109, DELAWARE COUNTY (Jun 1994 - Apr 2002)
E MAPLE ST, KENNETT SQUARE  PA 19348, CHESTER COUNTY (Aug 1994 - 2001)

S E HORNBECK (▪▪▪▪▪▪▪▪▪▪): 41
119-54-xxxx issued in New York  between  7/1/1974 and  12/31/1975
    **Names Associated with Associate:**
    SANDRA HORNBECK  DOB: 7/31/1967 Age: 41
    119-54-xxxx issued in New York  between  1/1/1974  and  12/31/1975
    SANDY EPSTEIN  DOB: 7/1967 Age: 42
    119-54-xxxx issued in New York  between  1/1/1974  and  12/31/1975
    SANDY HORNBECK  DOB: 7/31/1967 Age: 41
    105-74-xxxx issued in New York  between  1/1/1968  and  12/31/1990
    SANDY HORNBECK  DOB: 7/31/1967 Age: 41
    119-54-xxxx issued in New York  between  1/1/1974  and  12/31/1975
    SANDY HORNBECK  DOB: 7/31/1967 Age: 41
    119-54-xxxx issued in New York  between  1/1/1974  and  12/31/1975
    SANDY E HORNBECK  DOB: 7/31/1967 Age: 41
    119-54-xxxx issued in New York  between  1/1/1974  and  12/31/1975
**Active Address(es):**

✔716 E CHESTER PIKE APT APT, RIDLEY PARK  PA 19078-1432, DELAWARE COUNTY (Dec 1998 - Oct 2004)
    610-583-3695

**Previous And Non-Verified Address(es):**
4117 42ND WAY S, LAKE WORTH  FL 33461-4345, PALM BEACH COUNTY (Jul 2004 - Jun 2009)

💲337 HOLLIS AVE APT C, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Jun 2004 - Feb 2006)

💲339 HOLLIS AVE APT C, CRUM LYNNE  PA 19022-1129, DELAWARE COUNTY (Mar 2004 - Feb 2006)
711 AVENUE OF THE STATES, CHESTER  PA 19013-6023, DELAWARE COUNTY (Jul 2006)
330 HOLLIS AVE C, CRUM LYNNE  PA 19022, DELAWARE COUNTY (May 2002)
716 E CHESTER PIKE APT C, RIDLEY PARK  PA 19078-1432, DELAWARE COUNTY (Dec 2000 - Apr 2001)
716 C PARK E, RIDLEY PARK  PA 19078, DELAWARE COUNTY (Jul 1996)
323 FOREST RD W, MASTIC BEACH  NY 11951-5619, SUFFOLK COUNTY (Nov 1995 - Dec 1995)
530 PINE ST, DARBY  PA 19023-2420, DELAWARE COUNTY (Jun 1994)

JASMIN SANTIAGO (▪▪▪▪▪▪▪▪▪▪▪▪▪▪)
074-60-xxxx issued in New York  between  1/1/1977  and  12/31/1978
    **Names Associated with Associate:**
    JASMINE SANTIAGO  DOB: 9/27/1976 Age: 32
    074-60-xxxx issued in New York  between  1/1/1977  and  12/31/1978
**Active Address(es):**

✔675 SMITHFIELD AVE FL 1ST, LINCOLN  RI 02865-3508, PROVIDENCE COUNTY (Jan 2009)
**Previous And Non-Verified Address(es):**
16 MAGIC CT, ELKTON  MD  (May 2001 - Jun 2009)
50 RANDALL ST AFT 4L, PROVIDENCE  RI 02904-2732, PROVIDENCE COUNTY (Jan 2006)
500 S DUPONT HWY # 307, NEW CASTLE  DE 19720-4645, NEW CASTLE COUNTY (Oct 2003 - Nov 2004)
1216 W 6TH ST APT 1, WILMINGTON  DE 19805-3298, NEW CASTLE COUNTY (Jul 2000)

💲3904 SUSSEX RD APT, WILMINGTON  DE 19805-1539, NEW CASTLE COUNTY (May 2000)

💲3910 LANCASTER PIKE APT, WILMINGTON  DE 19805-5547, NEW CASTLE COUNTY (May 2000)
10 TERMINAL AVE, NEW CASTLE  DE 19720-1425, NEW CASTLE COUNTY (Mar 1999)

KADEU N SAYID  DOB: ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
207-52-xxxx issued in Pennsylvania  between  1/1/1974  and  12/31/1975
    **Names Associated with Associate:**
    KADEU N SLAUGHTER  DOB: 11/18/1971 Age: 37
    207-52-xxxx issued in Pennsylvania  between  1/1/1974  and  12/31/1975
    KADUE N SLAUGHTER  DOB: 11/18/1971 Age: 37
    207-52-xxxx issued in Pennsylvania  between  1/1/1974  and  12/31/1975
    SAYID KADEU  DOB: 11/18/1971 Age: 37
    207-52-xxxx issued in Pennsylvania  between  1/1/1974  and  12/31/1975
**Previous And Non-Verified Address(es):**
1329 GOLDENEYE DR, NEW CASTLE  DE 19720-6824, NEW CASTLE COUNTY (Dec 2002 - Jun 2009)
PO BOX 573, CLAYMONT  DE 19703-0573, NEW CASTLE COUNTY (Dec 1998 - Nov 2008)
PO BOX 11203, WILMINGTON  DE 19850-1203, NEW CASTLE COUNTY (Jun 2008 - Oct 2008)
110 TOWNE ESTATES DR UNIT 16, WILMINGTON  DE 19805-3978, NEW CASTLE COUNTY (Sep 2004 - Aug 2007)
110 TOWNE ESTATES DR UNIT N2, WILMINGTON  DE 19805-3980, NEW CASTLE COUNTY ( 2004 - Aug 2007)
110 TOWNE ESTATES DR UNIT C 2, WILMINGTON  DE 19805-3978, NEW CASTLE COUNTY ( 2004 - Aug 2007)
110 TOWNE ESTATES DR APT 1, WILMINGTON  DE 19805-3974, NEW CASTLE COUNTY ( 2004 - Aug 2007)
110 TOWNE ESTATES DR APT 16, WILMINGTON  DE 19805-3974, NEW CASTLE COUNTY (Apr 2004 - Mar 2007)
2 N TOWNE ESTATES DR, WILMINGTON  DE 19805, NEW CASTLE COUNTY (Jan 2004 - Dec 2006)
1400 CHESTNUT ST, WILMINGTON  DE 19805-3946, NEW CASTLE COUNTY (Jan 1999 - Oct 2006)

I LARRY STEPHENSON  L~~~~~~~~~~~~~
175-38-xxxx issued in Pennsylvania between 1/1/1963 and 12/31/1965
**Names Associated with Associate:**
LARRY STEPHENSON  DOB: 5/11/1967 Age: 42
175-38-xxxx issued in Pennsylvania between 1/1/1963 and 12/31/1965
LARRY STEPHENSON  DOB: 11/1968 Age: 42
201-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
LARRY STEPHENSON JR  DOB: 5/11/1967 Age: 42
201-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
LARRY STEPHENSON  DOB: 5/11/1967 Age: 42
210-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
LARRY STEPHENSON JR  DOB: 5/11/1967 Age: 42
201-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
LARRY STEVENSON  DOB: 5/11/1967 Age: 42
201-52-xxxx issued in Pennsylvania between 1/1/1974 and 12/31/1975
**Previous and Non-Verified Address(es):**
1008 HYATT ST, CHESTER  PA 19013-6318, DELAWARE COUNTY (Oct 1987 - Jun 2009)
3023 ELSON RD, BROOKHAVEN  PA 19015-1943, DELAWARE COUNTY (Jul 1993 - 2009)
8 E ABBEY DR, TOWNSEND  DE 19734-2032, NEW CASTLE COUNTY (Oct 2002 - Nov 2008)

$3 COURT DR APT D, WILMINGTON  DE 19805-1565, NEW CASTLE COUNTY (Apr 1999 - Apr 2004)

$20 COURT DR APT, WILMINGTON  DE 19805-1583, NEW CASTLE COUNTY (Sep 1981 - Dec 2003)
25 WOODIE DR, NEWARK  DE 19702-2847, NEW CASTLE COUNTY (Jun 2002 - Sep 2002)

$9 COURT DR APT, WILMINGTON  DE 19805-1571, NEW CASTLE COUNTY (Sep 1981 - Jun 2002)
PO BOX 573, CLAYMONT  DE 19703-0573, NEW CASTLE COUNTY ( 2000 - Jun 2002)
25 WOODCREST CT, NEWARK  DE 19702-2954, NEW CASTLE COUNTY (Mar 2001)
9TH BARCLAY, CHESTER  PA 19013, DELAWARE COUNTY (Sep 1997)

KIMBERLEE ANN ZELLER  Age:
196-42-xxxx issued in Pennsylvania between 1/1/1967 and 12/31/1969
**Previous and Non-Verified Address(es):**

$1148 HOLLAND ST APT C, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Apr 1991 - Feb 2008)

