UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAROLINA KARPOV,
    Plaintiff,

-against-

VLADIMIR KARPOV, et al.
    Defendant.

Civil Action No.
12:1411-GMS

Answer to Original Complaint filed
In New York District Court, from
Vladimir Karpov, Defendant.

Defendant Vladimir Karpov (hereinafter referred to as "Defendant or I"), hereby respond to Plaintiff's Complaint (the "Complaint"), as follows:

## ANSWERING ALLEGATIONS

1. Deny
2. Deny
3. Deny
4. Deny
5. Admit
6. Admit
7. Deny- now plaintiff is 19
8. Admit
9. Deny- no proof of this allegation
10. Deny
11. Deny
12. Deny- plaintiff is bi-racial, and documented as WHITE
13. Admit
14. Admit
15. Admit
16. Deny- Pastor Vladimir Vysotskiy, Senior
17. Deny- plaintiff's FOSTER parents were Annya and Slavik Horbatiyy
18. Admit
19. Admit
20. Admit
21. Deny- 56 years of age
22. Deny- I built a substantial real estate business only before my sentencing, in 2007. Business went under bankruptcy, filed in 2007, approved in 2009.
23. Deny- I am incarcerated at JTVCC
24. Not sure
25. Not sure


RECEIVED MAR 08 2013 U.S. DISTRICT COURT DISTRICT OF DELAWARE

26. Deny- registration, as I understand, must happen at the time of release.
27. Not sure
28. Admit- but there is no medical proof. I took plea bargain to avoid lifetime in prison.
29. Deny- I can have contact with my underage children.
30. Deny- this never occurred. Also, I have never contacted plaintiff, not directly, nor through 3rd party. Otherwise, I would have been violating the no-contact order. There was NEVER a complaint of this from plaintiff.
31. Deny- this never occurred. Plaintiff is lying.
32. Deny- Svetlana Karpov is no longer domiciled in Delaware
33. Admit
34. Admit
35. Admit
36. Deny- Svetlana Karpov is now 43
37. Deny- Svetlana Karpov did no such thing.
38. Deny- Foster mother, Annya Horbatiyy begged me to adopt plaintiff and take her to America for a better life. No documents were executed.
39. Deny- plaintiff was never adopted by Horbatiyy family. She was fostered by them, until they just pushed her into my wife's and my care, telling us that they wanted better life for her. In reality, they were tied down to Ukraine, and would be unable to immigrate to United States since they did not qualify as adoption parents. If they left, Karolina would have no one to take care of her.
40. Deny
41. Deny- in a court testimony, signed by the Ukrainian Adoption Court, Slavik Horbatiyy states that the reason he would like us to adopt Karolina is because they want Karolina to have a better life, and to never suffer from racism since bi-racial and blacks were not socially accepted in the Ukrainian society.
42. Deny
43. Deny
44. Deny
45. Deny
46. Deny
47. Deny
48. Deny
49. Deny
50. Deny
51. Deny
52. Deny
53. Deny
54. Deny
55. Deny
56. Deny
57. Deny
58. Deny
59. Deny
60. Deny
61. Deny

62. Deny
63. Deny
64. Deny
65. Deny
66. Deny
67. Deny
68. Deny
69. Deny
70. Deny
71. Deny
72. Deny
73. Deny
74. Deny
75. Deny
76. Deny
77. Deny
78. Deny
79. Deny
80. Deny
81. Deny
82. Deny
83. Deny
84. Deny
85. Deny
86. Deny
87. Deny
88. Deny
89. Deny
90. Deny
91. Deny
92. Deny
93. Deny
94. Deny
95. Deny
96. Deny
97. Deny
98. Deny
99. Deny
100. Deny
101. Deny
102. Deny
103. Deny
104. Deny
105. Deny
106. Deny
107. Deny

108.
    A. Deny
    B. Admit
    C. Deny
    D. Admit
    E. Admit
    A. Deny
    B. Admit
    C. Admit

109. Deny
110. Deny
111. Deny
112. Deny
113. Deny
114. Deny
115. Deny
116. Deny
117. Deny
118. Deny
119. Deny
120. Deny
121. Admit- there is nothing for plaintiff.
122. Deny
123. Deny
124. Deny
125. Deny
126. Deny
127. Deny
128. Deny
129. Deny
130. Deny
131. Deny
132. Deny
133. Deny
134. Deny
135. Deny
136. Deny
137. Deny
138. Deny
139. Deny
140. Deny
141. Deny
142. Deny
143. Deny
144. Deny
145. Deny

146. Deny
147. Deny
148. Deny
149. Deny
150. Deny
151. Deny
152. Deny
153. Deny
154. Deny
155. Deny
156. Deny
157. Deny
158. Deny
159. Deny
160. Deny
161. Deny
162. Deny
163. Deny
164. Deny
165. Deny
166. Deny
167. Deny
168. Deny
169. Deny
170. Deny
171. Deny
172. Deny
173. Deny
174. Deny
175. Deny
176. Deny
177. Deny
178. Deny
179. Deny
180. Deny
181. Deny
182. Deny
183. Deny
184. Deny
185. Deny
186. Deny

*Please take note that I cannot file electronically, as I have no internet access.

## RESERVATION OF RIGHTS CLAUSE

Defendants reserve the right to raise additional affirmative defenses.

WHEREFORE, judgment is demanded dismissing the Complaint against the Defendant, Svetlana Karpov, with prejudice, with costs and disbursements, including such other and further relief as this Court may find just and proper.

Dated: SET FORTH Smyrna, Delaware
March _06_, 2013

_/s/ V. Karpov_
VLADIMIR KARPOV
SBI# 433133
1181 PADDOCK RD
SMYRNA, DE 19977

Affidavit of Service

I, Vladimir Karpov, am affirming that I have prepared and certified-mailed this answer to:

1. The United States District Court of Delaware
   J Caleb Boggs Federal Building
   844 North King Street
   Unit 18
   Wilmington, DE 19801-3570

2. Plaintiff, Karolina Karpov
   305 Mill Street
   Apt 2A
   Poughkeepsie, NY 12601

3. Defendant, Kristina Multani
   402 Blaine Avenue
   Apt 2C
   West Berlin, NJ 08091

4. Defendant, Victoria Kryachkov
   PO BOX 80245
   Lincoln, NE 68501

5. Defendant, Emily Karpov
   482 W Chestnut Hill Rd
   Newark, DE 19713-1102

6. Defendant, Svetlana Karpov
   482 W Chestnut Hill Rd
   Newark, DE 19713-1102

I/M: Vladimir Karpov
SBI# 433133  UNIT E
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Hon. Gregory M. Sleet
US District Court of DE
844 N. King St., Room 4324, Unit 19,
Wilmington, DE
19801-3569

