IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

KAROLINA KARPOV )
        Plaintiff, )
)
-v- )
)
VLADIMIR KARPOV )
SVETLANA KARPOV )
        Defendants. )

---

C.A. No. 12-1411-GMS



In reference to Karpov v Karpov, et al. :

    I, Svetlana Karpov, would like to notify the court of several factors which plaintiff alleges in her recent motions.

    Please refer to Exhibit A, Exhibit B and Exhibit C while reading the following facts.

1. <u>Exhibit A:</u> Court Order stating child support payments.
2. Plaintiff by court order from the Family Court of Dutchess County, New York State receives $675.00 monthly, PLUS an additional amount of 337.50 monthly. (Reason found on court order, please refer to it.)
3. As stated by the Child Support Processing Center of the State of New York, payments have been made to plaintiff in the following manner:
    a. In January of 2013, plaintiff received total child support payment of $934.56.
    b. In February of 2013, plaintiff received total child support payment of $934.56.
    c. In March of 2013, plaintiff has also received total child support payment of $934.56.
    d. Before this, the payments were about $300.00 per month to Karolina upon emancipation, and before that it was about $650.00 per month to her guardian.
4. Payments have been made to Karolina Karpov EVERY month, are always consistent and never infrequent. Before payments were made to Karolina directly, they were sent to her guardian of that time, Nina (Karpov) Armstrong. Whether or not Karolina ever saw a

Cc: Karolina Karpov 305 Mill Street Apt 2A Poughkeepsie, NY
    Vladimir Karpov 1181 Paddock Rd, 433133, Smyrna, DE 19977

penny of that child support monies is questionable, as they were, sadly, only housing her in order to obtain benefit.

5. Thomas Delpizzo, Senior Assistant County Attorney who assisted plaintiff in this case, agreed with plaintiff to the sum of $675 per month.

6. According to Motion, Objection to Order of Support Dated February 6, 2013, (Exhibit B) Karolina Karpov writes to court saying that she needs $2,500 per month to live. Not only that, Karolina proceeds to demand Svetlana Karpov to appear with financial disclosure…. Etc.

7. Upon speaking with Karen Palumbo, my attorney for the child support case, I discovered that she was never notified in any form, that I am being sued for a greater sum in Family court. After Karen Palumbo contacted Thomas Delpizzo, it was found that he, as the attorney on record, was never notified of Karolina Karpov's motion to court. Please refer to Exhibit C: Email exchanges between me and my attorney in reference to Child Support Case.

Exhibit D Child Support payment history

In conclusion, this goes to show that plaintiff is still trying very hard to discover my financial status. She never had and does not have a private investigator, as she claims. My 1099s filed every year are accurate and done by a professional accountant. By the most recent 1099s, the family court settled for an amount as discussed in the court order. Karolina Karpov, an unfortunate victim of Vera and Peter Lomtevas, is desperately using and abusing the court systems to try and extract financial information.

WHEREFORE, I would like to politely request this court to dismiss Plaintiff's request for leave in forma pauperis.

Signed,

Cc: Karolina Karpov 305 Mill Street Apt 2A Poughkeepsie, NY
    Vladimir Karpov 1181 Paddock Rd, 433133, Smyrna, DE 19977

<span style="text-align:right">*[signature]*
Svetlana Karpov</span>

Cc: Karolina Karpov 305 Mill Street Apt 2A Poughkeepsie, NY
　　Vladimir Karpov 1181 Paddock Rd, 433133, Smyrna, DE 19977

Exhibit A

F.C.A. §§ 413, 440, 442-447,
449, 451, 461, 466, 467

Form 4-11a
(Support- Order Extending, Modifying or
Terminating Order of Support Made by Family
Court or Another Court) 9/2007

At a term of the Family Court of the State
of New York, held in and for the County of
Dutchess, at Poughkeepsie, New York on
December 18, 2012.

PRESENT: **Hon. Elaine Greenblatt**
**Support Magistrate**

In the Matter of a Proceeding for
Support under Article 4 of the Family Court Act

Docket No. F-01450-12-12A
Family File No. 45977

**KAROLINA KARPOV,**

Petitioner,

-against-

**ORDER ON PETITION TO
MODIFY ORDER OF SUPPORT
MADE BY FAMILY COURT**

**SVETLANA KARPOV**
**SSN: XXX-XX-7542**

Respondent.

