IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

KAROLINA KARPOV,

                Plaintiff,

               -v-

VLADIMIR KARPOV and SVETLANA KARPOV,

                Defendants.

---

C.A. No. 12-1411-GMS

OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO OPPOSE PLAINTIFF'S MOTION TO STRIKE

RECEIVED MAY 15 2013 U.S. DISTRICT COURT DISTRICT OF DELAWARE

TO THE COURT AND DEFENDANTS,

Plaintiff pro se, KAROLINA KARPOV, asks the court for the following recited relief forthwith pursuant to the penalties of perjury of the State of Delaware:

1. I am the Plaintiff, KAROLINA KARPOV.

2. I filed suit on May 23, 2012 in New York State against the defendants, my adoptive parents.

3. I did so because I was the victim of years of childhood sexual rape by Vladimir Karpov while Svetlana covered up his acts and beat me to stay quiet.

4. Svetlana asked the New York court to dismiss my complaint but the court instead granted a transfer of this action to your court as I had asked for. The New York Judge on the case issued an order on October 23, 2012.

5. Five months after this transfer, Vladimir and Svetlana provided Answers to my Complaint. I was shocked at their content. Vladimir denied that he ever had sexual intercourse with me by making me out to be a liar, and Svetlana openly said I am a liar.

7. I filed a motion on April 15, 2013 to strike the scandalous and inappropriate material contained in their Answers.

8. Now I received a motion from defendant Svetlana Karpov seeking an extension of time to file a response to my motion. I oppose any extension.

## DISCUSSION

9. Svetlana is on the run as Vladimir was on the run after a Delaware warrant was issued by a Delaware criminal court judge for Vladimir's arrest.

10. Svetlana filed papers in this case without providing copies of those papers to me. I sought copies of those papers. I still have not received them.

11. Now Svetlana is accusing me of what she was doing. Svetlana alleges I did not provide to her copies of my papers to her Newark address when in fact, she received at that address everything I wrote and filed in this case. I made absolutely sure Vladimir and Svetlana received all my correspondence.

12. Additionally Svetlana is gaming with addresses. Attached at EXHIBIT "A" is a letter showing Svetlana still residing in Newark Delaware on March 18, 2013. This envelope contained a writing (the "several factors" writing undated containing four exhibits) by Svetlana filed with this court. However, the delivery confirmation bar code attached to the envelope tracks back to a Nebraska origin.

13. Attached at EXHIBIT "B" is an envelope containing Svetlana's Answer showing Svetlana's Newark address again as of March 2, 2013. The USPS Priority Mail sticker when tracked back shows a Nebraska origin. There were no prior envelopes sent to me by Svetlana because she was not serving me with her papers prior to March, 2013. That was an attempt to outmaneuver me procedurally.

14. Therefore Svetlana is not only getting all of my filings and the court's correspondence through her Newark address, but she is also hiding her Nebraska address by writing her Newark address on her envelopes. Then she says she is not getting mail at her Newark address because she is in Nebraska. The gaming does not stop. Also neither defendant has provided any disclosure whatsoever of their finances I helped obtain on my back between my seventh and fourteenth year of age.

15. I also must report an address change but I will do it through the Circuit Court. I am very concerned that the Karpovs are preparing to place me in danger that could cause me serious harm to make this case and me go away.

*[signature]*

KAROLINA KARPOV

Dated: May 13, 2013

EXHIBITS:  A   Envelope 3/18/2013
           B   Envelope 3/2/2013

CERTIFICATE OF SERVICE

I affirm I mailed by first class mail this Opposition to Motion For Extension of Time to File Answer to Oppose Plaintiff's Motion to Strike to Defendant Svetlana Karpov, PO Box 80245, Lincoln, Nebraska 68501. I also affirm I mailed an original of this application to Vladimir Karpov at the James T. Vaughn Correctional Center 1181 Paddock Road Smyrna, Delaware 19977 and to the Clerk of Court, United States District Court, District of Delaware, 844 North King Street Wilmington, DE 19801.

KAROLINA KARPOV

Dated May 13, 2013

EXHIBIT A



EXHIBIT B

English   Customer Service   USPS Mobile   Register / Sign In

**USPS.COM**

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

Search USPS.com or Track Packages

# Track & Confirm

GET EMAIL UPDATES   **PROOF OF DELIVERY**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 42012601950559000212830610000139 | Priority Mail® | Delivered | March 04, 2013, 11:38 am | POUGHKEEPSIE, NY 12601 | Expected Delivery By: March 4, 2013<br>USPS Tracking / Delivery Confirmation™ |
| | | Out for Delivery | March 04, 2013, 9:43 am | POUGHKEEPSIE, NY 12601 | |
| | | Sorting Complete | March 04, 2013, 9:33 am | POUGHKEEPSIE, NY 12601 | |
| | | Arrival at Post Office | March 04, 2013, 8:33 am | POUGHKEEPSIE, NY 12601 | |
| | | Depart USPS Sort Facility | March 04, 2013 | KEARNY, NJ 07032 | |
| | | Processed through USPS Sort Facility | March 03, 2013, 11:57 pm | KEARNY, NJ 07032 | |
| | | Depart USPS Sort Facility | March 03, 2013 | OMAHA, NE 68108 | |
| | | Processed at USPS Origin Sort Facility | March 02, 2013, 9:42 pm | OMAHA, NE 68108 | |
| | | Acceptance | March 02, 2013, 5:56 pm | LINCOLN, NE 68501 | |

**Check on Another Item**
What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2013 USPS. All Rights Reserved.





305 Mill Street
Poughkeepsie, NY 12601
Karoline Karp

Clerk of Court
United States District Court
District of Delaware
844 N. Kings Street
Wilmington, DE 19801