$1150 HOLLAND ST APT, CRUM LYNNE  PA 19022-1133, DELAWARE COUNTY (Apr 1987)

CARVER GARDENS  Age
218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
**Previous and Non-Verified Address(es):**

$482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY (Dec 2004 - Apr 2005)


🖵 **Possible Relative Summary:** *(Click on name to link to more details within this report - No Charge)*

> SEVELANA KARPOV , Age 40
>> SVELTANA KARPOV - (AKA), Age 40
>> SVETANA KARPOV - (AKA), Age 40
>> SVETLANA KARPOF - (AKA), Age 40
>> SVETLANA KARPOV - (AKA), Age 40
>> SVETLANA KARPOV - (AKA), Age 40
>> SVETLANA KARPOV - (AKA), Age 40
> ANDREY KARPOV , Age 33
>> NINA ARMSTRONG , Age 36
>>> NINA KARPOR - (AKA), Age 36
>>> NINA KARPOV - (AKA), Age 36
>>> HOBART G I ARMSTRONG , Age 37
>>>> HOBART G RD ARMSTRONG III - (AKA), Age 37
>>>> HOBERT ARMSTRONG - (AKA), Age 37
>>>> HOBIE ARMSTRONG 3 - (AKA), Age 37
>>> ISAIAH KARPOV , Age 42
>>>> ISAIAH KARP :V - (AKA), Age 42
>>>> ISAYA KARPOV - (AKA), Age 42
>>>> ISAYA KARPOV - (AKA), Age 42
> BRADY BRINKLEY , Age 33
>> BRANDY BRINKLEY - (AKA), Age 33
>> BRANDY L BRINKLEY - (AKA), Age 36
>> BRANDY LEE BRINKLEY - (AKA), Age 33
>> BRANDY M BRINKLE - (AKA), Age 33
>> BRANDY L KARPOV - (AKA), Age 33

>> WILLIAM BRINKLEY - (AKA)
>>> WILLIAM T BRINKLEY JR - (AKA), Age 57
>>> WILLIAM T BRINKLEY JR - (AKA), Age 56
>>> WILLIAM TOBIAS BRINKLEY - (AKA), Age 56
>>> WILLIAM TOBIAS BRINKLEY JR - (AKA), Age 56
>>> WILLIAM TOBIAS BRINKLEY JR - (AKA)
>>> WILLIAM BRINKLEY - (AKA)
>>> WILLIAM E BRINKLEY - (AKA)
>> BECKY BRINKLEY , Age 59
>>> REBBECCA BRINKLEY - (AKA), Age 56
>>> REBECCA D BRINKLEY - (AKA), Age 56
>>> REBECCA D BRINKLEY JR - (AKA), Age 56
>>> REBECCA DIANA BRINKLEY - (AKA), Age 56
>>> REBECCA DBRINKLEY - (AKA), Age 56

>>> REBECCA D KNOTTS
>> MARY A BRINKLEY
>> MARY ANNA SMITH - (AKA), Age 31
>> BONNIE C BRINKLEY , Age 52
    >>> BONNIE C COLLYER - (AKA), Age 52
    >>> BONNIE COLLEEN SMITH - (AKA), Age 52
    >>> BONNIE COLLEEN SMITH - (AKA), Age 52

    >>> ADVIANNA SARGENT , Age 35
        >>>> ADVIANNA SARGENT - (AKA), Age 35
        >>>> ADVIANNA MARY SARGENT - (AKA), Age 35
        >>>> ADVIANNA M SEARGANT - (AKA), Age 35
        >>>> ADVIANNA M SMITH - (AKA), Age 35
        >>>> ADVIANNA MARY SMITH - (AKA), Age 35
        >>>> ADVIANNA MARY SMITH - (AKA), Age 35
        >>>> M SARGENT ADVIANNA - (AKA), Age 35

    >>> D HOWARD V SMITH , Age 52
        >>>> D HOWARD-VERNON SMITH - (AKA), Age 52
        >>>> D HOWARD-VERNON SMITH - (AKA), Age 52

    >>> JOHN SMITH , Age 32
        >>>> JOHN P SMITH - (AKA), Age 32
        >>>> JOHN PAUL SMITH - (AKA), Age 32

    >>> L SMITHVERNON
        >>>> VERNON SMITH - (AKA), Age 33
        >>>> VERNON L SMITH - (AKA)
        >>>> VERNON LEE SMITH - (AKA), Age 33
        >>>> VERNON LEE SMITH - (AKA), Age 33
        >>>> THOMAS E SMITH
> ALEXANDER KARPOV , Age 60
    >> NADEZDA BAYBULA
        >>> NADEZDA KARPOV - (AKA)
> DAVID KARPOV , Age 16
> EDWIN KARPOV , Age 18
    >> EDWIN KARPOV - (AKA), Age 18
> OLGA KARPOV , Age 19
> KRISTINA KARPOV
    >> KRISTINA MULTANI - (AKA), Age 20
    >> GURMEJ S MULTANI
        >>> GURMEJ SINGH - (AKA)
        >>> RANJH SINGH , Age 4
            >>>> RANJIT SINGH - (AKA), Age 43
            >>>> SINGH RANJIT - (AKA), Age 43
        >>> SUKHWINDER SINGH , Age 38
    >> KARAMJEET MULTANI
> VLADIMR KARPOV

## Possible Relatives:

SEVELANA KARPOV DO ~~~~~~~~~~~~~~~
    217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
    Names Associated with Relative:
SVELTANA KARPOV DOB: 4/15/1969 Age: 40
    217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV DOB: 4/15/1969 Age: 40
    217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOR DOB: 4/15/1969 Age: 40
    217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV DOB: 4/15/1969 Age: 40
    217-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV DOB: 4/15/1969 Age: 40
    218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
SVETLANA KARPOV DOB: 4/15/1969 Age: 40
    218-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990

Active Address(es):

$ ✔482 W CHESTNUT FIELD, NEWARK DE 19713-1102, NEW CASTLE COUNTY (Sep 1997 - Jun 2009)
    Current Residents at Address:
        VLADIMIR KARPOV
        SEVELANA KARPOV
        DAVID KARPOV

$ ✔60 WELSH TRACT RD APT 301, NEWARK DE 19713-2248, NEW CASTLE COUNTY (Feb 2003 - Jan 2007)
        302-306-1120 KARPOV ANDREY


Previous And Non-Verified Address(es):

$3401 W JACKSON ST, PENSACOLA FL 32505-7857, ESCAMBIA COUNTY (Aug 2006 - 2008)
    Current Residents at Address:
        MONICA D AGUILER
        JULIO D BAEZ

2828 N PINE HILLS RD APT. ORLANDO  FL 32808-3540, ORANGE COUNTY (Oct 2004 - Nov 2005)
   **Current Residents at Address:**
      NATHASHA STACEY CHRISTOPHER HENRY

3 COURT DR APT D, WILMINGTON  DE 19805-1565, NEW CASTLE COUNTY (Apr 2004 - Jun 2005)
   **Current Residents at Address:**
      DAMON E COLLINS

3910 LANCASTER PIKE APT, WILMINGTON  DE 19805-5547, NEW CASTLE COUNTY (Apr 2004 - Jun 2005)
   **Current Residents at Address:**
      LUIS VARGAS
      MOISES JUAREZ
      JAIME GUTIERREZ

64 COURT DR APT, WILMINGTON  DE 19805-1538, NEW CASTLE COUNTY (Apr 2004 - Jun 2005)

20 COURT DR APT, WILMINGTON  DE 19805-1583, NEW CASTLE COUNTY (Dec 2003 - Jun 2005)
   **Current Residents at Address:**
      GRACE LOPORTO
      ALICIA PEDRAZA

3903 SUSSEX RD APT, WILMINGTON  DE 19805-5528, NEW CASTLE COUNTY (Dec 2003 - Jun 2005)
   **Current Residents at Address:**
      ROBERTO VASQUEZ
      IBAN RAYMUNDO

52 COURT DR APT A, WILMINGTON  DE 19805-5517, NEW CASTLE COUNTY (Dec 2003 - Jun 2005)
   **Current Residents at Address:**
      ANGELA DIANE SANTOS
      JAMES A SANTOS
      YOLANDA P ORTIZ

ANDREY KARPOV DOB: 3/18/1976 Age: 33
   219-27-xxxx Issued in Mary land between  1/1/1990 and  12/31/1990
   **Active Address(es):**

      80 WELSH TRACT RD APT 301, NEWARK  DE 19713-2248, NEW CASTLE COUNTY (Feb 2003 - Jun 2009)
         302-369-1440 KARPOV ANDREY

      80 WELSH TRACT RD APT 30, NEWARK  DE 19713-2249, NEW CASTLE COUNTY (Sep 2003 - Sep 2007)
         302-369-1148 KARPOV ANDREY