NOTICE:   YOUR WILLFUL FAILURE TO OBEY THIS ORDER MAY
RESULT IN INCARCERATION FOR CRIMINAL NON-SUPPORT OR
CONTEMPT. YOUR FAILURE TO OBEY THIS ORDER MAY RESULT IN
SUSPENSION OF YOUR DRIVER'S LICENSE, STATE-ISSUED
PROFESSIONAL, TRADE, BUSINESS AND OCCUPATIONAL LICENSES AND
RECREATIONAL AND SPORTING LICENSES AND PERMITS; AND
IMPOSITION OF REAL OR PERSONAL PROPERTY LIENS.

The petition having been filed in this Court seeking to modify an order, dated April 16,
2012, granting support made by the Family Court of Dutchess County; and

The matter having duly come on to be heard before this Court, and Respondent having
refused to appear in person or by electronic testimony with counsel, Karen Palumbo, Esq., and
Petitioner having appeared; and Thomas P. Delpizzo, Esq., having appeared and presented pursuant
to Social Services Law Section 111-g; and it appearing that there has been a change of
circumstances since the entry of the order, which makes the modification of the order necessary and
proper;

NOW, after examination and inquiry into the facts and circumstances of the case, and after hearing the proofs and testimony, the Court finds that;

The basic child support obligation for support of the following child is $675.00 monthly.

| NAME | DATE OF BIRTH | SOCIAL SECURITY # | AMOUNT |
|---|---|---|---|
| Karolina Karpov | ■■/93 | | $675.00 monthly |

The Court finds further that:

The non-custodial parent's pro rata share of the basic child support obligation is neither unjust nor inappropriate;

NOW, therefore, it is hereby

ORDERED that the order, dated April 16, 2012, is modified in the following respects: Respondent, Svetlana Karpov, shall pay support in the amount of $675.00 per month effective January 10, 2013

ORDERED that arrears retroactive from date of filing in the amount of $4,050.00 less amount paid is fixed at the full amount of $3,100.00; and it is further

ORDERED and ADJUDGED that the above-named Respondent is responsible for the support so ordered from the date of the filing of the petition to the date of this Order less the amount of $950.00 already paid, and that the Respondent shall pay the sum of $675.00 as follows: $675.00 monthly on the 10th of each month to Petitioner through the Support Collection Unit made by check or money order payable to and mailed to N.Y.S. Child Support Processing Center, P. O. Box 15363, Albany, NY 12212-5363. The county name and account number for the matter must be included with the payment for identification purposes; and it is further

[REQUIRED] IT IS FURTHER ORDERED that a copy of this order be provided promptly by: Clerk of Court to the New York State Case Registry of Child Support Orders established pursuant to Section 111-b(4-a) of the Social Services Law; and it is further

ORDERED that all other terms and conditions of the underlying order remain the same.

Dated: 2/6/13

ENTER

*Elaine Greenblatt*
Elaine Greenblatt, F.C.S.M.

Check applicable box:
☐ Order mailed on [specify date(s) and to whom mailed]:_____
☐ Order received in court on [specify date(s) and to whom given]:_____

NOTE: (1) THIS ORDER OF CHILD SUPPORT SHALL BE ADJUSTED BY THE APPLICATION OF A COST OF LIVING ADJUSTMENT AT THE DIRECTION OF

THE SUPPORT COLLECTION UNIT NO EARLIER THAN TWENTY-FOUR MONTHS AFTER THIS ORDER IS ISSUED, LAST MODIFIED OR LAST ADJUSTED, UPON THE REQUEST OF ANY PARTY TO THE ORDER OR PURSUANT TO PARAGRAPH (2) BELOW. UPON APPLICATION OF A COST OF LIVING ADJUSTMENT AT THE DIRECTION OF THE SUPPORT COLLECTION UNIT, AN ADJUSTED ORDER SHALL BE SENT TO THE PARTIES WHO IF THEY OBJECT TO THE COST OF LIVING ADJUSTMENT, SHALL HAVE THIRTY-FIVE (35) DAYS FROM THE DATE OF MAILING TO SUBMIT A WRITTEN OBJECTION TO THE COURT INDICATED ON SUCH ADJUSTED ORDER. UPON RECEIPT OF SUCH WRITTEN OBJECTION, THE COURT SHALL SCHEDULE A HEARING AT WHICH THE PARTIES MAY BE PRESENT TO OFFER EVIDENCE WHICH THE COURT WILL CONSIDER IN ADJUSTING THE CHILD SUPPORT ORDER IN ACCORDANCE WITH THE CHILD SUPPORT STANDARDS ACT.