      482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY (Aug 2001 - Apr 2006)
         **Current Residents at Address:**
            VLADIMIR KARPOV
            SEVELANA KARPOV
            DAVID KARPOV
   **Previous And Non-Verified Address(es):**
   8 HOLLISTER LEIGH CT, NEWARK  DE 19702-1142, NEW CASTLE COUNTY (Apr 2009 - Jun 2009)
      **Current Residents at Address:**
         BRADY BRINKLEY
         ANDREY KARPOV
         CHRISTINA H W COLLEY

   3401 W JACKSON ST S, PENSACOLA  FL 32505-7857, ESCAMBIA COUNTY (Jun 2007 - Oct 2008)
   2286 CHESAPEAKE CITY RD, BEAR  DE 19701-3332, NEW CASTLE COUNTY (Aug 2006 - Jun 2007)
      **Current Residents at Address:**
         ROBERT SCOTT CONOVER
         CHARLOTTE ANN PAVKOVICH
         SHANE BRITT STRUBLE
         SHELBY L CONOVER
   109 SENATORIAL DR D, WILMINGTON  DE 19807-2644, NEW CASTLE COUNTY (Dec 2000 - Jun 2007)
      **Current Residents at Address:**
         KEITH DAVID SARGENT
         302-384-5427 SHARMA PRAMOD

   804 N FRANKLIN ST APT, WILMINGTON  DE 19806-4657, NEW CASTLE COUNTY (Aug 2002 - Mar 2004)
      **Current Residents at Address:**
         JOSIAH D BAKER JET IV
         AMIR BELLA SANCHEZ
         SHARON LYNN BANCROFT
         SCOTT E PHEHR

   23 COURT DR APT E, WILMINGTON  DE 19805-1535, NEW CASTLE COUNTY (May 2003 - Sep 2003)
      **Current Residents at Address:**
         CONSTANCE M GOODWYN

   23 COURT DR APT D, WILMINGTON  DE 19805-1535, NEW CASTLE COUNTY (Oct 2001 - Aug 2003)
      **Current Residents at Address:**
         KAREN L TOWSON
         RAPHAEL M SOUZA DASILVA

   **Possible Relative:**
   NINA ARMSTRONG DOB: 12/9/1972 Age: 36
      218-27-xxxx Issued in Maryland between  1/1/1990 and  12/31/1990
      **Names Associated with Relative:**

NINA KARPOR ████████████████
   218-27-xxxx issued in Maryland  between  1/1/1990 and  12/31/1990
NINA KARPOY ████████████████
   218-27-xxxx issued in Maryland  between  1/1/1990 and  12/31/1990
Previous And Non-Verified Address(es):
148 MANCHESTER RD, POUGHKEEPSIE NY 12603-2551, DUTCHESS COUNTY (Nov 2004 - Jun 2009)
   Current Residents at Address:
      HOBART G I ARMSTRONG
      GINA ELIZABETH HAIGHT
      NINA ARMSTRONG
      YAROSLAV HORBATYY
      345-452-7871 ARMSTRONG HOBART


76 JANET DR APT D, POUGHKEEPSIE NY 12603-2226, DUTCHESS COUNTY (Apr 2002 - Nov 2004)
   Current Residents at Address:
      MARY MACCAGNANO
      845-454-6272 MACCAGNANO MARY


110 SENATORIAL DR APT D, WILMINGTON DE 19807-2663, NEW CASTLE COUNTY (Nov 1999 - Apr 2002)
   Current Residents at Address:
      BENJAMIN C PHILLIPS
      302-482-3835 PHILLIPS BENJAMIN


PO BOX 765, BEAR DE 19701-0765, NEW CASTLE COUNTY (Jul 2001 - Jan 2002)
   Current Residents at Address:
      SARAH DRISTON
3 SANDALWOOD DR APT 5, NEWARK DE 19713-3520, NEW CASTLE COUNTY (Nov 2000 - Dec 2001)
   Current Residents at Address:
      SCOTT ALAN H BAKER
A 4 WENARK DR APT DR, NEWARK DE 19713, NEW CASTLE COUNTY (Dec 1997 - Jan 1999)
109 SENATORIAL DR APT D, WILMINGTON DE 19807-2644, NEW CASTLE COUNTY (May 1998 - Jan 1999)
   Current Residents at Address:
      KEITH DAVID SARGENT
Current phones listed at this address:
      302-334-8427 SHARMA PRAMOD

      302-778-1012


343 FRIENDSHIP RD, ELKTON MD 21921-5774, CECIL COUNTY (Sep 1993 - Jan 1997)
      410-620-3497 WINTER APRIL


4 WENARK DR APT 7, NEWARK DE 19713-1408, NEW CASTLE COUNTY (Sep 1996)
   Current Residents at Address:
      BENARD G ALOR
47 WENARK DR, NEWARK DE 19713-1067, NEW CASTLE COUNTY

   Possible Relative
   HOBART G I ARMSTRONG ████████████████
      085-48-xxxx issued in New York between 1/1/1970 and  12/31/1971
      Names Associated with Relative:
      HOBART G I ARMSTRONG III DOB: 9/23/1971 Age: 37
        085-48-xxxx issued in New York between 1/1/1970 and  12/31/1971
      HOBERT ARMSTRONG DOB: 9/23/1971 Age: 37
        085-48-xxxx issued in New York between 1/1/1970 and  12/31/1971
      HOBIE ARMSTRONG 3 DOB: 9/23/1971 Age: 37
        085-48-xxxx issued in New York between 1/1/1970 and  12/31/1971
   Active Address(es):
 ✓ 148 MANCHESTER RD, POUGHKEEPSIE NY 12603-2551, DUTCHESS COUNTY (Nov 2004 - Jun 2009)
   Current Residents at Address:
      HOBART G I ARMSTRONG
      GINA ELIZABETH HAIGHT
      NINA ARMSTRONG
      YAROSLAV HORBATYY
      845-452-7871 ARMSTRONG HOBART


 ✓ 121 NOXON RD, POUGHKEEPSIE NY 12603-2939, DUTCHESS COUNTY (May 2000 - Sep 2008)
   Current Residents at Address:
      DIANE Y ARMSTRONG
      845-454-3498 ARMSTRONG D


   Previous And Non-Verified Address(es):
   53 NOXON RD, POUGHKEEPSIE NY 12603-2941, DUTCHESS COUNTY (May 1990 - Jun 2001)
      845-454-3498


   RR 2 APT, POUGHKEEPSIE NY 12603-9802, DUTCHESS COUNTY

ISAIAH KARPOV ' OE: 10/27/1966 Age: 42
   218-27-xx-xx is sue: in Maryland  between  1/1/1990  and  12/31/1990
   Names Assoc ated with Relative:
   ISAIAH KARP
      218-27-xx- x issued in Maryland between  /1990  and  12/31/1990
   ISAYA KARPC
      218-27-xx- x issued in Maryland between  1/1/1990  and  12/31/1990
   ISAYA KARPCV
      218-27-xx- x issued in Maryland  between  1/1/1990  and  12/31/1990
   Active Address(es):
   ✔ 15581 YAK MA CT NW, ANOKA  MN 55303-4254, ANOKA COUNTY (May 2006 - Jun 2009)
      Current Residents at Address:
         LYUC AYA KARPOV
         ISAIA I KARPOV
         YELE IA PAVLOVNA STAROVOYTOV
   Current phon s t sted at this address:
      783-2 8-4443 KARPOV ISAIAH

      783-2 8-4443 KARPOV ISAIAH


   Previous And Non-Verified Address(es):
   6809 W 68TH ST, SIOUX FALLS  SD 57106-2820, LINCOLN COUNTY (Apr 1992 - Dec 2007)
      Current Residents at Address:
         LINA STAROVOYTOV
         OLEKSANDR S STAROVOYTOV
   5110 COUNTRY CIR APT 2, LORETTO  MN 55357-9697, HENNEPIN COUNTY (Dec 2003 - Sep 2005)
      763-4 94-13


   1818 121ST A E NV APT 2, MINNEAPOLIS  MN 55448-7517, ANOKA COUNTY (Jul 2003 - Dec 2003)
      Current Residents at Address:
         ALICA DAWN BOROVANSKY
         DENI S L EAN RELF
         KEVII ANDREW WERLINGER
      605-3 31-0543


   6504 W 67TH ST, SIOUX FALLS  SD 57106-2607, LINCOLN COUNTY (Apr 1992 - Jul 2003)
      Current Residents at Address:
         LOUA NI KUPER
         COD A KUPER
      605-3 43


   5504 S CAIN AVE, SIOUX FALLS  SD 57106-2639, MINNEHAHA COUNTY (Dec 2000 - Feb 2001)
      Current Residents at Address:
         GALI A VINCENT
         SHAV TI VINCENT
      605-3 43


   3701 S CATHY AVE APT 8, SIOUX FALLS  SD 57106-2724, MINNEHAHA COUNTY (Sep 2000)
      Current Residents at Address:
         BECK AANN ELIZABETH BAKER
         ALEX M L JMARCE
      605-3 43