(2) A RECIPIENT OF FAMILY ASSISTANCE SHALL HAVE THE CHILD SUPPORT ORDER REVIEWED AND ADJUSTED AT THE DIRECTION OF THE SUPPORT COLLECTION UNIT NO EARLIER THAN TWENTY-FOUR MONTHS AFTER SUCH ORDER IS ISSUED, LAST MODIFIED OR LAST ADJUSTED WITHOUT FURTHER APPLICATION OF ANY PARTY. ALL PARTIES WILL RECEIVE NOTICE OF ADJUSTMENT FINDINGS.

(3) WHERE ANY PARTY FAILS TO PROVIDE, AND UPDATE UPON ANY CHANGE, THE SUPPORT COLLECTION UNIT WITH A CURRENT ADDRESS TO WHICH AN ADJUSTED ORDER CAN BE SENT AS REQUIRED BY SECTION 443 OF THE FAMILY COURT ACT, THE SUPPORT OBLIGATION AMOUNT CONTAINED THEREIN SHALL BECOME DUE AND OWING ON THE DATE THE FIRST PAYMENT IS DUE UNDER THE TERMS OF THE ORDER OF SUPPORT WHICH WAS REVIEWED AND ADJUSTED OCCURRING ON OR AFTER THE EFFECTIVE DATE OF THE ORDER, REGARDLESS OF WHETHER OR NOT THE PARTY HAS RECEIVED A COPY OF THE ADJUSTED ORDER.

TPD/ekb
1/22/13

C: Karolina Karpov
Svetlana Karpov
Karen Palumbo, Esq.

NOTICE OF ENTRY
PLEASE TAKE NOTICE that the within is a true copy of an order entered in the office of the clerk of the Family Court of the State of New York in the County of Dutchess on

_____ 2/7/13

ORDER TO MODIFY, TERMINATE 4-11A, REV 05-09

DATE 2/7/13
MAILED / SERVED IN COURT ☐
PET ☐ RESP ☐ PATY ☐ RATY ☐ LG ☐
ACA ☐ DSS ☐ PROB ☐ POL ☐ OCFS ☐
SCU ☐ ORDER SCANNED IN UCMS ☐

Page 3 of 3

```
FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS                          File#  45977
------------------------------------        Index No: F-01450-12/12A
KAROLINA KARPOV, SSN: XXX-XX-4098

                        Petitioner,
                                            OBJECTIONS TO ORDER OF
        -against-                           SUPPORT DATED FEBRUARY 6, 2013


SVETLANA KARPOV, SSN: XXX-XX-7542,

                        Respondent.         ELAINE GREENBLATT, F.C.S.M.
------------------------------------
```

STATE OF NEW YORK   }
                    } Ss:
COUNTY OF DUCHESS   }

TO THE FAMILY COURT:

KAROLINA KARPOV provides the following OBJECTIONS to an "Order of Support" dated FEBRUARY 6, 2013 a true and accurate copy of which is attached as EXHIBIT "A".

1. Transcripts have not yet been ordered.

2. Petitioner is the aggrieved party because while her order of support is $675 per month with arrears set at $3,100, the Support Magistrate allowed respondent to refuse to appear in person or by electronic testimony.

3. The Support Magistrate also allowed respondent to avoid producing evidence of her income or her substantial property holdings.


Exhibit B

4. The Support Magistrate simply entered $675 per month effective January 10, 2013 but the petition to bring this proceeding was filed March 12, 2012.

5. I need $2,500 per month to live.

WHEREFORE I demand the respondent be made to appear with financial disclosure, arrears made retroactive to the date of the filing of the petition, Order of Support be amended, along with other and further relief allowed by law.

                                                                         KAROLINA KARPOV

Copy provided to:

Svetlana Karpov, *Pro Se*
482 West Chestnut Hill Road
Newark, DE 19713

Sworn to Before me this
____ day of March, 2013

_____
NOTARY PUBLIC

2



**Subject:**
**From:**
**To:**
**Date:**

I will confirm with the Court....it may be just that she filed the objections and it may be decided on her papers whether the Court will go forward with it....I spoke to Tom DelPizzo about it, the County attorney and he knew nothing and was rather disgusted that Karolina filed it in the frist place and did not seek him out first........According to Tom, Judge Posner will probably just throw it out, but I will check it out nonetheless.....