   616 N LEWIS AVE APT S, SIOUX FALLS  SD 57103-1028, MINNEHAHA COUNTY (Dec 1998 - Jan 1999)
      Current Residents at Address:
         VALE TIED DOMANSKIY
         LYUB OV DOMANSKAYA
   43 ELK CHAS DR ELKTON  MD 21921-6446, CECIL COUNTY (Jun 1997 - Jan 1999)
   208 ABBOTT L R, ELKTON  MD 21921-6483, CECIL COUNTY (Jun 1996 - Jan 1997)
      Current Residents at Address:
         CHER TH MAY SHORT

BRADY BRINKLEY DOB: 4/6/1976 Age: 33
   215-64-xxxx issued in Maryland between  1/1/1976  and  12/31/1976
   Names Associated with Relative:
   BRANDY BRINKLEY
      215-64-xxxx issued in Maryland between  1/1/1976  and  12/31/1976
   BRANDY L BRINKLEY
      215-64-xxxx issued in Maryland between  1/1/1976  and  12/31/1976
   BRANDY LEE BRINKLEY ' OE: 4/6/1976 Age: 33
      215-64-xxxx issued in Maryland between  1/1/1976  and  12/31/1976
   BRANDY M BRINKLEY
      215-64-xxxx issued in Maryland between  1/1/1976  and  12/31/1976
   BRANDY L KARPOV
      215-64-xxxx issued in Maryland between  1/1/1976  and  12/31/1976
   Previous And Non-Verified Address(es):
   8 HOLLISTER LEIGH CT, NEWARK  DE 19702-1142, NEW CASTLE COUNTY (Apr 2009 - Jun 2009)
      Current Residents at Address:
         BRADY BRINKLEY

ANDREY KARPOV
CHRISTINA H WORLLEY

⬤60 WELSH TRACT RD APT 01, NEWARK DE 19713-2246, NEW CASTLE COUNTY (Feb 2003 - Apr 2009)
    302-369-1449 KARPOV ANDREY


103 CHAMPLAIN CT, NORTH EAST MD 21901-2849, CECIL COUNTY (Apr 2007 - Oct 2008)
    Current Residents at Address:
        WILLIAM BRINKLE Y
        MARY A BRINKLE Y
2285 CHESAPEAKE CITY RD, PEAR DE 19701-3332, NEW CASTLE COUNTY (Nov 2004 - Aug 2008)
    Current Residents at Address:
        ROBERT SCOTT CONOVER
        CHARLOTTE ANN PAKOVICH
        SHANE BRITT STI UP E
        SHELBY L CONOVER
101 CHAMPLAIN RD, NORTH EAST MD 21901-2852, CECIL COUNTY (Mar 2000 - May 2006)
    Current Residents at Address:
        WILLIAM MATTHE W DODDY
        ROBERT JOSEPH BROOKS SR
        WAYNE E DUKEMAN
        BRIDGETT K LINTZ
        JOYCE LEE PLUNKERT
        JAMES HENRY PLUNKERT
        DUSTIN M LINTZ
        JOYCE L PLUNKERT
        JOYCE LEE PLUNKERT
Current phones listed at this address:
        443-877-6372 LINTZ BRIDGET

        410-287-8581 LINTZ D

        443-877-6037 WELLS KAREN

        410-287-5435


804 N FRANKLIN ST APT 3, WILMINGTON DE 19806-4657, NEW CASTLE COUNTY (Aug 2002 - Oct 2003)
    Current Residents at Address:
        JOSIAH D BANCROFT IV
        AMIR BHULAR SANCHEZ
        SHARON LYNN BANCROFT
        SCOTT E PHIPPIN
8 RED OAK DR, PERRYVILLE MD 21903-1807, CECIL COUNTY (Apr 1994 - Oct 2003)
    Current Residents at Address:
        WALTER MARSHALL KNOTTS
        410-642-6484


23 D CT DR, WILMINGTON DE 19805, NEW CASTLE COUNTY (Jul 2002)
⬤23 COURT DR APT D, WILMINGTON DE 19805-1535, NEW CASTLE COUNTY (May 2002)
    Current Residents at Address:
        KAREN L TOWSON
        RAPHAEL MESOUTA DASILVA
5527 LIMERIC CIR APT 10, WILMINGTON DE 19808-3418, NEW CASTLE COUNTY (Dec 2000 - Mar 2001)
    Current Residents at Address:
        SHANE JASON HARDY
        YERBOLAT URKIMBAY
        CHINGIZ K BEKOV

**Possible Relative:**

WILLIAM BRINKLEY Age: 25
    213-58-xxxx issued in I. ar, and between 1/1/1967 and 12/31/1967
    Names Associated with Relative:
    WILLIAM BRINKLEY Age:
        215-64-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
    WILLIAM T BRINKLEY JR Age:
        213-58-xxxx issued in Maryland between 1/1/1967 and 12/31/1967
    WILLIAM T BRINKLEY JR
        213-58-xxxx issued in Maryland between 1/1/1967 and 12/31/1967
    WILLIAM TOBIAS BRINKLEY
        213-58-xxxx issued in Maryland between 12/31/1967
    WILLIAM TOBIAS BRINKLEY Age: 56
        213-58-xxxx issued in Maryland between 1/1/1967 and 12/31/1967
    WILLIAM TOBIAS BRINKLEY JR Age:
        215-64-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
    WILLIAM BRINKLY Age:
        213-58-xxxx issued in Maryland between 1/1/1967 and 12/31/1967
    WILLIAM BRINKELY Age:
        213-58-xxxx issued in Maryland between 1/1/1967 and 12/31/1967
Active Address(es):

✔1120 W OLD PHILADELPHIA RD APT 3, NORTH EAST MD 21901-3228, CECIL COUNTY (Mar 2008)
Previous And Non-Verified Address(es):

Comprehensive Report

103 CHAMPLAIN CT, NORTH EAST  MD 21901-2849, CECIL COUNTY (Jan 2005 - Jun 2009)
    Current Residents at Address:
        WILLIAM BRINKLEY
        MARY A BRINKLEY
491 CHAPMAN RD LOT 45, FOUNTAIN INN  SC 29644-8134, LAURENS COUNTY (Feb 2005)
101 CHAMPLAIN RD APT C, NORTH EAST  MD 21901-2852, CECIL COUNTY (Jan 2001 - Feb 2005)
Current phones listed at this address:
        443-877-0372 LINTZ BRIDGET

        410-287-8581 LINTZ D

        443-877-6037 WELLS KAREN


8 RED OAK DR, PERRYVILLE  MD 21903-1807, CECIL COUNTY (Sep 1993 - Dec 2000)
    Current Residents at Address:
        WALTER MARSHALL KNOTTS
3 ELK CHASE DR, ELKTON  MD 21921-8444, CECIL COUNTY (Apr 1995)
    Current Residents at Address:
        BARBARA ANN HEATHERY
        443-350-6180 HEATHERY BARBARA MS


247 LOCUST LN, ELKTON  MD 21921-5745, CECIL COUNTY (Mar 1979 - Aug 1993)
    Current Residents at Address:
        MONICA LYNN SISLER
        PHILLIP RAY SISLER JR
        410-996-9896 GLASSETTI DAWN & JOSEPH


1484 W PULASKI HWY, ELKTON  MD 21921-4701, CECIL COUNTY (Jun 1992 - Dec 1992)
94 HUNTSMAN DR, ELKTON  MD 21921-8600, CECIL COUNTY (Aug 1987 - Dec 1991)
    Current Residents at Address:
        ROBERTO MIRELES
        FRANCISCO GONZALEZ
        MARIO P MIRELES
        410-392-4904 GONZALEZ FRANCISCO


8 SADDLER AVE, ELKTON  MD 21921-7104, CECIL COUNTY (Jan 1983 - Apr 1985)
    Current Residents at Address:
        CHARLES E ROBERTSON
        MARIAN K HARDIMAN
        JENNIFER LYNN LAWTON

BECKY BRINKLEY  DOB: 5/26/1953 Age: 56
  215-84-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
Names Associated with Relative:
  REBBECCA BRINKLEY  DOB: 5/29/1953 Age: 56
    215-84-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
  REBECCA D BRINKLE  DOB: 5/29/1953 Age: 56
    215-84-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
  REBECCA D BRINKLEY JR  5/29/1953 Age: 56
    415-84-xxxx issued in Tennessee between 1/1/1957 and 12/31/1958
  REBECCA DIANA BRINKLEY  DOB: 5/29/1953 Age: 56
    215-84-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
  REBECCA DBRINKLE  DOB: 5/29/1953 Age: 56
    215-84-xxxx issued in Maryland between 1/1/1969 and 12/31/1970
Previous And Non-Verified Address(es):
285 IRISHTOWN RD, NORTH EAST  MD 21901-4315, CECIL COUNTY (May 1988 - Jun 2009)
    Current Residents at Address:
        BECKY BRINKLEY
        HILDA A CRISCONI
        RONZEL MORELAND
        RACHEL N GIVENS
        410-287-9371 CRISCONI HILDA