KAren

Karen C. Palumbo, Esq.
The Law Offices of Karen Crotty Palumbo, LLC
1203 North Ave, P.O. Box 110
Beacon, New York 12508
(845)831-8300
(845)831-6840 fax

-------- Original Message --------

**Subject:** Re
**From:**
**Date:**
**To:**

There is no official document I went to e court New York State under web family tab and searched the docket number and that's what I came up with. April 22nd I think it was.

Svetlana Karpov
cell: (302)420-2662
482 W Chestnut Hill Rd
Newark, DE 19713-1102
s_karpov@yahoo.com

> Where is the document that there is an appearance before Judge Posner on 4/25/13????
>
> Karen
>
> Karen C. Palumbo, Esq.
> The Law Offices of Karen Crotty Palumbo, LLC
> 1203 North Ave, P.O. Box 110
> Beacon, New York 12508

Exhibit C

(845)831-8300
(845)831-6840 fax

-------- Original Message --------
Subject:
From:
Date:
To:

Attachment #1 :

New Objection to Order of Support Dated February 6, 2013, not signed or even notarized, sent by Karolina Karpov to Svetlana Karpov included in a regular mail packet with all Federal motions and appeals. (NOT EVEN PROPERLY SERVED)

Attachment #2 :

SIGNED COURT ORDER On Petition To Modify Order Of Support Made By Family Court, (ELAINE GREENBLATT) signed February 6th, 2013.

Attachment #3 :

Child Support Bill as of 02/22/2013 of payments made previously and scheduled payments

Attachment #4 :

Child Support Processing Center Payment Schedule


Svetlana Karpov

NYS CHILD SUPPORT PROCESSING CENTER
PO BOX 15368
ALBANY NY 12212-5368

**CHILD SUPPORT BILL**
**AS OF**
**02/22/2013**

New York Case Identifier:
BT52947V1

Support Due To:
KARPOV, KAROLINA

#BWNMVWF
#0080 04D0 0E37 4A46#
KARPOV, SVETLANA

PO BOX 80245
LINCOLN NE 68501

NYS CHILD SUPPORT HELPLINE
Contact us by phone at 888-208-4485
TTY at 866-875-9975
Video Relay Service
(fcc.gov/encyclopedia/trs-providers)

## ACCOUNT INFORMATION

| | | DATE OF COLLECTION AND PAYMENT AMOUNT: | | Next Payment Due Dates: | |
|---|---|---|---|---|---|
| Previous Past Due Balance: | $3,675.00 | | | | |
| Obligations Charged: | $675.00 | | | | |
| Interest Charged: | $0.00 | 02/16/13 | $467.28 | | |
| Payments Received: | $1,869.12 | 02/16/13 | $467.28 | 03/15 | 06/15 |
| New Past Due Balance: | $2,480.88 | 01/28/13 | $467.28 | | |
| | | 01/28/13 | $467.28 | | |
| **TOTAL ARREARS OWED:** | $2,480.88 | Payments received after the summary "As Of" date will appear on next month's statement. | | 04/15 | 07/15 |
| **TOTAL AMOUNT TO PAY\*** | | | | 05/15 | 08/15 |
| Current Obligation: | $675.00 Monthly | | | | |
| Arrears Obligation: | $0.00 | | | | |
| Additional Amount: | $337.50 Monthly | | | | |

### PAYMENT INSTRUCTIONS

You may pay by check, money order, or online, if you are not paying by income withholding. If you are paying by check or money order, make it payable to the **NYS Child Support Processing Center** and write your **New York Case Identifier** shown above on the check or money order. Mail your payment to **NYS Child Support Processing Center, PO Box 15363, Albany NY 12212-5363**. You may use the coupon below. To create additional coupons, log on to New York State Child Support website at childsupport.ny.gov and CLICK on **NONCUSTODIAL PARENT SERVICES** on the NAVIGATION BAR. To pay online, go to e-childspay.com or expertpay.com for more information.

\*The "TOTAL AMOUNT TO PAY" is the total of any "Current Obligation," "Arrears Obligation," and "Additional Amount" (50% of the current obligation) that you owe. You must pay the additional amount until the "TOTAL ARREARS OWED" is paid in full. By doing this you may avoid administrative or court enforcement actions. If you cannot pay the "TOTAL AMOUNT TO PAY" call the NYS Child Support Helpline for assistance.



Exhibit B



Svetlana Karpov
482 W Chestnut Third
Newark, DE 19713-1102

844 N King St
Unit 18
Wilmington, DE 19801