633 WARBURTON RD, ELKTON  MD 21921-3101, CECIL COUNTY (Mar 2000)
    Current Residents at Address:
        SARAH GAYLE BASS
        LAURA PATRICIA JACKSON
8 RED OAK DR, PERRYVILLE  MD 21903-1807, CECIL COUNTY (Jun 1994 - Jun 1999)
    Current Residents at Address:
        WALTER MARSHALL KNOTTS
101 CHAMPLAIN RD, NORTH EAST  MD 21901-2852, CECIL COUNTY (Jan 1999)
    Current Residents at Address:
        WILLIAM MATTHEW BODDY
        ROBERT JOSEPH BROOKS SR
        WAYNE E DUFFMAN
        BRIDGETT K LINTZ
        JOYCE LEE PLUNKERT
        JAMES HENRY PLUNKERT
        DUSTIN M LINTZ
        JOYCE L PLUNKERT

JOYCE LEE PLUNKERT
**Current phones listed at this address:**
443-877-6372 INTZ BRIDGET

410-287-8581 INTZ D

443-877-0037 ELLS KAREN

3 ELK CHASE DR, ELKTON  MD 21921-6444, CECIL COUNTY (Dec 1995 - Jan 1999)
**Current Residents at Address:**
BARBARA ANN NEATHERY
443-350-9180 NEATHERY BARBARA MS

1464 W PULASKI HWY, ELKTON  MD 21921-4701, CECIL COUNTY (May 1988 - Jan 1999)
28 BUCKLY AVE, RISING SUN  MD 21911, CECIL COUNTY (Dec 1998)
1919 W OLD PHILADELPHIA RD, NORTH EAST  MD 21901-3106, CECIL COUNTY (Jun 1996 - Oct 1998)
**Current Residents at Address:**
RICHARD BLANE FROCK JR
MICHAEL R FROCK
247 LOCUST LN, ELKTON  MD 21921-5745, CECIL COUNTY (May 1988 - Aug 1993)
**Current Residents at Address:**
MONICA LYNN SISLER
PHILLIP RAY SISLER JR
410-996-0800 PLASETTI DAWN & JOSEPH

94 HUNTSMAN DR, ELKTON  MD 21921-6600, CECIL COUNTY (Aug 1987 - Apr 1993)
**Current Residents at Address:**
ROBERTO MINGLES
FRANCISCO GONZALEZ
MARIO P MIRELES
410-392-4904 GONZALEZ FRANCISCO

**Possible Relative:**
REDECCA D KNOTTS      Age:
**Active Address(es):**
✔140 MAPLE LN, MANTENO  IL 60950-1332, KANKAKEE COUNTY (Jun 2006)
**Current Residents at Address:**
WALTER MARSHALL KNOTTS
WALTER KNOTTS
815-468-6601 KNOTTS WALTER

✔763 KURT DR, MANTENO  IL 60950-1881, KANKAKEE COUNTY (Mar 2006)
**Current Residents at Address:**
PENNY LYNN KNOTTS
LEONARD S KNOTTS
815-468-3956 KNOTTS LEONARD & PENNY

**Previous And Non-Verified Address(es):**
8 RED OAK DR, PERRYVILLE  MD 21903-1807, CECIL COUNTY (May 2001 - Mar 2006)
**Current Residents at Address:**
WALTER MARSHALL KNOTTS

MARY A BRINKLEY  Age:
218-02-xxxx issued in Maryland  between 1/1/1983 and 12/31/1984
**Names Associated with Relative:**
MARY ANNA SMITH  DOB: 9/7/1977 Age: 31
218-02-xxxx issued in Maryland  between 1/1/1983 and 12/31/1984
**Previous And Non-Verified Address(es):**
103 CHAMPLAIN CT, NORTH EAST  MD 21901-2849, CECIL COUNTY (Dec 2004 - Jun 2006)
**Current Residents at Address:**
WILLIAM BRINKLEY
MARY A BRINKLEY
1120 W OLD PHILADELPHIA RD APT 3, NORTH EAST  MD 21901-3228, CECIL COUNTY (Mar 2006)
102 CHAMPLAIN CT, NORTH EAST  MD 21901-2849, CECIL COUNTY (Apr 2002 - Jul 2005)
101 CHAMPLAIN CT, NORTH EAST  MD 21901-2849, CECIL COUNTY (Mar 1999 - Mar 2003)
**Current Residents at Address:**
LESTER SHAWN BURKINS
ROBIN SUE BURKINS
**Current phones listed at this address:**
443-877-6372 INTZ BRIDGET

410-287-8581 INTZ D

443-877-0037 ELLS KAREN

8 RED OAK DR, PERRYVILLE  MD 21903-1807, CECIL COUNTY (Nov 1995 - Mar 1997)

Comprehensive Report                                                    Page 39 of 46

Current Residents at Address:
WALTER MARSHALL KNOTTS
901 CHAMPLAIN CT, NORTH EAST MD 21901, CECIL COUNTY

BONNIE C BRINKLEY  DOB: 12/18/1956 Age: 52
222-42-xxxx issued in Delaware between 1/1/1970 and 12/31/1971
Names Associated with Relative:
BONNIE C COLLYER  DOB: 12/18/1956 Age: 52
222-42-xxxx issued in Delaware between 1/1/1970 and 12/31/1971
BONNIE COLLEEN SMITH  DOB: 12/18/1956 Age: 52
222-42-xxxx issued in Delaware between 1/1/1970 and 12/31/1971
BONNIE COLLEEN SMITH  722-42-xxxx DOB: 12/18/1956 Age: 52
Active Address(es):
✔ 491 CHAPMAN RD LOT 48, FOUNTAIN INN  SC 29644-8134, LAURENS COUNTY (Feb 2005)
Previous And Non-Verified Address(es):
316 MINT LEAF CT, FOUNTAIN INN  SC 29644-3507, LAURENS COUNTY (Aug 2008 - Jun 2009)
Current Residents at Address:
ADVIANNA SARGENT
BONNIE C BRINKLEY
JOE ALLEN CUMMINGS JR
JOHN SMITH
103 CHAMPLAIN CT, NORTH EAST MD 21901-2849, CECIL COUNTY (Jan 2005 - Jan 2009)
Current Residents at Address:
WILLIAM ERIC LEY
MARY A BRINKLEY
123 W MAIN ST APT 2, ELKTON  MD 21921-5506, CECIL COUNTY (Aug 2003 - Mar 2007)
410-820-52x5

116 PARK CIR, ELKTON  MD 21921-5463, CECIL COUNTY (Aug 2008)
Current Residents at Address:
MARY GENEVIEVE CARROLL
CHARLES RICHARD HOWE
TINA LOUISE HOWE
CLYDE CARROLL
PO BOX 1931, ELKTON  MD 21922-1931, CECIL COUNTY (Sep 2002 - May 2005)
Current Residents at Address:
MARY KATHLEEN BIRNEY
109 MALLARD CT, ELKTON  MD 21921-6640, CECIL COUNTY (Aug 2000 - Dec 2004)
Current Residents at Address:
JUAN GABRIEL GOMEZ
RONALD S GALVIN SR
410-392-0613 STURGILL TINA

86 HOLLINGSWORTH DR, ELKTON  MD 21921-6806, CECIL COUNTY (Oct 1997 - Jul 2003)
Current Residents at Address:
CAROLE A TACION
BRIAN PARKINSON
443-406-70x5 ACCORD CHRISTOP

101 CHAMPLAIN CT, NORTH EAST  MD 21901-2849, CECIL COUNTY (Apr 2002 - Jan 2003)
Current Residents at Address:
LESTER SHAWN BURKINS
ROBIN SUE BURKINS
Current phones listed at this address:
443-877-6372 LINTZ BRIDGET

410-287-85x1 LINTZ D

443-877-0037 WELLS KAREN

410-287-96x5

393 COUNTRY ESTATES RD, FOUNTAIN INN  SC 29644-5722, GREENVILLE COUNTY (Jun 2001 - May 2002)
410-820-0457

Possible Relative:
ADVIANNA SARGENT  DOB: 12/23/1973 Age: 35
219-76-xxxx issued in Maryland between 1/1/1973 and 12/31/1974
Names Associated with Relative:
ADVIANNA SARGENT  DOB: 12/23/1973 Age: 35
220-29-xxx x issued in Maryland between 1/1/1990 and 12/31/1991
ADVIANNA MARY SARGENT  DOB: 12/23/1973 Age: 35
219-76-xxxx issued in Maryland between 1/1/1973 and 12/31/1974
ADVIANNA M SEARGANT  DOB: 12/23/1973 Age: 35
219-76-xxxx issued in Maryland between 1/1/1973 and 12/31/1974
ADVIANNA M SMITH  DOB: 12/23/1973 Age: 35
219-76-xxxx issued in Maryland between 1/1/1973 and 12/31/1974
ADVIANNA MARY SMITH  DOB: 12/23/1973 Age: 35

319-76-xxx issued in Illinois between 1/1/1985 and 12/31/1987
ADVIANNA MARY SMITH DOB: 12/23/1973 Age: 35
   219-76-xxxx issued in Maryland between 1/1/1973 and 12/31/1974
M SARGENT ADVIANNA DOB: 12/23/1973 Age: 35
   219-76-xxxx issued in Maryland between 1/1/1973 and 12/31/1974
Previous And Non-Verified Address(es):
316 MINT LEAF CT, FOUNTAIN INN  SC 29644-3507, LAURENS COUNTY (Oct 2005 - Jun 2009)
         Current Residents at Address:
            ADVIANNA SARGENT
            BONNIE C BRINKLEY
            JOE ALLEN CUMMINGS JR
            JOHN SMITH
204 SAGEWOOD CT, FOUNTAIN INN  SC 29644-5247, LAURENS COUNTY (Jan 2005 - Sep 2005)
         Current Residents at Address:
            LEWIS R CHARTIER
            MISCHELLE HEYWARD
            WILLIAM B HEYWARD III
            LAWANNA N HEYWARD
            WILLIAM HEYWARD
            WILLIAM HAYWOOD
383 COUNTRY ESTATES RD 62, FOUNTAIN INN  SC 29644-5722, LAURENS COUNTY (Jan 2004 - Feb 2005)
            864-409-3153


1635 BELMONT WOODS DR, MULBERRY  FL 33860-8159, POLK COUNTY (Dec 1997 - Feb 2005)
         Current Residents at Address:
            DAVID MICHAEL TROUT
            863-425-6842


1100 MOHICAN TRL, MULBERRY  FL 33860-3414, POLK COUNTY (Oct 1996 - Apr 2004)
         Current Residents at Address:
            VICTORIA P PRESTON
            CHARLOTTE R MACE
324 OLD BAYVIEW RD APT 3, NORTH EAST  MD 21901-1800, CECIL COUNTY (Apr 1993 - Oct 2000)
         Current Residents at Address:
            EDWARD A NICHOLS JR
236 OLD BAYVIEW RD APT A, NORTH EAST  MD 21901-1849, CECIL COUNTY (Apr 1994 - Jan 1999)
         Current Residents at Address:
            CRYSTAL ELLEN PHENNEGER
249 LOCUST LN, ELKTON  MD 21921-5750, CECIL COUNTY (Oct 1996)
         Current Residents at Address:
            TATUM YOUNG
            L ALLEN VIOLET
            863-425-6840


2879 OLD ELK NECK RD APT. ELKTON  MD 21921-6838, CECIL COUNTY (Dec 1995 - Jun 1996)
         Current Residents at Address:
            TERRY LYNN WYRE
            JOYCE L COLEMAN
313 HOLLINGSWORTH MN RD APT 14, ELKTON  MD 21921, CECIL COUNTY (Apr 1993)

D  HOWARD V SMITH  DOB: 10/4/1956 DOD:3/11/2001 Age at Death: 44 (Born 52 years ago) - Proof
   218-70-xxxx issued in Maryland between 1/1/1971 and 12/31/1972
Names Associated with Relative:
   D  HOWARD VERNON SMITH  DOB: 9/1956 DOD:3/11/2001 Age at Death: 44 (Born 52 years ago) - Proof
      218-70-xxxx issued in Maryland between 1/1/1971 and 12/31/1972
   D  HOWARD VERNON SMITH  DOB: 10/4/1956 DOD:3/11/2001 Age at Death: 44 (Born 52 years ago) - Proof
      218-70-xxxx issued in Maryland between 1/1/1971 and 12/31/1972
Previous And Non-Verified Address(es):
253 LOCUST LN, ELKTON  MD 21921-5750, CECIL COUNTY (Oct 1996 - Jan 2007)
         Current Residents at Address:
            LUCINDA ANN GUDE
            LUCILLE MARGARET GUDE
            LUCINDA A MORWANI
316 BELLAIR RD, FORT MYERS  FL 33905-2502, LEE COUNTY (Jul 1992 - Sep 2002)
         Current Residents at Address:
            ORLAND JACK SCHOOLEY
            HUMBARD MICHELE
            239-245-7900 SCHOOLEY O JACK


321 JEFFERSON AVE, LEHIGH ACRES  FL 33972-5435, LEE COUNTY (Dec 1993 - Sep 1999)
4981 HOLLY AV APT 7, FORT MYERS  FL 33905-3600, LEE COUNTY (Jan 1996 - Aug 1999)
64A COUNTRY ESTATES RD, FOUNTAIN INN  SC 29644-5719, GREENVILLE COUNTY (May 1999)
243 LOCUST LN, ELKTON  MD 21921-5745, CECIL COUNTY (Oct 1998)
         Current Residents at Address:
            CHERYL JEAN RITTER
            RICHARD JAMES RITTER
109 MALLARD CT, ELKTON  MD 21921-6840, CECIL COUNTY (May 1998)
         Current Residents at Address:
            JUAN GABRIEL GOMEZ
            RONALD S GALVIN SR

410-392-6813 STURGILL TINA

2919 OLD ELK NECK RD, ELKTON  MD 21921-6940, CECIL COUNTY (May 1996 - Jan 1997)
  Current Residents at Address:
    WILLIAM HOWARD BURCHETT JR
    REX ALAN GILL SR
    410-996-9521 BURCHETTE WILLIAM H SR

1 RR 1, SHARON  SC 29742, YORK COUNTY (May 1988 - Dec 1992)

JOHN SMITH  DOB: 11/20/1976 Age: 32
  266-75-xxxx issued in Florida  between  1/1/1976  and  12/31/1977
  Names Associated with Relative:
  JOHN P SMITH  DOB: 11/20/1976 Age: 32
    226-75-xxxx issued in Virginia  between  3/1/1996  and  12/2/1996
  JOHN PAUL SMITH  DOB: 11/20/1976 Age: 32
    266-75-xxxx issued in Florida  between  1/1/1976  and  12/31/1977
  Previous And Non-Verified Address(es):
  318 MINT LEAF CT, FOUNTAIN INN  SC 29644-3507, LAURENS COUNTY (Oct 2005 - Jun 2009)
    Current Residents at Address:
      ADVIANNA SARGENT
      BONNIE C BRINKLEY
      JOE ALLEN CUMMINGS JR
      JOHN SMITH
  204 SAGEWOOD CT, FOUNTAIN INN  SC 29644-5247, LAURENS COUNTY (Aug 2004 - Nov 2005)
    Current Residents at Address:
      LEWIS R CHARTIER
      MISCHELLE HEYWARD
      WILLIAM B HEYWARD III
      LAWANNA N HEYWARD
      WILLIAM HEYWARD
      WILLIAM HAYWOOD
      864-409-3153

  1635 BELMONT WOODS DR, MULBERRY  FL 33860-8159, POLK COUNTY (Jan 2000 - Jul 2005)
    Current Residents at Address:
      DAVID MICHAEL TROUT
  393 COUNTRY ESTATES RD 62, FOUNTAIN INN  SC 29644-5722, GREENVILLE COUNTY (Apr 2004 - Aug 2004)
  253 LOCUST LN, ELKTON  MD 21921-5750, CECIL COUNTY (Apr 1995 - Dec 1999)
    Current Residents at Address:
      LUCINDA ANN GUDE
      LUCILLE MARGARET GUDE
      LUCINDA A MORWANI
  4 PLEASANT VALLEY DR, NEWARK  DE 19702, NEW CASTLE COUNTY (Sep 1999)
  4316 LAKE AVE, KISSIMMEE  FL 34746-4016, OSCEOLA COUNTY (Mar 1999)
    Current Residents at Address:
      MARY CATHERINE WATSON
      LAWRENCE MATHIAS NOLTE
  12361 4TH ST, FORT MYERS  FL 33905-4811, LEE COUNTY (Oct 1996 - Nov 1996)
    Current Residents at Address:
      JEAN R BENTSEN
      RALPH ARNOLD WILLIS III
  22114 POINCIANA BLVD, FORT MYERS  FL 33905, LEE COUNTY (Apr 1995)
  2244 POINCIANA BLVD, FORT MYERS  FL 33905-2149, LEE COUNTY (Apr 1995)
    Current Residents at Address:
      EDITH RUBY ENDERS
      LEROY FRANK ENDERS
      LISA RENEE SANDS
      KELLIE DEAN LAMOREAUX
      SHANNON MARIE THOMAS

L SMITH-VERNON  Age:
  215-02-xxxx issued in Maryland  between  1/1/1983  and  12/31/1983
  Names Associated with Relative:
  VERNON SMITH  DOB: 1976 Age: 33
    215-02-xxxx issued in Maryland  between  1/1/1983  and  12/31/1983
  VERNON L SMITH  Age:
    215-02-xxxx issued in Maryland  between  1/1/1983  and  12/31/1983
  VERNON LEE SMITH  DOB: 1976 Age: 33
    215-02-xxxx issued in Maryland  between  1/1/1983  and  12/31/1983
  VERNON LEE SMITH  DOB: 11/11/1975 Age: 33
    215-02-xxxx issued in Maryland  between  1/1/1983  and  12/31/1983
  Previous And Non-Verified Address(es):
  380 COUNTRY ESTATES RD, FOUNTAIN INN  SC 29644-5722, LAURENS COUNTY (Dec 2007 - Jun 2009)
    Current Residents at Address:
      SUSAN ELIZABETH COLLYER
      STEVEN MICHAEL COLLYER
      L SMITH-VERNON
  394 COUNTRY ESTATES RD, FOUNTAIN INN  SC 29644-5722, LAURENS COUNTY (Aug 2005 - Jun 2008)
    Current Residents at Address:
      L SMITH-VERNON

334 BUNCOMBE ST, WOODRUFF  SC 29388-1503, SPARTANBURG COUNTY (Jan 2009)
    Current Residents at Address:
       MONICA DANIELL KIRBY
       CHRISTOPHER RAYMOND BRYSON
       FREDDIE L YOUNG
       BEATRICE INEZ HOOPER
       SHADRICK J MOATES
       SHADAWN FRANKLIN
       BRANDON NODINE
6 MCLEAN ST, GREENVILLE  SC 29611-5627, GREENVILLE COUNTY (Jul 2006 - Mar 2008)
    Current Residents at Address:
       SHUNKISHA AQ CIRTON
       LUCILLE K KURTZ
       JANICE SUE LINDSEY
       EDWARD R L SMITH
       EDWIN SMITH
       EDWARD D SMITH
       EDWIN SMITH
       MINNIE OLIVER
       864-991-8369 OLIVER MINNIE


804 LAUREL MEADOWS PKWY, GREENVILLE  SC 29607-4861, GREENVILLE COUNTY (Mar 2007)
    Current Residents at Address:
       JEAN MILES
6745 GREENPOND RD, GRAY COURT  SC 29645-8475, LAURENS COUNTY (Oct 2005 - Feb 2006)
    Current Residents at Address:
       CREACIA COLLEEN BUXTON
       TODD ALLEN BUXTON
       864-444-8176


108 3RD ST, FOUNTAIN INN  SC 29644-2006, GREENVILLE COUNTY (Sep 2005 - Jan 2006)
    Current Residents at Address:
       MARGARET M BARKSDALE
       TIFFANY T STEVENSON
       239-243-4278


302 HOLLINGSWORTH MNR, ELKTON  MD 21921-6625, CECIL COUNTY (Mar 2001 - Aug 2005)
    Current Residents at Address:
       LARRY COLEMAN T TORKE
       BRUCE A VEASEY JR
Current phones listed at this address:
       410-398-5735 STORKE LARRY C

       410-392-9691 VEASEY BRUCE

       410-392-4106 VEASEY BRUCE A

       410-620-7710


2244 POINCIANA BLVD, FORT MYERS  FL 33905-2149, LEE COUNTY (Mar 1999 - Dec 2001)
    Current Residents at Address:
       EDITH RUBY ENDERS
       LEROY FRANK ENDERS
       LISA RENEE SANDS
       KELLIE DEAN LANDREAUX
       SHANNON MARIE THOMAS
372 COUNTRY ESTATES RD, FOUNTAIN INN  SC 29644-5722, GREENVILLE COUNTY (Sep 2000)
       864-862-3743


THOMAS E SMITH  Age:
    250-75-xxxx issued in South Carolina between 1/1/1988 and 12/31/1989
    Previous And Non-Verified Address(es):
1640 BOSTON GRILL RD, MOUNT PLEASANT  SC 29466-8917, CHARLESTON COUNTY (Oct 2008 - Jun 2009)
    Current Residents at Address:
       JACK DONALD PITTS JR
       ANNA PITTS
       THOMAS E SMITH
       MARGARET JANELLA PITTS
       JOHN T PITTS
372 COUNTRY ESTATES RD, FOUNTAIN INN  SC 29644-5722, LAURENS COUNTY (Aug 2008 - Dec 2008)
316 MINT LEAF CT, FOUNTAIN INN  SC 29644-3507, LAURENS COUNTY (Oct 2007 - Aug 2008)
    Current Residents at Address:
       ADVIANNA SARGENT
       BONNIE C BRINKLEY
       JOE ALLEN CUMMINGS JR
       JOHN SMITH
103 CHAMPLAIN CT, NORTH EAST  MD 21901-2849, CECIL COUNTY (Mar 2008 - Jul 2008)
    Current Residents at Address:
       WILLIAM BRINKLEY

MARY A BRINKLEY
410-287-2219

372 COUNTRY RD, FOUNTAIN INN  SC 29644, GREENVILLE COUNTY (Feb 2008 - Jun 2008)
   **Current Residents at Address:**
     BROOKE SHANELLE WATFORD
     864-303-7401

1000 PULASKI HW, NORTH EAST  MD 21901, CECIL COUNTY (Mar 2008)

**ALEXANDER KARPOV** DOB: 5/22/1979 Age: 30
   222-88-xxxx issued in Delaware between 2/3/1997 and 9/1/1998
   **Active Address(es):**
     482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY
     **Current Residents at Address:**
       VLADIMIR KARPOV
       SEVELANA KARPOV
       DAVID KARPOV
   **Previous And Non-Verified Address(es):**
   72 WELSH TRACT RD APT 106, NEWARK  DE 19713-2220, NEW CASTLE COUNTY (Oct 2003 - Jun 2009)
   334 E MAIN ST APT H9, NEWARK  DE 19711-3778, NEW CASTLE COUNTY (Jun 2002 - Dec 2003)
     **Current Residents at Address:**
       ALEXEI A PETROV
       WANG
       ALVIN VULANOEIT
       MARYNA MARMILAVA
   21 BROOKEDGE CT APT B4, NEWARK  DE 19702-2622, NEW CASTLE COUNTY (Jul 2001 - Jun 2002)
   6 FAIRWAY RD APT 3C, NEWARK  DE 19711-5625, NEW CASTLE COUNTY (Feb 2001 - May 2001)
     **Current Residents at Address:**
       DOMINGO MENDEZ
       ANTOINETTE JOSEPHINE OWENS
       NOEL N MENDEZ
       ELIZABETH A WILLIAMS
       BERNABE ZAMORA
   76 WELSH TRACT RD APT 206, NEWARK  DE 19713-2256, NEW CASTLE COUNTY (Sep 2000)
   109 SENATORIAL D DR APT D, WILMINGTON  DE 19807, NEW CASTLE COUNTY (Jan 1999)

   **Possible Relative:**
   NADEZDA BAYBULA Age:
     221-04-xxxx issued in Delaware between 4/3/2008 and 6/1/2007
     **Names Associated with Relative:**
     NADEZDA KARPOV Age:
       221-04-xxxx issued in Delaware between 4/3/2008 and 6/1/2007
     **Previous And Non-Verified Address(es):**
     72 WELSH TRACT RD APT 106, NEWARK  DE 19713-2220, NEW CASTLE COUNTY (Mar 2007 - Jun 2009)

**DAVID KARPOV** DOB: 12/20/1989 Age: 19
   218-31-xxxx issued in Maryland between 1/1/1991 and 12/31/1991
   **Active Address(es):**
     482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY (Feb 2009 - Jun 2009)
     **Current Residents at Address:**
       VLADIMIR KARPOV
       SEVELANA KARPOV
       DAVID KARPOV

**EDWIN KARPOV** DOB: 12/20/1990 Age: 18
   218-31-xxxx issued in Maryland between 1/1/1991 and 12/31/1991
   **Names Associated with Relative:**
   EDWIN KARPOV DOB: 12/21/1990 Age: 18
     218-31-xxxx issued in Maryland between 1/1/1991 and 12/31/1991
   **Active Address(es):**
     482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY (Jan 2008 - Feb 2009)
     **Current Residents at Address:**
       VLADIMIR KARPOV
       SEVELANA KARPOV
       DAVID KARPOV
   **Previous And Non-Verified Address(es):**
   32 WENARK DR APT 4, NEWARK  DE 19713-1439, NEW CASTLE COUNTY (Jan 2009 - Jun 2009)
     **Current Residents at Address:**
       M CARTER
       EDWIN KARPOV
       EKATERINA EFIMOVA
       713-732-4827

**OLGA KARPOV** DOB: 1/1/1990 Age: 19
   219-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
   **Active Address(es):**
     482 W CHESTNUT HILL RD, NEWARK  DE 19713-1102, NEW CASTLE COUNTY (Jan 2008 - Aug 2008)
     **Current Residents at Address:**

VLADIMIR KARPOV
SEVELANA KARPOV
DAVID KARPOV
**Previous And Non-Verified Address(es):**
20 FAIRWAY RD APT 1A, NEWARK DE 9711-5639, NEW CASTLE COUNTY (Aug 2008 - Jun 2009)
Current Residents at Address:
OLGA KARPOV
302-737-1619


KRISTINA KARPOV Age:
219-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
**Names Associated with Relative:**
KRISTINA MULTANI DOB: 1/16/1989 Age: 20
219-27-xxxx issued in Maryland between 1/1/1990 and 12/31/1990
**Active Address(es):**
462 W CHESTNUT HILL RD, NEWARK DE 19713-1102, NEW CASTLE COUNTY (Feb 2007 - Jan 2008)
Current Residents at Address:
VLADIMIR KARPOV
SEVELANA KARPOV
DAVID KARPOV
**Previous And Non-Verified Address(es):**
10 CHATHAM LN APT A, NEWARK DE 19713-3109, NEW CASTLE COUNTY (Jun 2008 - Jun 2009)
Current Residents at Address:
MILDRED HERNANDEZ
KRISTINA KARPOV
KARAMJEET MULTANI
14715 45TH AVE APT 4B, FLUSHING NY 1355-1757, QUEENS COUNTY (Dec 2007 - Jun 2008)
Current Residents at Address:
GURMEJ S MULTANI
JING XU
718-762-2486 SINGH SUHWINDER


**Possible Relative:**
GURMEJ S MULTANI Age:
059-96-xxxx issued in New York between 6/1/2006 and 7/1/2006
**Names Associated with Relative:**
GURMEJ SINGH Age:
059-96-xxxx issued in New York between 6/1/2006 and 7/1/2006
**Previous And Non-Verified Address(es):**
14715 45TH AVE APT 4B, FLUSHING NY 11355-1757, QUEENS COUNTY (Jun 2006 - Jun 2009)
Current Residents at Address:
GURMEJ S MULTANI
JING XU
718-762-2486 SINGH SUHWINDER


10 CHATHAM LN APT A, NEWARK DE 19713-3109, NEW CASTLE COUNTY (Jul 2008)
Current Residents at Address:
MILDRED HERNANDEZ
KRISTINA KARPOV
KARAMJEET MULTANI
5 45TH 5 45TH AVE AVE. FLUSHING NY 11355, QUEENS COUNTY (Jun 2008 - Oct 2008)
718-763-3635


**Possible Relative:**
RANJH SINGH DOB: 4/1/1966 Age: 43
116-76-xxxx issued in New York between 1/1/1990 and 12/31/1991
**Names Associated with Relative:**
RANJI SINGH DOB: 4/1/1966 Age: 43
116-76-xxxx issued in New York between 1/1/1990 and 12/31/1991
SINGH RANJIT DOB: 4/1/1966 Age: 43
116-76-xxxx issued in New York between 1/1/1990 and 12/31/1991
**Active Address(es):**
14715 45TH AVE APT 4B, FLUSHING NY 11355-1757, QUEENS COUNTY (Apr 2002 - Jul 2008)
Current Residents at Address:
GURMEJ S MULTANI
JING XU
718-762-2486 SINGH SUHWINDER


4343 KISSENA BLVD APT 407, FLUSHING NY 11355-2966, QUEENS COUNTY (Nov 2001 - Jun 2008)
**Previous And Non-Verified Address(es):**
8328 259TH ST 1FL, GLEN OAKS NY 11004-1643, QUEENS COUNTY (Apr 2005 - Jun 2009)
618 FARRAGUT ST NW, WASHINGTON DC 20011-4010, D.C. COUNTY (Nov 1990 - Dec 2008)
Current Residents at Address:
PRESCILA J PIDO
XAVIER M MCGRUDER
RUSSELL CORNELIOUS MCGRUDER JR

NATALE NICOLA STRACUZZI
**Current phones listed at this address:**
202-829-5076 STRACUZZI NATALE LINO

202-829-5703 PIDO FRESCILLA

202-249-2323 MCGRUDER XAVIER


4343 147TH ST FL 2, FLUSHING NY 11355-1736, QUEENS COUNTY (Dec 2000 - Jun 2002)
4331 BYRD ST FL 1, FLUSHING NY 11355-4826, QUEENS COUNTY (Nov 1990 - Dec 2001)
111 GREENPOINT AVE APT B2, BROOKLYN NY 11222-2205, KINGS COUNTY (Jul 1993 - Jan 1999)
    **Current Residents at Address:**
        CHRISTINE E CIOFFARI
        BRADFORD J LOARK
130 FRANKLIN ST APT 3, BROOKLYN NY 11222-2273, KINGS COUNTY (Jun 1990 - Nov 1990)
    **Current Residents at Address:**
        BROOKE PRESTON HARRIS
        JOELLE M JENSEN
        JOSEPH F MR KEATING
        DANNY BONNER
78 GREENPOINT AVE APT 3R, BROOKLYN NY 11222-1540, KINGS COUNTY (Jun 1990 - Nov 1990)
    **Current Residents at Address:**
        RENU BALA
        MOIRA L MACDONALD
        DOROTHY P SULLENBERGER


SUKHWINDER SINGH  DOB: 1/5/1973 Age: 36
  130-54-xxxx issued in New York between 6/3/1996 and 3/2/1998
  **Active Address(es):**
✔14715 45TH AVE APT 3C, FLUSHING NY 11355-1757, QUEENS COUNTY (Apr 2009 - Jun 2009)
    **Current Residents at Address:**
        NASIM AKHTAR
        MAQSOOD HUSSAIN
        KASHIF MAQSOOD
        SUKHWINDER SINGH
        MOHAMMAD R YOUNUG
        ROBI YOUNUS
        SOHAIL YOUNUS
        LYDIA NEGRON
        718-762-2486 SINGH SUHWINDER


✔14715 45TH AVE APT 4B, FLUSHING NY 11355-1742, QUEENS COUNTY (Nov 2007 - Dec 2008)
    **Current Residents at Address:**
        GURMEJ S MULTANI
        JING XU
        718-762-2486 SINGH SUHWINDER


✔14715 NORTHERN BLVD APT 4L, FLUSHING NY 11354-4336, QUEENS COUNTY (Apr 1996 - Apr 2005)
**Previous And Non-Verified Address(es):**
13056 115TH ST # 2FL, SOUTH OZONE PARK NY 11420-2319, QUEENS COUNTY (Apr 2005 - Jun 2009)
    **Current Residents at Address:**
        MOHAMMED C ASIF
        718-659-4751 RAMDASS LEEANDRA


    147 15 NRTHRN BLV 4L BLVD APT, FLUSHING NY 11354-4336, QUEENS COUNTY (Aug 1996)

KARAMJEET MULTANI  Age:
  061-98-xxxx issued in New York between 4/1/2008 and 12/31/2009
  **Previous And Non-Verified Address(es):**
10 CHATHAM LN APT A, NEWARK DE 19713-3109, NEW CASTLE COUNTY (Jun 2006 - Jun 2009)
    **Current Residents at Address:**
        MILDRED HERNANDEZ
        KRISTINA KARPOV
        KARAMJEET MULTANI
1 CHATHAM LN APT, NEWARK DE 19713-3104, NEW CASTLE COUNTY (Jul 2008 - Nov 2008)
    **Current Residents at Address:**
        FREDERICK D SHIRLEY SR
        KWABENA KOOSONO AMPEM
        LINDA BROWN
        ALICIA BLACK
        AVIS NASH
        JESSICA BROWN
10 CHATHAM LN, NEWARK DE 19713-3160, NEW CASTLE COUNTY (Jul 2008 - Aug 2008)
6 SUSSEX DR APT, NEWARK DE 19713-3119, NEW CASTLE COUNTY (Apr 2008 - Aug 2008)
    **Current Residents at Address:**
        ZANETTA D CULPEPPER
        TERRY LEE WILLIAMS
14715 45TH AVE APT 4B, FLUSHING NY 11355-1757, QUEENS COUNTY (Dec 2007 - Jun 2008)
    **Current Residents at Address:**
        GURMEJ S MULTANI

Comprehensive Report

JING XU
718-762-2486 SINGH SUHWINDER

VLADIMIR KARPOV  Age:
218-27-xxxx issued in Maryland between 1/1990 and 12/31/1990
Previous And Non-Verified Address(es):
482 W CHESTNUT HILL RD, NEWARK, DE 19713-1102, NEW CASTLE COUNTY (Apr 2003 - Nov 2003)
    Current Residents at Address:
      VLADIMIR KARPOV
      SEVELANA KARPOV
      DAVID KARPOV

## Source Information:

| | |
|---|---|
| All Sources | 269 Source Document(s) |
| Liens and Judgments | 15 Source Document(s) |
| Driver Licenses | 2 Source Document(s) |
| Motor Vehicle Registrations | 6 Source Document(s) |
| Person Locator 1 | 1 Source Document(s) |
| PhonesPlus Records | 4 Source Document(s) |
| Phone | 4 Source Document(s) |
| UCC Lien Filings | 7 Source Document(s) |
| Historical Person Locator | 16 Source Document(s) |
| Person Locator 2 | 7 Source Document(s) |
| Deed Transfers | 100 Source Document(s) |
| Tax Assessor Records | 100 Source Document(s) |
| Utility Locator | 7 Source Document(s) |

Paulina Karpov
305 Mill Street
Poughkeepsie NY 12601

FEB 13 2013

Clerk of Court
United States District Court
District of Delaware
844 North King St.
Wilmington DE 19801

U.S.M.S
X-RAY


